IFP Submitted

1   Stacey Harp _____ (Full Name)

2   Staceyharp@yahoo.com (Email Address)

3   General Delivery _____ (Address Line 1)

4   Cypress, CA 90030 (Address Line 2)

5   714-715-5069 _____ (Phone Number)

6   Plaintiff   in Pro Per
    (indicate Plaintiff or Defendant)   Attorney Requested

7

FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9   **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA**

11

12   Stacey Harp _____,   Case No.: 8:25-cv-01337-JWH (JDEx)
                                        (To be supplied by the Clerk)
13   **PLAINTIFF,**   **COMPLAINT FOR:**

     San Francisco PD
14   **vs.**   Santa Ana PD
              California Hwy Patrol
15   Anaheim Police Dept. Buena Park PD
              Homeland Security
16   San Bernardino Police Dept (H+S)
                              Chevron
17   Cypress Police Dept.  Orange PD

18   Orange County Sheriff + Police
                              Services
19   Seal Beach PD  Westminster PD
     Sacramento   mt. Washington,
20   Social   **DEFENDANT(S).**   KY
     Services   Bullitt Co. KY Los Alamitos
21   Long Beach PD  LAPD
     HBPD
22                                      610 NH Cir.  Case before
     ┌─────────────────────────┐       FJ (Toyota)   30 Co. Code
23   │   **I. JURISDICTION**   │
     └─────────────────────────┘
24   1. This Court has jurisdiction under Federal Jurisdiction – Human

25   Trafficking and Slavery – movement across states (MAS) 49/Sam
         TAS/MAS                          (209)   5  Walmart
26      2011/9   13119                  Prudenhal@ 44th Obama
                                                  19
27           1399/22 Freeway OCTA              "Bam" Emeril
              11/15/15 Forehead   20100 DPSS case  Lagasse
28                              2010 mazda   LA=13 Comm
                                ×10         years prison
                              DPSS Co.            91
                              / code        (1391)    901 Morgan
                              .315 (330 Chase):  1390 Notice ID  Stanley ph
                              Grandpa's heart–        1        935/34 Ellis exit
                              .645   attack                       5
                              Taffy + Rialto crates          (578) his stan

1

## II. VENUE

2

3     2. Venue is proper pursuant to _where the events giving rise to_

4  _the claim occured. Action, means and purpose (AMP - "amped up" -_

5  _internal onboarding) 113 Gaslight 16 digit EBT /Chad_

6                              _8:16 FBI Lawsuit_

7

8

9

## III. PARTIES

10

11

12  3.    Plaintiff's name is _Stacey Harp_               . Plaintiff resides

13  at: _General Delivery  Cypress, CA 90630_

14

15

16

17

18  4. Defendant _Anaheim PD  425 S. Harbor Anaheim, CA 92805_   . _$4.5 million_  84

19  _San Bernardino PD  710 N. D St, San Bernardino, CA 92401 (41/920)_ 11  _their theft_

20  _Santa Ana PD  60 Civic Ctr Dr. 92701  (592 Roe cell) 701 T - Fashions_  44/58

21  _Orange PD  1107 N. Batavia St. Orange, CA 92867_  ~~Roe comale~~ _Staged medical facilitation professionals_

22

23

24  5. Defendant _Cypress PD   5275  Orange Ave Cypress, CA 90630_  110 Solicitation  >160 (40) 200

25  _Orange Co. Sheriff   550 N. Flower Santa Ana, CA 92703_  .50 Fraud

26  _Stanton Police Services  11100 Cedar Street Stanton, CA  90680_  _SPS vs SMS (PM 5100 Katella Chevron)_  Drug 2170 Cocaine (FDC)

27  _Buena Park PD  6640 Beach Blvd. Buena Park, CA  90622_  FDA > CA 31

28                                                              81 OCTA Fail 4/21/25

1  ___. Defendant _Seal Beach PD   911 Seal Beach Blvd._
2  *Insert ¶ #*  Seal Beach, CA  90740
3
4
5
6
7                                                          ⌐ 2021 receipts 7-11
                                          - 2008 (mc)  mortgage crisis
8  ___. Defendant _Westminster PD   8200 Westminster Blvd._   YMCA picture
9  *Insert ¶ #*  Westminster, CA  ~~92683~~ 92683    ⌐1600 (400 LBPD 18-38338)
10                                                    2000 /400(8) 392./592
                                                              Roecell
11
12
13
14
15  ___. Defendant _Homeland Security  655 W. Rialto_
16  *Insert ¶ #*     San Bernardino, CA  92410
17  74 = Jury 4 $ PIG (710)              16 digit EBT  (760) 420/130  (40/2013)   37/201
    Sacramento Social Services    744 P. Street  Sacramento, CA 95814
18      (SSS pulls Republic of the Philippines  Social Security System)
                    Revenue 302.2                          207 trafficking syndicate
19      957 Glasser ph.          (92.2)                    81 Realty              Ellis
20      119 Facilitation                                   285 BHE                34
        1076                                                                       ↓
21                                               ⌐ 290 Sheriff skimmed    report
                                              45 LMPD, Kite, Egnar Clark, (CO)  Daniel
22  ___. Defendant _California Highway Patrol  13200 Goldenwest St._
23  *Insert ¶ #*   Westminster, CA  92683  (~~BHED~~  847 Bner San Bernardino, CA 92408)

24  _Kentucky State Police  954 Cameran Ponder Dr. Elizabethtown, KY 42701_
25  _Hillsborough Co. Sheriff, FL.  2008(mc) E. 8th St. Tampa, FL_   ⌐mortgage crisis /7-11 receipts 2021    ⌐2011 FL move
                                                              33605                    To
26  _San Francisco PD  1245 3rd St. San Francisco, CA 94158_                          711
                                                                                   misprint
27                                                                                  Sea
                                                                                   Breeze
28  Lethborough DR.                                                                  ph.
    12528.
    (710) Amazon
    598 Budget Law ph                              3
    ↑ Jason G7 Social Security                _____              2015  Zach 8
    13/80 Kidnapped, Ransam         *Page Number*                           shunt
          KR(S) = 19                                                   16 (PO) 415
    139 /801  Kentucky
    Corrections Revised                                               Federal Post Office
    Chenstepher Chase (CCC) — Statutes — 333 NH Chr, Missing and Exploited /Anaheim

1
2

## IV. STATEMENT OF FACTS

3    *Insert ¶ #*    Kidnapping - Failure to properly Address
4    Civil Harrasment          Restraining Orders
5    Sexual Violation
6    Human Slavery + Trafficking
7    Theft of Taffy Poodle - internal code violation +
8    Homicide of Rialto Kitten Harp - internal          injury
9    Countless Thefts                    code violation +
10    Failure to address onboarding, internal code +    murder
11        Turn off as was stated it wold be when I left
12        Kentucky in 2015.
13    *Insert ¶ #*          Attorney Requested To Address Further
14
15
16
17
18
19
20
21
22    *Insert ¶ #*
23
24
25
26
27
28

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## V. <u>CAUSES OF ACTION</u>

### <u>FIRST CAUSE OF ACTION</u>

( Civil Actions Under The TVPRA )

*insert title of cause of action*

**(As against Defendant(s):** OCTA + Law enforcement agencies

listed (LEAL) 125112 (122/511(G)) 732 +12 = 744 Sacramento Social Services

Scans
KBS - 19 COVID        85 = Library

*Insert ¶ #* . Knowingly benefiting standard (Kickbacks)

£ 1119 (509)

950 Shoplift code

San Clemente Library address (LA) 13
242/255

*Insert ¶ #* . 18 USC 242 - makes it a crime for someone

acting under color of law to willfully deprive a person of

a right or privilege protected by the Constitution or laws of

the United States

Use of excessive force by police

their theft in CA - 2005 Long Beach Blvd
Social Security

*Insert ¶ #* . Section 241 - phone # 2005 @ 219 Charlton / Raped by deceit

Conspiracy Against Rights makes it unlawful for two or more persons

to go in disguise on the premise of another with intent to prevent

or hinder his/her free exercise or enjoyment of any rights so

practice religion

secured

Fourth Amendment - (FA)      "PR" Public          28th Amendment (ERA) Realty
Unreasonable search + seizure     "relations"/incest     Equal rights regardless of
                                    PRI                    Sex
Fifth Amendment - Double jeopardy  469/109             13th Amendment - Slavery
self-incrimation - due process  6  L 249 } 358        and involuntary
Eighth Amendment - cruel and    *Page Number*          Servitude - ransom
      Unusual punishment - onboarding 99                kidnapping
                    Section 1983                        "to break this up"

## SECOND CAUSE OF ACTION

( Specific Criminal Statutes )
*insert title of cause of action*

**(As against Defendant(s):** OCTA and law enforcement agencies    Greir - OCTA
fare box

listed )

___. Failure to
*Insert ¶ #*    Address forced labor, plant + pull railroad

blocking legitimate employment as a manipulation to

submit to prostitution, escorting, solicitation as employment

18 U.S.C. 1589 (61 Kevin /55 Civil) 635-2 = 633 LMPD /833

Risk Management 4/21/25 fall OCTA 50 Bus # 2170 (433) 40

Zachary's social + their theft of to lie I am him LBPD 18-38338

1014 > 1084 (10804 Cherry Grove Ct.)

___. 18 U.S.C. 1590 (70) Suicide - literal or media facilitation
*Insert ¶ #*

injury and insult 815 Compass Oceanside (83 Narcotics) 83/158

Orange county, stupid people 88/315 (33 name - their ID theft intent)

11/815 Poisoning (105) 35/133

___

___

- 391 (1200) 1120 Walmart /WIC (390) 87 (303)

___. 18 U.S.C. 1591 Sex Trafficking 65 Mental 191 Mental
*Insert ¶ #*    611/59    59 = Theft /Jason    (57) Steal 61 Kevin Richard
30 OC Car Code ──> TJ Farms Dollar    517 (6) 256 Buena Park Fire
2010 (501) Tree    636 OCTA Phone
Sex 19524 (48)
1952 Ronnie + Julie born 448 (30) 418 Dr credit PP Clark Co. in Sheriff    506 Weingart
195 Western Buena Park - Centralia Elementary    Winchester, Rialto
↑ 75 ETS Jersey before kidnapped /Rialto 150 theft deception
└ 45 Kite, Egnor, Clark, Daniel, LMPD <──    ↑ 15/504 Harbor Valero

524 back of EBT cards /Charles Cobb LA    350/4#    Kansas, Redlands
1957 M. Heup born    1048
545 Euclid Chase    └ Insurance /trafficking    474 (10) 484 DOT OCTA
104/8 for    710/3
205/15/95    money
2014 kidnapped 155 (35)    $435 cost restraining order 9/7/16
                               ` LBPD phone
141/535                7        870 tax code /Newport PD
6   10/                *Page Number*
    545

## **THIRD CAUSE OF ACTION**

( _Rico Charges_ )
insert title of cause of action

(As against Defendant(s): _OCTA and law enforcement agencies_
_listed, Sacramento Social Services_ )

_Insert ¶ #_  Corrupt Organizations  (315 = Co) units @ 7622

Katella

Pattern of racketeering on behalf of enterprise - corrupt

police departments
                              85 Library
                    35    50 /25/00

Two offenses in ten years, mail fraud, bribery, extortion

kidnapping, rape + prostitution solicitation, child sodomy

35 crimes > 70 Amazon, suicide, sewers (ASS- age social security)
& mail                            11919 (1197) 27 EBT (1170 + 1 = 1171
                                                    address IN)
_Insert ¶ #_
27 federal crimes, eight state crimes (ESC)

62 Insane + ____ /8 = 70
        400 Zachary's social LBPD 18-38338
     628
> 400 /228 San Quentin
64 Joe
      Biden, Titan (444)

1028 /280 Jeff Hiatt legal fees

_Insert ¶ #_

# FOURTH CAUSE OF ACTION

( Fair Labor Standards Act (FLG12) SA (191) )

*insert title of cause of action*

**(As against Defendant(s):** _____

Rialto homicide report
Pts leg chart
12 Tracfone Calendar
1C = 93 James Clark

36 Scam

Anaheim Fed / Post Office
333 NH Ctr missing Expl.
↓
TM 2013 (33)
Socials stolen KY

Trail Mix CV - PM (5100 Katella Chevron)   7836 Amazon   Island Choice Trail Mix
5250   new const. theft by (USO) deception   OCTA Choice Promotional Passes (347)
5200 The Toledo
50 Fraud etc   Tort based claims - Intentional Infliction of
Insert ¶ #

Ellis exit

2005 et 219 /50 209

Emotional Distress (ED)   Food Trafficking (FT)   G20 Foothill Transit 14/000 (034) 600 /34 ELLIS Exit

↑ Picture / Involuntary Movement - Hollywood Medical Facilitation

FI(c)o (FI)   (PIM) - 113 Gaslight - military hazing
False Imprisonment - Onboarding   16913   O+M (Hazing)

Assault and Negligence   12/11/14 @ #1 million a day   7 Bad Mental Health 65  54
Rico -9315 AAN   for daily rape and
Fico   11/14 Rialto's   Lice (PO)lice (FDR)/AA assault   765 Anaheim Computers
66   "murder"   12935 Persistent   11 = 920   54 Regina, Health Matt, Ed, Class
129 315 >444(64)   RM - Palmer Candy Offender   Southeast Christian (SC)-Food   711/4th 712 = Voice
Insert ¶ #   Dollar Tree Receipts   84 Zack Haup etc.

FI (Financial Institution)   DR/CT   4 Less receipts
Fiscal Intermediary   418 320 (17)
Fiscal Inventory   32 - jail, accessory to (46)   Auto Markdown Scam
FIFO   10/17 SFEQ
G15/IF96   Incompetent   77   1989   /1998 yr 23
Facilitation/Illumination   109 /107(97)   60 (733 CVS Amox)
192/ Foundation   61/ 330   Cox Communications V22 Freeway Forehead OCTA
72/120 Security   Sam - Walmart   11/15/15
Insert ¶ #   70 Amazon 212 Strongarm robbery   Akintmoye
10   SR Nissan   Optima
ROD   23/Indiana 5/2 OCTA
Metro DOT
1-888-373-7888 (7800 Stanton Civic Ctr)   Risk mgmt Letter
SAPO   5/12   88 California, Thieves, Exercise   137   Fall 4/21/25
Bank of America LA   Poison, Melvin Belli 111(20)   CHP
Denny's LA   OCTA letter   156/26 / 86 (806 Chrysalis Ph.)   Bus
1112   125 =
-198 Lincoln City Bank   half million 2   39  80   350 - 7850 Stanton Library   400   Zachary 60/ Haup /5
65   336   7836 Amazon   400 socials their theft
Peonage (PSAT)   PT (G20)   P16   /686 /14 Kidnapped   1/255 - Public Defender San Bern.
47120   SA / TSA (SAP)   620 dead   228 San Quentin
EON   11120   (S20) Owens Coming   /850 28 Bank   800   7-11 Customer Service
51514   half million 20   Quinn Cat Grape
/ 5/2 Risk mgmt OCTA   Eugene   SB Post office   1711 Katella Urgent Care
51 Federal Maya Anaheim   ①   103 Wells Fargo closed Seal Beach   9   credit score   Gene
Page Number   child support   Equal Opportunity   5 Urt(on)   Gene   15   Thomtons Often OCTA

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____.
*Insert ¶ #*

_____

_____

_____

_____

____.
*Insert ¶ #*

_____

_____

_____

_____

____.
*Insert ¶ #*

_____

_____

_____

_____

____.
*Insert ¶ #*

_____

_____

_____

_____

Dated: _____

*Sign:* _____

*Print Name:* _____

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

*Sign:* _____

*Print Name:* _____

4831-5981-9291, v. 1

151.5







Re: Food 4 Less Receipt
Yahoo/Sent

- **Stacey Harp**

From:staceyharp@yahoo.com

To:da@sbcda.org,police@ggcity.org,Chiefofpolice

Mon, Jun 9 at 1:14 PM

OC Grand Jury phone 834-5555

83 = Narcotics / 45 LMPD / 555 Amazon San Bernardino

119 Facilitation, cost of Rialto's yogurt before his homicide / 555 State College Chase, Euclid Starbucks, Charlotte Alley (125 Zachary Harp, Karin Cooper, Support, Chris DeZarn) 430 Los Al Phones / 26 APD, Dog / 5/2 Risk Management letter OCTA fall 4/21/25.

89 Stupid / 311 Tracfone code Rialto's newborn pictures / 8 / 817 Main HB (417) 41 Seal Beach PD, 7 Bad / 45 LMPD, Kite, Egnar, Clark and Daniel / 115 Shane Hammond, Mark Geragos, Thank You, Santa Ana Elevation.

244 / (216) and 125

125

(369) Scam, 9 Dad. $3 million their theft 699 Homeland Security San Bernardino.

85 Library / 34 Hate, Ellis exit, Kin, OCTA cities / 555.

103 Stanton, Pontrich, CHP locations 45/55 (10) 205 PO BOX Bullitt Co. Sheriff, Marina, RTA / 100/25.

**On Monday, June 9, 2025 at 11:27:50 AM PDT, Stacey Harp <staceyharp@yahoo.com> wrote:**

Sell By 06/09/25 (05:55)

250 = #2170 OCTA fall on 4/21/25

250 calories on 7-11 cookies pictured some time ago and seen again this morning on AB machine. (AB = 12 days yesterday until my 50th) 350 Kim Camm insurance / 47 (407 Orlando, Julie and Eugene socials LBPD 18-38338)

500 Harbor pulled this morning for my boys?????

518 Stanton Food 4 Less

1018 = 106 vaginal rape, Brian Jordan, media lab and DPSS case. 100 / 6 = 94 ID / year age 19 / 181 / 61 (11 days to my 50th) 6111 (1000) 7111 Sea Breeze phone without Rialto's homicide -1 = 711 their phone that day / 1711 Katella Urgent Care. 511 / 6 rape, theft 505 CHOC, Cal Optima, Stanton PET Civil Drug = 50 / 5:55 time on cake / Amazon address fire 6/5/20 and Rialto's stripes on his belly shown OCTA 29 to Bandit. 1120 Walmart / WIC. White belly and perfect black stripes.

06 CAL First Grade / 09 Pontrich supposedly deceased (Zebra picture / Rialto's belly?) 250 / 555 = 125. (60 SAPD) 12 points my leg operation, Rialto's homicide incident report and Tracfone calendar / 560 newborn chart / Bravo OCTA. (OC 153 Senior living, TA,

Travel Centers) 33 years 1992 truck to 2025. 33 KCD Flyer mailed to me after kidnapped reported / 33 Magnolia OCTA driver issues / 99 onboarding, year pregnant with Zachary.

**On Monday, June 9, 2025 at 11:08:53 AM PDT, Stacey Harp <staceyharp@yahoo.com> wrote:**

SC Auto Markdown = SCAM = 36 Stanton Library, law, child, KY, 306 medical card / 24 Kid / Ian = 48 crime, abuse, son, sex, Los Al PD, Donna, James

DL (Driver's License) DL Confetti Cake S (DL = 412 = 48 Los Al PD) 41 Seal Beach PD, Rick, Jimi, Zack, Mom, $2.48 receipt 99 Cent Store Magnolia with Rialto.

48 / 124 lawsuits / 812 IN area code / 44 = KRO (11 / Restraining order, Randy Orban) 811 Anaheim High, Robin Williams supposed suicide.

775 Store number / 83 Narcotics / 84 Zack Harp, lawyer, million, marketing / 101 Charlton Wynde Dr Roe / Welfare Disability Code DPSS / 202 Food 4 Less Distribution Cincinnati / LMPD zip, DC area code

DC on OCTA lawsuit court paper / Developers Conference Apple Computer on radio this morning - My mother told me "Rick Lewis was a developer." Age six pictures? Mission Viejo?

DC (43 Newport PD / Derek, Harp, wife, exam) Apple 50 / 73. (510 Oakland, CVS Beach) $350 Kim Camm insurance, 473 phone on Sandalwood.

$3.15 receipt, units at 7622 Katella and room at BHE when Zachary was born. (945) 94 = ID / 5 name, prision (10) 104 = insurance, trafficking, Walgreens, John Mello / 101 = 3. (10/13 Curtis DeZarn birthday) 90 = Curtis and 40th birthday / 50th birthday = 90. (400 Zachary's social, 509 Zachary Harp, Zack Harp, Zach Harp, Taffy and Rialto Harp) 904 Patterson CPA X 100k their theft / 4100 Seal Beach PD phone, Buena Park Library phone 8200 Westminster PD. (20) / $8 million their theft 220 Aunt Shirley DeZarn / Compton zip (440 Euclid Walmart, Rialto's weight Rabies) 660 Newport zip / 880 SF EQ. (109 / 130 Vons, Zach Aaron Harp, Logan Brawner) 2002 / 808. (2008 / 280 Jeff Hiatt legal fees, Avocado)

Ref 008907 / 008 Mortgage Crisis (MC on 2021 receipts, 7-11 / Malicious Conduct, Medi-CAL, etc.) 90 / 7 Bad / 07 Clark and Gilbert died, Roppel employed. 97 bus stop Ball Road / 707 Mary Wilson Library.

Maria P = P 16 digit EBT / 32 Jail, Leo, Neal, Jim, media, accessory to felony code. (432) 400 Zachary's social, LBPD 18-38338 and 5 name / prison 405 OC Health new construction theft by deception. (150) = 555 Amazon San Bernardino, fire 6/5/20 and 05:55 time on cake packaging label. (CPL) 3412. (84)

Sell By $1.99

404204 on label / 204 trafficking syndicate = 200 transportation (20 ID theft / 4200 Long Beach Blvd. 7-11 and Elite Payroll Card Patterson CPA) Mall 4 All McDonalds. 2007 Clark and Gilbert died, Roppel employed / 411 Ronald Reagan Courthouse.

$1.99 / 200 "transportation" = $3.99 prices 99 cent store and chicken price increased Food 4 Less - Deli / 399 = 69 / 330 Chase San Bernardino, 3/30 Grandpa's supposed heart attack. 630 Cypress zip / 93 James Clark, Michael Harp (186) 66 Ramos, family, homicide, woman and Metro. 18 LBPD 38338 and 666 Devil / 636 OCTA phone / 30 OC County Code / 300 Prison Road Folsom, Buckman Bullitt Co. Sheriff / 6300 Baker Electric / 6330. (9/30 Fiscal Federal Funding Year / Terre Haute Elevation) THE 33 KCD flyer / 1992 - 2025 = 33 name, Kim, Villanueva and Eric Cooper's age 2000. (2303) / 503 and 603 (100) / SAPD / 3100 Helmsdale.

$1.99 and 05:55 = 905 Roppel cell, Chase San Clemente / 1955 Disney, Donna Glasser born. 755 KY Birth Certificate File Number.

Scam (AM) / PM (SC 193 = 73 Body Bag, Stacey, Gilbert, Iacullo, Colliau, Gordon, etc.) 19 Covid / 373 Metro DOT. 1973 + 3 = 1976 year my age 1. (61 today / Kevin, Richard and Buena Park Fire)

Yesterday was 12 days until my 50th birthday = 62 Insane, Gloria, Georgia, Officer, Katella / 62 Metro Hawaiian Gardens 8 = 70 Amazon, sewers, suicide / 870 Newport  PD. (161 = Child Support)

11 days today until my 50th = 61. (506 Biltmore, DRE Matt at Spencer Snyder, staged phone number) 610 National Center Missing and Exploited / FL DL Number, Coldwell Banker Seal Beach, suite 100 = 710 San Bernardino PD / Gateway Medical. (1250) 125 Zachary Harp, Karin Cooper, Chris DeZarn, Support. X 10 DPSS County Code / 620 my birthday, Buena Park zip, John Capps  DPSS / 600 OCTA Administration, Wall Street, Louisville Courts / AD in administration 14 / 614 CIN Eric Cooper arrest record / 62 Insane, etc. 602. 58 Taffy, Grandma, Nathan, Danny, DPSS. 608 / 25 Saints Jersey 2009 with Taffy.

Navels = 73 / ELS Football. NAV 37 OCTA assaults to me. 733  CVS Amox 7 Bad / 740. (240 Sheriff skimmed report)

Birthday 87 Helen Harp

Cake 20

--------------------

107 Eric Cooper, Programs, Extra Mile, etc.

208 Charlton Wynde, Bank of America / 7 bad (2015 Zach with 8 on shirt) 7/21 / 5 name, prison and 720 Eric Cooper's birthday / 30 days from mine and 15 days from Zachary's (45)

$3.15 receipt at Food 4 Less, units at 7622 Katella and room at BHE when Zachary was born.

(203/815 Compass Oceanside) 281 redeposit skimmed / 035. (285 BHE / 103) 388 / 100k their theft $1 million / 288 Sheriff call box, Monrovia.

1783. (500 / Harbor? 83 Narcotics) 1711 Katella Urgent Care formerly Chase Bank.

KRO (44) Zero (64) Sugar (66) Whi(40)

64 + 66 + 40 = 170 TAP / #2170 OCTA fall on 4/21/25 and two million their theft intent / $10 million / 12. (120 Security, Premediated / 240 Sheriff skimmed report 3/1/24) $3 million 124 lawsuits / 124 Euclid ($2.48 receipt Magnolia 99 cent store with Rialto)

Auto Markdown (AM) IR / Amir Garden Grove PD and AM/PM on Lincoln. Ram, I-9.

Auto 57 = steal, Chris, Eugene, JuLIE, year M. Harp born / Markdown 99 = onboarding / 42 Bus, Maria - cashier on receipt (84 = million lawsuit against Hadley family) 84 year my age 9 / 42 = 6/9. 99 onboarding, 909 Probation Santa Ana, San Bernardino zip code and 942 Mission Street San Francisco / 96 Julia Harp, Shirley, Bullitt, Homeless / 138 Zach Crosby re-order, peanuts etc. 7-11. 613 Cypress PD / 98.

Auto Mail / Otto Frank (OF AM) 156 APD plates, Sheriff plate (36 scam) / 113 Gaslight, Marquardt. (G&M) 911 Seal Beach PD, 3.

Miep / 139 / E 5 P 16 (Maria P)

Miep brought food to the Frank family in hiding.

139 = MI = Corrections, E 5P16 (54 Regina, OCTA Risk Management / Maria Hadley facilitation?) MH, Mental Health / 138. (21 Whitehouse Jersey, age policy owner, Ben) MH Michael Harp. 5 Prudential addendum. MF / Hadley. 136 harassment, Hadley 55 Civil. 655 Homeland Security, Coroner, Sheriff, Child Support / 13 socials stolen in KY / 103 CHP locations, Pontrich, Stanton. 130/13 (143 Kevin Roppel, Carly Jaquier) 23 Buena Park PD, Los Al Elevation.

Social Security Ticket Number B792 (BB on Zachary's birth certificate) 79 William, asshole, Big Gulp, murders. 229 / 7 bad. (97) Orange County Library Card.

**On Monday, May 12, 2025 at 12:20:24 PM PDT, Stacey Harp <staceyharp@yahoo.com> wrote:**

797 Orange County Library Card - at one point (7 Bad and 97 bus stop Magnolia and Ball Road, Wilkins, Stoess, Chad Glasser, Jason Roe
716 Kim Archer phone / March OCTA cameras
(81 Realty, Zach Harp, Glasser, Jennifer, Dumbass) 801 Chase Seal Beach / 716 / 74 Sueno, "weirdo", Kroger, San Bernardino PD car. 7/14 Conrad letter, 67 age social security. 147 Brookhurst / 76.
2776. (913)

214 FS increase by 10 / 313.
$2 million their theft 143 / 10/13 Curtis birthday.

| | | |
|---|---|---|
| | McFadden Wharf in 1891 | |
| Location | near Newport Bay, California | |
| Coordinates | 33°36'28"N 117°55'43"W | |
| Built | 1888 | |
| | California Historical Landmark | |
| Designated | July 3, 1964 | |
| Reference no. | 794 | |

797 - Library card see above
794
----------------
3 my age in 1978, Julie and Eugene divorced

775 on the sign with 794 at PCH / 19 Covid, flip is 91 prison, sodomy, aid code GR.
775 Hawaiian Gardens Food 4 Less

621 McFadden / 621 Ave Vaquero. 216 / 621 (166 Christian Ramos, William Clinton) 1 / 888 Bank of America LA, SAPD car, Denny's LA.

CHL vs CDL (HD) 84 = million, Zack Harp, lawyer.

73/1964. (316 HB Post Office) 774.

794 / 774 = 20.
247 terroristic stalking, HCSO FL phone / 47 Ron, 200 "transportation" 1100 / 2.

Today, between 11:30am and 12pm I went into the social security office to get my stolen card replaced and that of my kidnapped son Zachary. His was in my possession and had been replaced 8/2013 due to theft in KY. It was still attached to the paper mailed to me when I requested duplicates. Social security would not replace Zachary's stolen card today when I requested it, he turned 18 on 7/5/18 but I am his legal birth mother and did not give up custody of my child which should entitle me to a replacement card for the one stolen 6/29/18. LMPD, Louisville Metro is playing "hide the baby" one lawyer told me in KY before I left and a letter from Chief Steve Conrad makes him guilty of child concealment. I spoke with a child stealing attorney in San Bernardino when I arrived back in CA 7/2015 and he confirmed with the documents I had, nobody has legal custody of Zachary but me.

While I was in the social security office, ticket number 8792, I asked to get it documented in my file that my ID etc. had been stolen. The clerk would not document this, I told her I was the potential victim to ID theft and I was NOT changing my ID or flipping it with anyone. Vocally they have told me they wanted me to be my mother Julia D. Harp. They have also tried to claim I am my kidnapped son Zachary. I told this clerk with my stolen ID etc. I was told of the intent to make me liable for a HUD scam in Compton. Uncoded, Julia Harp = 96 and uncoded Compton = 96. I was 21 years old in 1996 and according to a Prudential policy taken out on me at the age of 2, I would be the owner of that policy at the age of 21 but they needed a name change prior for their fraud kite scam. HUD = 33, Zachary's football jersey on a KCD flyer mailed to me after kidnapped, I contacted the school over this. Julia Harp = 96 – HUD 33 = 63 Donna Glasser's age and 63 / 33 = 90 Curtis, for Curtis DeZarn. Vocally they claim Donna Glasser is my birth mother but I was never told this otherwise.

I asked to speak to the supervisor at the social security office to try and get him to understand the need to properly document my circumstances and he would not do so or listen to what I had to say. He told me he did not have the time. His name was Mr. Diaz so he said. I told him as he walked away I wasn't going to prison over this scam he must be involved in some way if he wouldn't listen, he would end up going. They are illegally disabling children and adults through social services for an insurance fraud scam. On 9/7/16 Julia Harp and Eugene Newby presented supposedly deceased Bradley Camm as my kidnapped son Zachary. I'm told they wanted to claim he was Brian Minton but I had never seen Camm before and know this because of a mole on his neck. Julia Harp indicated when asked by the LA County Sheriff Camm was Zachary and 16 years old. Camm would have been 23. The Sheriff said Camm needed to leave the court room he was a minor, Julia said "he is a witness" but to what I don't know. 16 for Zachary and 23 for Camm = 39, my age when LMPD in KY caused me to have a metal rod inserted in my leg and a screw in my ankle. They want to steal this lawsuit from me. 39 = 27, the pages of Zachary's newborn record I have in my possession I'm told was copied illegally when Curt who works at 205 Marina illegally removed my items from the lockers in Belmont Shore. Numerous reports filed on Curt.

LONG BEACH POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 171001754**



134/54
(80)

78    134  ≤ 212

## INCIDENT INFORMATION    II =99 onboarding

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 484(A)PC | Theft | | | 11/27/2017 04:15 AM | 11/29/2017 04:30 AM | 11/29/2017 03:20 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE   Paoli Peaks | APPROVED BY: |
|---|---|---|---|
| *** | T17002324 | 5255 Paoli, Long Beach, CA | 7108/Hellena Horsley |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Sidewalk  82 (84) | | | | | | |

## PERSON LISTINGS

5 million 255 P. Defender

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC/STATE | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Harp | Stacey | | *** | | * | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | | | | | | | | | |
| | EMAIL   staceyharp@yahoo.com | | RESIDENCE ADDRESS   *** | | | | HOME PHONE | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS   *** | | | | WORK PHONE | | |

## PROPERTY LISTINGS

| | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 1 | STN | Office Equipment/Cellular Phones - Car Phone/Cell | | Alcatel | |
| | SERIAL NO | | OWNER APPLIED NO | COLOR   Black | MKT VALUE $ 15.00 | DMG VALUE $ |
| | DESCRIPTION | | | | |

(RAC) "nice rack" said about 2nd bike

## NARRATIVE

919 Raleigh area code

stolen a couple days before stolen

I was sleeping or trying to at the outhouse 9S at Marine Stadium. I had just checked my phone at 4:15am. I placed the phone back on top of my bag and turned back to close my eyes. A Hispanic man riding a bike approached within minutes and asked me if I wanted to buy marijuana. I was not facing him but could sense he reached down. I declined to want to buy marijuana and he kept talking. He left. I went to reach for my phone and it was gone. He then returned and I asked him if he had just stolen my phone. He said he had not and I could search him, he was clean. I declined to do that and stopped service with the provider when I got to a landline phone. This incident happened on the 27th, X 10 trafficking adoption = 270 for KSP police covering this BS with a funnel cloud for trafficking to keep me unemployed. I moved to CA at the age of 4 and they want a 30 entrapment federal financial, 430 the time of the staged theft. 120 linked to Prudential insurance fraud with Eugene Newby as the beneficiary, 1/20/77 and the suspect of the phone theft Hispanic to mock Ronnie Glasser and Derek Wilson in Oakland. 12077 = 3077 and 47 X 10 = 470 - 200k house vocal onboarding asked if I would live in = 270 KSP police entrapment for a pull back East or here with mafia trash.

- Type of Theft = [Property Value $950 or Less]

415 Tiburon, Robin Williams supposed suicide

(332) Victims of human trafficking and slavery may be able to pursue legal action against law enforcement agencies for failures in properly addressing their cases. These lawsuits often focus on claims of negligence or failure to investigate. (PAT – Properly Addressing Their Case) 161 = Child Support (PA) T 20. (4120) = 419 sexual violation while under anesthesia, 419 Prudential policy at my birth 1975, 419 Sandalwood Evansville and 419 Toledo area code. 419 = 47 John, Ron, Rachel and 407 Julie and Eugene socials, Eugene's sexual violation to me at the age of two and his supposed divorce from my mother that wasn't until my age was three. 47 + 3 = 50 drugs, cocaine, apple, fraud, Michael, Paul / 473 phone on Sandalwood in high school and $350k Kim Camm insurance. 823 + 6 rape, theft 829 IRS phone, Logan Roppel Corporate address. (CA) 31 Gene, Garda, Safe and Cash. (SAC) 1913 / 191 mental health concerns, Darley Eugene Newby, 3 / 71 Marvel, 3. (10/13 Curtis DeZarn birthday, 130 Zach Aaron Harp, Logan Brawner / 260 new construction 7-11 Euclid) $264 TAP only, Watterson Expressway. (WE) Weingart, 235 = 12/11/14 onboarding started and 1211 Anaheim Regional.

Key legal frameworks and concepts: (KLFAC) 1112613, (Half million, Taffy Harp / 261 phone in 2001 and 26 APD 13 socials stolen in KY, 103 Pontrich, CHP Locations, Stanton) 39 OCTA, Amy, Beach and age leg operation. 811/3. 88.

• Trafficking Victims Protection Act (TVPA): This federal law provides survivors of human trafficking with the right to file civil lawsuits against their traffickers and any entities that knowingly benefited from or enabled the trafficking. This could potentially include actions against businesses and corporations, such as hotels or airlines, that may have been complicit in the trafficking. (TV, Derek didn't get in prison and PA "Grandpa", Michael Harp called "Pa" by Zachary, Zach and Zack.) CL 312 / 36 scam, child, KY, Stanton Library, law / 3129.

• Negligence: A victim of human trafficking could argue that law enforcement was negligent in their investigation or handling of the case, which resulted in further harm or continued exploitation. (Negligent KY Court Paper after my son kidnapped for not socializing, escorting etc. You can't neglect a child reported kidnapped) GEN – OCTA fare box and their consistent battery over my fare = 30 = ZAC, my son does not carry his father's last name, initial C. 303 DA San Bernardino, Bank of America / 606 Lexington, KY area code 1993. 636 OCTA phone. 63 Kaiser, penis and 6 rape, theft 600 OCTA administration, Wall Street and Louisville Courts / 900 Harbor Social Security scam / HS, Chevron and Human Slavery / SS Hitler, Nazi. (NI / needs improvement fax sheets / 149 – 2 = 147 Brookhurst 7-11) 291 FS increase / 247 terroristic stalking, HSCO FL Phone. 712 = 84 Zack Harp, lawyer, million, marketing and 47 John, Ron, Rachel / 844 Food stamp re-cert phone, Nissan Z Lincoln plate and Hotel Del Coronado sign. 847 CHP San Bernardino, Garfield phone and Tim Harp phone.

• Failure to investigate: Lawsuits may be filed based on allegations that law enforcement agencies failed to adequately investigate reports of human trafficking, according to Fox 7 Austin. (FTI) 629 FBI. 17 / 5. 620 Buena Park zip, 9 Dad / 611. (311) 58 Taffy, Grandma, Nathan, Danny, Phone, DPSS. 38/115 = 6 rape, theft 32.

Examples of legal actions: (EO) Equal Opportunity / LA 13. (5313) $5 million their theft 313 back of new Edge EBT cards. 313 RTA.

• Lawsuits against the FBI: Victims of Jeffrey Epstein have filed lawsuits alleging that the FBI failed to investigate reports of his sex trafficking ring, says Reuters. (STR) SR Nissan Food 4 Less Anaheim / T 20 and hit on Rialto / APD report numbers. 2075 (75 ELS jersey, Rialto) 2012 / 750 LA Metro / 212 strongarm robbery code SFPD. 962 + 6 rape theft / 968 no report filed GG PD. 158 /.548. (3404) 8.

---

Handwritten annotations:

599 | 247 S Bernardino courts | S million their theft
4 | Terroristic Stalking | 161 child support
55 | 598 | 100K | plates EPA 5161
civil | Budget | HCSO FL pb | poisoning, attorney
Law | their theft / 1 million 84 / Joe Biden / 64 Titan | 154
36 118 63 39 91 23 41/5120
125 100 60 47 (519) 57
18 + 23 + 19 + 19 + 30

.1257 (607 Rodeway) .910 (941D)
Legal Coffee (Leg) al 112/9 >516 = 54

Metro Bus LA All Day 1211
Palm Trees 42 67 Bus (109)

4/26 CT Scan 7 Bad | TV/Pan
433 | Copper Pots + Pans

Green OCTA fare box T 20 hit 37 Rialto 75
203/775 (204) 75 Det. Glaxer Toledo

FTI 6209 | kidnapping | 149 29

EO (53) LA (13) | 40 rape as employment | RAE (015) | Norma Ron/ma14

59 429 601 (629) 42 Bus 12/30 Starlene bday
42/550 (40 rape, food, Abdul, US, HB elevation)
595/545/50
592 Roe cell (425 Grocery Outlet, Harbor APD) 270/
48 crime/785, 115 489 (417) 45
255 – Ronald Reagan Courthouse / Public Defender SB
7-11 GSR # (765 Anaheim Computers)

Regarding Utah 567
1/2 million their theft 92 student, Wilson, San Pedro
IR / Victims
1UR Social Services

- Lawsuits against local law enforcement: Cases have been brought against local police departments for failing to adequately investigate sex trafficking allegations, reports the Lawsuit Information Center. (STA) 19201. 7/21 Seal Beach Library 2021 and San Bernardino Library 2022.

Challenges in pursuing legal action: (CIP) LA. 39 OCTA / 646 (20) 626 lumber train Cedar tracks, area code. 366 / 94 ID, 19. 9 Dad, 419 sexual violation under anesthesia, Prudential 1975 policy = 80 / Sandalwood and Toledo area code (SAT) AC 13. SAC / TA. 21

- Lack of trafficking identification: Many human trafficking cases investigated by law enforcement are simply not identified as such, even in agencies with specially trained staff. (LOT) 71 Marvel, Dr. Jose / IM 913 Prison, 3 (4303) 12/30 Starlene birthday, 2. 122 Grand Larceny, to spite me, Jessica Pinkerton, Golden State / 7 bad. 129 lethal injection, Brian Minton, Donna Glasser, John Roppel, Tasha Gingerich.

- Difficulty in proving negligence: Demonstrating that law enforcement's actions (or inactions) directly caused the victim's harm can be challenging. (DN) IP / DT LEA (DEA) TL 2012.

It is important to note:

- Seeking legal counsel: If you are a victim of human trafficking and believe law enforcement failed in their duty to assist you, it is crucial to consult with an attorney experienced in human trafficking cases.

*[handwritten left margin: CR / 36 / Scam]*

55    *[handwritten: CL 312    RCC (633 LMPD, KY)]*

- Civil remedies: While human trafficking is a crime, victims may also pursue civil lawsuits to recover compensation for their damages and hold those responsible accountable. (CR debit PD) 3620. 920 Southeast Christian, 11. (Pur water / sue) HTC 8:20 ATM skimmed, 3. 203 FS office short by $6. 2018 / 621 and 8 for money Eugene. 817 Main HB. 82 Zachary, sexual, Roppel, Brian Roe, OC Fire Gilbert.

- What are the challenges to law enforcement in investigating human trafficking?
- One of the main issues is the hidden and clandestine nature of the crime, as traffickers often operate in the shadows, making it difficult for authorities to detect and investigate. Victims are frequently moved across state and sometimes international borders, complicating jurisdictional matters.

SHA(DOW) / Park / Hide on Newport Computers. (HE) Hindering Employment / 85 Jeff Hiatt, Minton, Steven, 13. 88 California, poison, Melvin Belli, exercise, etc. 40 rape, food, US and HB elevation, social security credits, Abdul. 138 / 8 for money 146 (100k their theft 1 million, 246 CAL Optima phone / 130 Zach Aaron Harp, Vons, Logan Brawner)

19 Covid, 81 year my age 6 and sexual abuse Mission Viejo. 8:16 FBI lawsuit. 845. (84 Zack Harp, lawyer, million, marketing / 5 name, prison 800 Quinn Cat, Eugene's credit score and 45 Kite, Egnar, Clark and Daniel, LMPD) 1984 year my age 9 Dad, 5 Prudential addendum 1980 / 95 The Serena, Chrysalis, insult, emergency, supplemental EBT Deposits.

HA (81 Glasser, Jennifer, Zach Harp, realty, dumbass) 9 Dad / 1981, 1990 year age 15. (181) 61 Kevin, Richard Buena Park Fire. 1995 year age 20 / 01 moved to Cherry Grove Ct.

MID / Making It Difficult / 139 Corrections, Christopher, LAPD Corrections Registration / 4$. 94 ID / 54 Regina, OCTA Risk Management Letter May 2, 2025. 2013 socials stolen in CA.

Kentucky, to S. Carolina, Georgia, Florida, Cincinnati, Cleveland and now terrorized still in CA. Harassment everywhere we go.

The FBI works human trafficking cases under its Crimes Against Children and Human Trafficking program. We take a trauma informed, victim-centered approach in investigating these cases. Here in the United States, both U.S. residents and foreign nationals are being bought and sold like modern-day slaves. (Crimes against Children, "CAC(A") / San Diego Transit pull to Hotel Del Coronado with Taffy, Dukakis) Michael Dukakis. 3131 = 62 Insane, 602 Loitering, Eric Cooper's arrest record. 23 cord. CO 315 room Zachary born / RD 184 Extra Mile 64. (233) 310. (543)

--------------------------------------------------------------------------------------------------------------

Yes, in many languages including Spanish and Portuguese, "caca" is a slang term that refers to feces or excrement. The word has a long history and etymology, with roots in Proto-Indo-European. It's generally considered informal and may be seen as taboo in some contexts.

Michael Stanley Dukakis (MSD) Metropolitan Sewer District, KY. (AK, 111 = Taffy Harp / AK(47) / 158 = stupid people, Humane Society, Orange County, Anaheim Elevation. (SD) Shirley DeZarn / SD on Los Alamitos sewer caps. 194 food stamps, freedom of movement. (Dom realty pull) DR credit PD, 162124. (164 PD / 212 strongarm robbery code SFPD) 4/21 Taffy attack and April 21, 2025 fall OCTA 50, 2170. (502 Louisville area code, Rialto School Bus, Mary Wilson text phone) 170 = intentional. 2 million their theft, 702 Santa Ana zip, Social Services and time stamp on Hawaiian Gardens Food 4 Less receipt, man hit by car walking back from store.

Here's a more detailed breakdown:

- **"Caca" as a slang term:**

  The word "caca" is primarily used as a slang term for feces in Spanish, Portuguese, and some other languages.

- Etymological Origins: (EO 5/15 MIW by Glasser, Weingart) 20. 51 / 520 building next to Biltmore. 2015 Zach with 8 on shirt / 520.

  The term's roots can be traced back to the Proto-Indo-European root *kakka-, meaning "to defecate".

- **Usage and Context:**

  While "caca" is used in informal settings, it's not generally considered polite or appropriate in formal conversations.

- Synonyms:

  Other terms for "feces" include "poop," "stool," or "excrement" in English.

**XAVIER BECERRA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

September 29, 2017

PIU: 686684

Ms. Stacey M. Harp
P.O. Box 2391
Long Beach, CA 90801-2391

Dear Ms. Stacey Harp:

Thank you for your correspondence to the Office of the Attorney General requesting that a crime be investigated and that the alleged perpetrator of the crime be prosecuted.

If you have information about a crime, please file a report with the police or sheriff's department in the area where the crime occurred. Local law enforcement authorities are responsible for investigating violations of law within their jurisdictions. After investigating the crime, the local law enforcement authorities will forward the case to the county district attorney's office for prosecution, if appropriate. The decision whether or not to file criminal charges will then be made by the locally elected district attorney.

We understand that you also have concerns about the manner in which the local police or sheriff's department is handling this matter. We appreciate your sharing these concerns with our office.

It is the Department of Justice general policy that local governments will be primarily responsible for citizen complaints against law enforcement agencies or employees of law enforcement agencies, and that appropriate local resources (e.g. sheriff or police department, district attorney, citizens review commission, and/or grand jury in the area of jurisdiction) be utilized for resolution of such complaints.

You should first direct your complaint to the local law enforcement agency. Every law enforcement agency in California is required to establish a procedure to investigate citizens' complaints (Penal Code Section 832.5). A written description of the procedure is available from all law enforcement agencies. If a resolution of your complaint is not obtained through this procedure, you should write to the county district ✱ ✱attorney and county grand jury in the county where the law enforcement agency is located. Most complaints against local law enforcement can be resolved by contacting the aforementioned agencies.

Finally, we suggest that you consult with a private attorney. An attorney would directly represent your interests and is the one whose advice would be most helpful to you. You may obtain a referral to an attorney by contacting the Los Angeles County Bar Association Lawyer Referral Service at (213) 243-1525 (Monday through Friday, 8:45 am to 5:00 pm). Should you feel that you cannot afford an attorney, you may wish to contact the Legal Aid Foundation of Los Angeles at (800) 399-4529.



STATE OF CALIFORNIA
PIU 3 (Rev. 01/2017)

Xavier Bocerra
**ATTORNEY GENERAL**

PUBLIC INQUIRY UNIT
(916) 210-6276/ (800) 952-5225 Toll Free - CA only
TTY/TDD (800) 735-2929 (California Relay Service)
For TTY/TDD outside California contact your state's relay service
number at  http://www.fcc.gov/cgb/dro/trsphonebk.html
AG Web Site: http://www.ag.ca.gov/

Department of Justice
Page 2 of 3

**Mail Form to:**

**Public Inquiry Unit**
**Office of the Attorney General**
P.O. Box 944255
Sacramento, CA 94244-2550

NOTE: We do not provide an on-line filing process for this type of complaint because document attachments are needed.

# COMPLAINT ABOUT PEACE OFFICERS/ LAW ENFORCEMENT AGENCY
### Please read the Information Collection, Use and Access notice on page 3.

## SECTION 1 - POLICY FOR REVIEWING CITIZEN COMPLAINTS AGAINST LAW ENFORCEMENT

Under the general policy of the Department of Justice, your complaint about a law enforcement agency or its employee(s) must be addressed first to appropriate local authorities. The Attorney General will review complaints for possible investigation when substantive allegations of unlawful conduct are made and all appropriate local remedies have been exhausted.

| HAVE YOU EXHAUSTED APPROPRIATE LOCAL REMEDIES? | NO ☐ | Please contact appropriate local authorities (e.g. sheriff or police department, district attorney, citizens' review commission and/or grand jury in the jurisdiction). |
| | YES ☒ | PROCEED WITH COMPLAINT FORM. |

## SECTION 2 - TYPE OF COMMUNICATION

| This is a complaint about a law enforcement officer. ☐ | This is a complaint about a law enforcement agency. ☒ |

## SECTION 3 - YOUR CONTACT INFORMATION (To receive a response in writing, you must provide your mailing address)

First Name: **Stacey**  MI: **M**  Last Name: **Harp**

Address: **PO Box 2391**

City: **Long Beach**  State: **CA**  Zip Code: **90801**

Home Phone: **562-253-1136**  Work Phone:

## SECTION 4 - LAW ENFORCEMENT AGENCY OR EMPLOYEE INFORMATION

Employee's Name:

Agency Name: **LA FBI, Long Beach PD, SAPD, BPPD, LAPD, Stanton, Orange PD**

Agency Address: **San Bernardino PD, OCDA, SADA, LA DA**

City:  State:  Zip Code:

Agency/Official's Phone:

## SECTION 5 - LOCAL REMEDIES SOUGHT

| Have you contacted the local law enforcement agency about your complaint? | YES ☒ NO ☐ |
| If so, what agency/agencies? | |
| Have you filed a complaint with the county district attorney? | YES ☒ NO ☐ |
| Have you filed a complaint with the county grand jury? | YES ☒ NO ☐ |
| Have you contacted another agency for assistance? **Countless DV agencies** | YES ☒ NO ☐ |
| If so, what agency/agencies? **Natiaml Cte Missing + Exploited report filed but lied closed over Cam** | |
| Have you contacted an attorney for assistance? **Railroaded out of one but have** | YES ☒ NO ☐ |
| If so, provide the attorney's Name: **tried numeraus lawyers - civil pull to** | |
| Address: **force submission /name change to send me to prison** | |
| Phone: **as cover for someone else's crimes.  No WAY** | |

## SECTION 6 - YOUR COMPLAINT

Provide specific information about the alleged misconduct and detail your efforts to obtain local remedies. If more space is needed, attach additional pages. ALSO ATTACH A COPY OF YOUR COMPLAINT(S) TO THE LOCAL AUTHORITIES AND THEIR RESPONSE(S). *Do Not Send Original Documents.*

Total # Pages Attached:

**Failure to stop illegal vocal onboarding that started 12/11/14 for entrapment. Took down my heart so it is dead without code, homicide for total control of my body. Kidnapping of my son not properly addressed. Ongoing daily civil harassment with intention to facilitate lawsuits then block me from pursuing them. Restraining orders not properly addressed. Supposedly deceased Bradley Camm presented as my kidnapped son 9/7/16.**

[If you need more space and are using this fillable form, create a document (e.g. MS Word or WordPerfect) to print and attach.]

Signature: **Stacey Harp**  Date: **9/20/18**

Page 2

31515
COO - Grocery Outlet

We hope this information will be helpful to you. Thank you again for contacting our office.

Sincerely,

*Casey Hallinan*

Casey Hallinan
Public Inquiry Unit

For    **XAVIER BECERRA**
**Attorney General**



CHPIU    492 Conrad +
3816921    Wilson Realty phone
↑ our names +
381/36    stolen
(86)    library card

10
Marvel, DR. Jose
(Caceres)  (142) *
/152
Ha(11) in/an = 71
81 = Zach Harp
1816/64 Joe Biden
Titan
Glasser
Realty
Jennifer
Dumbass

(IDT)
529 ID Theft Code

ID age 4  moved to CA          4/21 Fall 2025
944      5/25 OCTA 37 assaults 2025    OCTA
Casey = 53 Julia, Karin, Gavin (53×4 = 212)   2170
419 (30)          GiK /CJ
↑ sexual violation under anesthesia
473 ph
Sandalwood
41 + 930 x10   419 Prudential @ 1975 (100k)
Terre      (47) 50
Haute              5100 Katella Chevron
Elevation      197 Hadley = SS ticket
(THE)          KY Birth Cert. File#

Federal Fiscal Funding Year 9/30
(21)/909

CA State Auditor
Yahoo/US District Court

• 

**Stacey Harp**

From:staceyharp@yahoo.com

To:sirminton@yahoo.com,dhumphreys@hbpd.org,Stacey Harp

Fri, Nov 9, 2018 at 12:28 PM

Victim to ID theft potential and human trafficking with intent for my homicide. Insurance fraud intended as cover to lie about my ID and for those lying to profit. Money pulled supposedly from Julia Harp's paycheck through Chrysalis to imprison me and see me property of the state of CA for death accidentally but on purpose by lethal injection. Social services, DPSS and Orange County being used as a means to funnel money. On 6/29/18 they stole my backpack with ALL my ID information and that of my kidnapped son including birth certificates, social security cards etc. They want to run "doubles" psuedos and lie about our last name to avoid prison time for kidnapping Zachary. They want me to be a prostitute to my biological child on my mother's money as though she is me. NO WAY!! They want to lie I am deceased when I am not and come back in 2019 and steal my legitimate lawsuits over mafia linked construction based out of KY and IN coming to CA. Current project underway at 2nd and PCH. Center CAL is covering the project and my son attended a school in KY called CAL, attended Coach CAL basketball camp and never came back home. Julia Harp was the last person to see him and I am not her. 908 is the phone number to DPSS and 908 is the address to social services in Louisville KY. I am NOT interested in being entrapped in 2019 in their world of financial fraud for a theft scam over my lawsuits against LMPD, 2019 = 39 my age at injury; 27 LA counties; They are seeking insurance fraud, $4 million to cover Camm trials in IN, Bradley presented in Long Beach courts as kidnapped Zachary. Zach Harp = 81 year I was 6 and 8:16 FBI lawsuit, being denied civil rights and lawsuits along with employment for their theft scam intent. 16 year Camm presented as Zachary. 81 year I was 6 = 66 homicide and 36 scam. I am NOT changing my name for the mafia. I'm not interested in state or local employment for their imprisonment hold so they are denying me the right to full time employment where I will be happy, they need to be able to funnel money as my pay, potentially even my lawsuits. I would not be on federal funding, welfare, if Chrysalis had not blocked all my efforts at full time employment for their ill intent to profit and send me to prison / homicide. 6/29 date of theft of ID items = FBI = 629. 49 = 36 = scam. 13 years David Camm in prison = 4$ and he needs $4 million to cover trials in IN, I am not taking a hit for someone I don't know, don't respect in the media to send myself to legitimate prison. I wouldn't ever take a criminal hit to go to prison and I don't run with mafia BS. Please audit the exact nature of these transfers into my account. They could be coming from bad checks out of KY and or FL. These people are so stupid they plan to move all the KY trash here to call this KY, I don't want to be held a prisoner here and would not live here if they did. I find disability HIGHLY insulting and enjoy working but not as cash pay without taxes so they can cover me up as dead and profit.
6/29 date of theft of ID items = FBI = 629. 49 = 36 = scam. 13 years David Camm in prison = 4$ and he needs $4 million to cover trials in IN, I am not taking a hit for someone I don't know,don't respect in the media to send myself to legitimate prison. I wouldn't ever take a criminal hit to go to prison and I don't run with mafia BS. Please audit the exact nature of these transfers into my account. They could be coming from bad checks out of KY and or FL. These people are so stupid they plan to move all the KY trash here to call this KY, I don't want to be held a prisoner here and would not live here if they did. I find disability HIGHLY insulting and enjoy working but not as cash pay without taxes so they can cover me up as dead and profit. Copies of previous complaints inc.

○
○
○
○

Hi Stacey,

Thank you very much for contacting the Coalition to Abolish Slavery and Trafficking in Los Angeles County. We provide case management and legal services to survivors of human trafficking. In order to better assist you, we encourage you contact CAST 24 hour hotline  at 1-888-539-2373.

Thank you,
Ivette

888 Bank of America / SAPD Car

539 bus stop Magnolia, Pepper Spray (MPS) 131619. (306 staged medical card / 67 age social security, 367 Taffy's license and Fairdale phones)

23 Buena Park PD, Los Al Elevation / 73 (50) 230. (733/500)

88 California, thieves, Melvin Belli, poison, exercise / 85 Library, year age ten adopted, Minton, Steven, Jeff Hiatt. 39 OCTA, age leg operation, Amy, Beach / 2373. (96) Bullitt, Julia Harp, Shirley, Homeless. 11 / year FL move staged.

FL = 612, EBT cash balance after re-deposit skimmed $281. 611 / 228 San Quentin.

62 / 1128.

5(311 Tracfone, Rialto pictures) 373 Metro.

58 Taffy / 373. (515 Weingart, MIW by Glasser / 1992 to 2025 = 33) 253 staged phone number, incompetent facilitation / 203 food stamp office short by $6. (2018) / 206. 2026 / 180 (60) 2014 kidnapped. 5202. (522) Main, Chester plate.

## Thank you for your email Re: Fw: Please Review
Yahoo/ICE Human Slavery


- 

**National Human Trafficking Hotline**

From:nhtrc@polarisproject.org

To:staceyharp@yahoo.com

Sat, Mar 31, 2018 at 2:36 PM

Thank you for contacting the National Human Trafficking Hotline. Please read the following important information:

If you are in danger or need immediate medical attention, please call 911.

If your e-mail contained attachments, please note that the National Human Trafficking Hotline is unable to accept e-mail attachments.  Please copy and paste the text content of any attachments or documents into the body of an e-mail and we will review the information. The Hotline cannot accept images as attachments or in the body of emails.


Note: This is an automatically generated reply.**National Human Trafficking Hotline**

**Operated by Polaris**
24-Hour National Hotline: 1-888-3737-888
Text INFO or HELP to: BeFree (233733)
help@humantraffickinghotline.org
www.humantraffickinghotline.org

---

FBI TIP
Yahoo/ICE Human Slavery

**Stacey Harp**

From:staceyharp@yahoo.com

To:sirminton@yahoo.com,dhumphreys@hbpd.org,Stacey Harp

Mon, Dec 3, 2018 at 12:16 PM

Illegal trafficking scam involving my birth certificate with 935 on it for ICE as human trafficking victim who has a kidnapped child you want to make me, insurance fraud scam to send me to prison after I produced a child Julia Harp could not have and stole to dispose of me and make my son hate me. 935 is the address of the Washington DC FBI. Zachary Harp, my son and I am NOT Julia Harp or married to Michael Harp, has BB written on his birth certificate for 22. 935 + 22 = 957 for Donna and Ronnie Glasser phone number. I am NOT them or taking "cover" from them or whatever you intent is. Please leave me ALONE and return my son. I don't want their house, their ID's, money or anything but restraining orders and the lawsuits I have against numerous people plus a full time job I DEEM acceptable, not a link. If Donna Glasser is my mother I was not ever told this prior to my son's kidnapping and don't care, please leave these people out of my life. They have no right to my son or I. 987- 5000 = phone number for Naples Leasing Center in Belmont Shore CA, 987 - 30 federal ID theft entrapment = 957 their phone number;   957 = 905 Kevin Roppel Verizon phone cell number and 7 Zachary's age when I went to work for Roppel Industries in 2007. 900 = a disability scam at Zachary's age 19, 900 S. Harbor Social Security office and 900 S = 919, 910 - 510 Oakland CA area code = 400 Zachary social linked to my DPSS case number and Zachary's social, to run me as him and send me to prison. I am NOT Zachary. 919 = also 98 County for entrapment and 20 hold, NO WAY. 908 Social Services office in KY and 908 DPSS LA phonen  number. (109) 80 year my name Harp age 5. 805 Firestone Walker = 55 year Donna Glasser born and Hadley for j-walking ticket in Santa Ana I'm fighting for my rights against paying, J-walking code 219 and that is my old address in KY, 219 Charlton Wynde Drive. Jay is married to Angelene Brawner in Florida and involved in the kidnapping of Zachary. I'm NOT lying/tired of your BS

## Re: Zachary A. Harp DOB 7/5/00
Yahoo/ICE Human Slavery

**ACF Childtrafficking**

From:childtrafficking@acf.hhs.gov

To:Stacey Harp

Cc:ACF Childtrafficking

Tue, Dec 18, 2018 at 7:29 AM

Greetings,

Thank you for reaching out. Please contact the National Human Trafficking Hotline at 1-888-373-7888 regarding your concerns. The hotline can connect you with assistance in your area and is free and confidential.  You can also chat with someone online at www.HumanTraffickingHotline.org or can email Help@HumanTraffickingHotline.org.

Best,


Lauren


Lauren Devine, MSW & Chanelle Rollins, MSW

Child Protection Specialists

Office on Trafficking in Persons

U.S. Department of Health and Human Services

330 C Street SW, 4th Floor

Washington, DC 20201

P:  202-205-4582, F:  202-401-5487

Childtrafficking@acf.hhs.gov

Email Confidentiality Notice: This email message may contain privileged, confidential and/or proprietary information of the Office on Trafficking in Persons (OTIP) in the Department of Health and Human Services (HHS) and the Administration for Children and Families (ACF). This transmission is intended for the sole use of the individual(s) or entity to whom it is addressed and subject to protections under the Privacy Act of 1974. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return email. If you are not the intended recipient(s), you are hereby notified that any further dissemination, disclosure or copying of this communication is strictly prohibited. HHS employees should notify the HHS Computer Security Incident Response Center csirc@hhs.gov of any email messages that are inappropriately or inaccurately directed to them that contains PII, confidential, or proprietary information. Employees will need to provide documentation that the email has been deleted or destroyed.

**From:** Stacey Harp <staceyharp@yahoo.com>
**Sent:** Sunday, December 16, 2018 2:58 PM
**To:** ACF Childtrafficking
**Subject:** Fw: Zachary A. Harp DOB 7/5/00

I made a typo - I meant Long Beach PD 400; not Seal Beach

On Sunday, December 16, 2018 11:45 AM, Stacey Harp <staceyharp@yahoo.com> wrote:

Case Number 1254610 (610 my FL DL Number, lying about my ID and ID theft 6/29/18 to switch Zachary with school records etc; LBPD report 18-38338) 610 is the Federal tax ID of Baptist Hospital East where they are castrating male infants; 125 = Zachary Harp and 46 = Reagan, my former post office where they are involved in money laundering some way with social services to cover up federal "deaths" and insurance fraud' I'm NOT going away because this is what you people stand for and destroy lives with your lies and deceit. Closing the case doesn't change a damn thing or a lawsuit!! I'm NOT dead and I'm NOT taking a federal hit to go to prison for your lies!!

My son Zachary A. Harp was kidnapped, I reported this in July of 2014. I have reason to now believe he was doubled and can identify two other children who were also switched with him their whole lives, all known to me as Zachary, enrolled in school as such etc. I was sexually raped in the same capacity with a screen supposedly over my eyes to lie about the ID of the man having intercourse with me known to me as Brian G. Minton from Lexington KY. I'm told his cousin Tyler Banta or a Banta is the man who they doubled as Minton. I was illegally onboarded with vocally 12/11/14, over 4 years ago for them to break this up through me. I have legal rights to these children for them being switched with my biological child their whole lives and will fight accordingly. I will NOT pull in with their father for a prostitution tag or acceptance of being raped. It has been brought to my attention Kevin Roppel's supposedly deceased step-son Daniel is employed as David at the Seal Beach Mary Wilson library, running someway under insurance fraud with my social linked to the Seal Beach 7/11 zip code, being 406. They have linked my son's social 400 to the address of the Seal Beach PD and the cost of a restraining order to the their phone number $435. 435 = 125 for my son's name Zachary Harp. This Banta may be trying to run through my son's social now that he is 18 for facilitation of a felony, money laundering I have turned over to police and the postal service through DPSS and social services. They want to send me to legitimate prison for their crimes and failure to mafia submit thus keeping my mouth shut. They want me to change my ID, NO WAY!! My son, no freckle hand Zack told me in 2014 that he didn't want to die, he heard Curtis and Chris DeZarn talking that one



*84*
*66*

*University Southern CA*
*United States Constitution*
*, phone 2005 @ 219*
*C-Section Pregnancy*

# Title 18, U.S.C., Section 241 - Conspiracy Against Rights

*127 ownership*     *CAR = 22 Forehead* *744* */147*

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

*47 (419)*

*In (Tim) I-9      IOT  91520/*
*Date/30            /9320*
                    *6000*
                    *3320 La Palma*

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

*Library*
*ASA*          *18 US = 640 NH Chr Case*
*Aggravated 85* ———  *after 30 co. code*
*Sexual 82 Abuse 48*
*T30 /313×10  670/610 (00)*

- My son was kidnapped and no report filed by law enforcement
- My heart was uncoded and has no viable use to me which means the government controls my body and ailments including when I am deceased, already dead which is a homicide but still alive through government control — *GC (73 = Body Bag)*

*TV ARTE*

- Trafficking victim and right to employment, full time, being withheld for failure to "come back" as the illegal vocal onboarding says to law enforcement backed prostitution I didn't know I was involved in.
- Intent to demean me as a minor and use my son's social security number for their insurance fraud scam, Ponzi scheme
- Bradley Camm, supposedly deceased 2000 the year my son was born, presented as my child Zachary in Long Beach courts over restraining orders and the kidnapping of Zachary, Julia Harp called Camm Zachary to the LA County Sheriff and he responded as though he was 16, he was 23. Vocal onboarding, military staging started illegally 12/11/14 and told me of the Camm boy's real ID. I did not know him and thought they were dead.
- Intent to use me and or my son for a cover for $4 million to cover Camm trials in Indiana
- Bodily injury to myself by LMPD in Louisville KY resulting in a metal rod being placed in my leg and a screw in my ankle, federally staged and on my way t o fax information regarding my son's kidnapping to the DC FBII because the Louisville FBI in person, 2 agents, told me they don't handle kidnappings only terror attacks
- Daily listen to onboarding that my son has been sodomized and the names of people in restraining orders
- Child stealing attorney in San Bernardino behind the plot to see me declared deceased, incompetent for insurance fraud "said he wanted it all" and then proceeded to tell me "he may



Charging 24
Stalking 93 /122

Daily 51 /10
And 19/10 ⟩ 192 (72)

have" when I said you cost me my child by pulling me out of restraining order hearing to assist me.

- Gang stalking daily and avoidance of lawsuits without mafia pull

(95)
74  21  124 ⟩ 219 → 249 /2849 /2813
116   30   61   (09)      6

Name 33
Change 38
71/5
(73)
-788

- Avoidance of my unemployment to keep me on the sidewalk to sleep for failure to want prostitution as employment in my life / Legal aid said "they won't give you any money"

233/195
→ 733
-219 + 335
116
/ 103
5  Pentuch
-14 CHP
Niebal

- Vocal onboarding violating my right to an attorney for name change submission, prostitution insurance fraud to send me to prison, DOJ in Sacramento advised me I need an attorney as I already knew

18 35 91  41510 (43)
(144)

140 = Submissia
(211 W.
Temple

- Bodily injury to illegally coded family poodle, staged K9 actress, stroke, seizure, leg injury and just this morning staged to throw up yellow "bile" to mock internal injury. They want blood work on her and it will be staged for a money pull.

- My blood work was staged to discredit the medical field because of illegal coding control over body  BW   mc (133) - Family Poodle   JD/me

Family 60
Poodle  -①  67
46 — 50  /133

- Ongoing list of mental cruelty, staging in this including doubling my child with two others and having me raped sexually by cloned doubles of Brian Minton who I met at 19. All men used the name Brian and the 3 Zachary's used the name Zach or Zachary. Designed to make me look crazy to then see me deceased by lethal injection when they obtain control over me as intent to declare incompetent for honesty. They want my mouth shut.

ASS/LI

- Intent by Kevin Roppel, former employer at Roppel Industries "they will put you away for a long time if everyone stands up and lies"

omc
15 133   106/4 ⌐ 220  LI 129/21  (150) -49
51   55   114

BIT (Bodily Injury To)
ICF
936/90ad sca
99/918 Prison 8

**Federal Civil Enforcement**   FCE 685 - 4 $ 631

**"Police Misconduct Provision"**   PM/5100 Katella  (Pro) Vision 137

⑪ This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. (42 U.S.C. § 14141). The types of conduct covered by this law can include, among other things, excessive force, discriminatory harassment, false arrests, coercive sexual conduct, and unlawful stops, searches or arrests. In order to be covered by this law, the misconduct must constitute a "pattern or practice" -- it may not simply be an isolated incident. The DOJ must be able to show in court that the agency has an unlawful policy or that the incidents constituted a pattern of unlawful conduct. However, unlike the other civil laws discussed below, DOJ does not have to show that discrimination has occurred in order to prove a pattern or practice of misconduct. **What remedies are available under this law?** The remedies available under this law do not provide for individual monetary relief for the victims of the misconduct. Rather, they provide for injunctive relief, such as orders to end the misconduct and changes in the agency's policies and procedures that resulted in or allowed the misconduct. There is no private right of action under this law; only DOJ may file suit for violations of the Police Misconduct Provision.

111
Excessive
Force 47
6 or 8/2
(158)
/547
300
/847
295/407
297/540

26/
/64

264/61  241
203    400

81
Ongoing -7
n(t)  Going
Amazon

→ 290  False Arrest
**Title VI of the Civil Rights Act of 1964** (134)  1830
**and the "OJP Program Statute"**   \704

A (VOID) ance
1435
Knce

11/14 Rial to
murdered
35 Eric
49/ Bill
11  Canoe
60 = 5

"List 60
of 21
mental 65
cruelty 104

Together, these laws prohibit discrimination on the basis of race, color, national origin, sex, and religion by State and local law enforcement agencies that receive financial assistance from the Department of Justice. (42 U.S.C. § 2000d, et seq. and 42 U.S.C. § 3789d(c)). Currently, most persons are served by a law enforcement agency that receives DOJ funds. These laws prohibit both individual instances and patterns

250/
/2170 OCTA 4/21/25 FALL

More
Yahoo/ICE Human Slavery

**Stacey Harp**

From:staceyharp@yahoo.com

To:sirminton@yahoo.com,staceyharp@yahoo.com

Cc:dhumphreys@hbpd.org

Wed, Mar 14, 2018 at 7:41 PM

, 21      57      125 (60)      new construction 7-11 theft by deception 150
Common Indicators of Human Trafficking 104      , 260 Euclid      OF Human 78 = Childers
                                                                    Harp      Trafficking 104
              74    145      82   48 = 130 Zach Aaron                          /182
Injuries or signs of physical, psychological or sexual abuse          Logan Brawner
    74   91         137         74  21  40      Vons      Common 73  > 255 (72/355)
Physical threats, threats of deportation and/or threats of harm to family members      Indicators 112
    61  35  67    111    81  33  50  42          135   21      ELS          /367 Taffy
(Fag) Hag    vin                                      156  Rialto    39 OCTA      185 = 65  license
    78  42. 21  42  33    192 Christina Taylor    33 KCD  Plates  141  age leg    100K/1mil
Little pay, no pay or working to pay off a debt          APD+  /6  operation    285 BHE
22914    114                47  .35  42   .31      225  Sheriff    78 Childers  Hindering
    ↑  age  Isolation    338    215  cash 7  bad    Charles  66      636  vaginal oral  Employment –
minton  kidnapped  +47  42/    /317 (35)    Boney      OCTA  Sex by  (63) penis
supposed                435              50  2/22 leg    young  2 mil their  to these
cell +      Restricted or scripted communication    275 KY Vital  operation  boys w/penis  theft 859  people
Cypress                              Statistics      issues due to  Lex, KY
PD ph.    Inhumane living conditions    195 Western/Bayshore    circum
                              Roam Zachary born
    No ID documentation    945  / units 7622 Katella
61 35 67   367 Taffy license  psychological  300    315 receipt Food 4 Less
    ↑ Derek Wilson    Buckman  145
    Feisam    800
7567          Injuries = 105 lawsuit /210 Taffy bloodwork estimate
1213/      my supposed cholesterol
/203    FS office short by 6 > 111    /216    420 Easter 2025
, 45                  (68)
    165 = Physical threats    48/206
    / 100K/65 mental    12 /4814
130 ⌐111 = half million /Taffy Harp    6  > #612 balance after #281 re-deposit
   └241 ph. 2005      120 Westview
        USC 241

        Deportation = 137 = Scott Raby
        / Charlton Wynde Pontreich
        x 3 = 411 Ronald Reagan Courthouse
        (911)  1211 Anaheim Regional /12/11/14 onboarding

# FAX

1711 Katella Urgent Care

(197) = 16    17    118    62 - Insane etc.

−4

417/45

**TO:** FBI / Attorney General    **FROM:** Stacey Harp

**PHONE #:** _____    **PHONE #:** _____

**FAX #:** _____    **FAX #:** _____

**SUBJECT:** 5 pages    **DATE:** 3/2/18

3

**COMMENTS:** _____

_____

_____

_____

_____

363 Laguna Library 10 / 373 Metro DOT

126 +57 = 183 (63 Kaiser)
        120

64    57    62

Captain Chris Marks

4700 Ramona Blvd.        55
Monterey Park, CA 91754    ) 1955        1253 /603/57
        10 (94)    /755    3 million

213-229-1700 Am/Pm        3000 DC FBI phone
        Harbor

Stacey Harp    3/2/18

ICE = 935 written on my birth certificate (ICE – Human Trafficking) = 275 from KY to FL / 275 Magnolia Long Beach courts restraining orders / 935 = 125 Motel 6 Room Number Valley View = 900 Harbor Social Security and 35 Eric / age of Kim Camm 2000

FBI = 629

306 = 24 my age pregnant with Zachary 6 sex abuse / 8 for money = 68 DerRick (Rick Lewis) 48 son uncoded (36 = KY) and my age FL move staged / FL = 612 – 629 FBI = 17 Zachary age (8 on his shirt)

30 mafia and 6 sex abuse / Julia said Zachary is me and I was sexually abused at the age of 6, I am NOT Zachary so she must have known he was abused sexually, I did not

629 = 129 (100) = 229 Brian Minton  cell phone exchange = 49 for 36 KY or 09 year Zachary 9 and Dad / flip 09 to 90 year I was 15 = 6 for 906 – 306 = 300, 3 million and 00 Zachary born? 4 million for Camm trials and 700 for Zachary by Julia at PNC?

629 = 129 = 39 Beach Blvd and my age leg injury / 19 = 20 civil abort for criminal entrapment when Zachary is 19 in 2019 / trafficking, prostitution / NO WAY am I taking the hit in this!! NO WAY!!

12 X 9 = 108 for 2 Kunz child missing = 110 DPSS Grow Transportation allowance (20) = 220 WC Scan Santa Ana (40) 8800 = 1600 White House / 6400 = 1000 = 200 Indiana = 1200 entrapment Eric Cooper / IGA M. Harp groceries and credit card Amex

629 = 49 for my age in 7 years, Georgia lucky number and no freckle hand Zack = 14 for 714  Orange Co. area code

137 = Jim Pontrich condo at 137 Charlton Wynde Drive = 121 murder suicide Seal Beach PD = 31 Gene = 4 $ = 419, 4 S 11 = railroad / 419 Sandalwood = 48 Son / 371 = 101 Charlton Wynde Drive, Jason Roe (20) = 270 KSP state police area code / 4811 = 3211 = 43 Derek, went to prison when I lived at 419 Sandalwood, 43 = Harp = 86 for 806 EBT Food Stamp card and 92 Wilson, 806 = 92806 Anaheim area code / 137 = 47 for Haster OCTA bus / 407 Orlando area code and 30 mafia = 437 – 435 restraining order = 2 Kunz (872) = 8 for money and 72 Cooper = 814 – 714 Orange County area code = 100 funnel cloud

5-31-2016

Please be advised that I am the victim of federally backed sex / human trafficking and
domestic abuse. My 15 year old child is also the victim and has been missing for almost
2 years, maybe longer. I have previously submitted information in regards to his
kidnapping in the hopes that you would run a story or request an interview. During the
course of his disappearance many things have come to light, even since the last time I
contacted you. I moved back to California at the end of July 2015 after civil harassment
in the state of Kentucky. I was railroaded out of an attorney to address my concerns and
have had my attempts at finding a suitable attorney in California where I was raised
railroaded. I have lawsuit after lawsuit in regards to my situation being stalled out in the
courts due to a mafia link.

At birth I was coded / staged at Baptist Hospital East in Louisville, Kentucky and this is
very illegal. It allows the government to control your body like a robot and control
meetings with people that appear to be coincidental but are not. This aids in the
trafficking of people. My eyesight was altered due to this being done to me at birth
which is medical malpractice and allowed me to be raped by men thinking they were the
same man, answering to the same name, federal body doubles.

During the disappearance of my child the coding became vocal and they have helped
me to break down some of the mafia linked criminal activity in my life. My mother took
me to court to try and get custody of my child and she lost. She later took my child to
the University of Kentucky basketball camp hosted by Coach Calipari and my child
never returned. It is my belief due to the breakdown that I am being given on the federal
vocal side that Coach Cal is involved in the trafficking of children through his basketball
camp. I now know my mother is involved, she is 64 years old and Interstate 64 runs to
UK in Lexington. That is how the coding / staging works. I have a picture of my child
who appears to be my child with a black eye and it was done at school by Interstate
photography. My child did not have a black eye but the coding staging can clone people
and my child had a red mark under his eye which was the same eye the other child who
looked identical to my child had the black eye. Coach Cal may have such a winning
record due to kickbacks. My child attended a school by the name of Christian Academy
of Louisville (nickname CAL) and I have a picture of my child at a previous camp
session which look alike children.

I was not aware the government was aiding in the trafficking of children and now know
that a child sitting next to me answering to the name of Zach who appeared to me to be
my child was missing a freckle on his hand. He said maybe it disappeared and swore he
was my child. They are brainwashing these children in the state of Kentucky for the
intent of trafficking and law enforcement is covering it up. I have all the discovery in the
world to back up my claims. I have been told there is a new market in trafficking for boys
to be sold to gay men and that my child was and possibly other male babies are being
castrated the day they are born with the intent to sell them as women, it stops their
penis from growing larger than the day they are born and this is a death penalty
situation that needs to be stopped and broke open!!! Baptist Hospital East opened the

Domestic violence is a serious crime, and no one should have to live in fear of abuse inflicted at home. If at any time you feel you are in immediate danger, I strongly urge you to call your local police department's emergency number (911). Or, you may call the nationwide, 24–hour, toll free National Domestic Violence Hotline at 800–799–SAFE (7233). Hotline operators can provide you with counseling and connect you directly to help in your community, including emergency services and shelters.

If you feel that you need protection, and you have not done so already, you should consider filing for a protective order which can be obtained by calling your local district attorney or prosecutor's office. A restraining or stay-away order is a legal protection that prohibits the batterer from contacting the victim or interfering with their activities or mobility. If the offender continues to harass or threaten you this behavior is punishable by law. Under the Federal Violence Against Women Act, jurisdictions must give full faith and credit to valid orders of protection issued by other jurisdictions. Full faith and credit is a legal term that means jurisdictions must honor and enforce orders issued by courts in other jurisdictions. This can enable you to call on law enforcement officers and the courts to enforce their orders of protection across state lines.

OVC provides federal funds to all states to support their victim assistance and compensation programs. Eligibility for crime victim compensation for costs incurred as a result of a crime varies by state. You may contact the victim compensation program where the crimes occurred to inquire about its services and requirements. For information, including how to obtain and fill out an application for crime victim compensation, please contact the California Victim Compensation Board at 800–777–9229.

You can also conduct a search of OVC's Online Directory of Crime Victim Services at http://ovc.ncjrs.gov/findvictimservices/.

Additionally, you may wish to contact the Legal Collaborative for Survivors (LCS). LCS is a Los Angeles-based network of free legal and social assistance providers that promote healing and justice to help survivors of crime rebuild their lives. LCS works with survivors of crimes such as domestic violence, sexual assault, trafficking, and financial fraud to increase survivors' access to a broad range of legal services connected with their victimization. The partnership uses a case navigator model to connect survivors with complex needs to a trauma-informed, culturally competent network of legal and social service providers. You can contact LCS at 323–801–7992.

Additionally, in your letter you state concerns about the actions of a local law enforcement officer who has not performed their duties to satisfactory level. If you would like to file a complaint against this officer, a formal complaint should be filed with the law enforcement agency involved. Your complaint should be made in writing by sending a letter to the sheriff or chief of police. The letter should clearly specify what the complaint involves. Additionally, a copy should also be sent to the Internal Affairs Division of the law enforcement agency and you should also keep a copy.

ICE = 935 written on my birth certificate (ICE – Human Trafficking) = 275 from KY to FL / 275 Magnolia Long Beach courts restraining orders / 935 = 125 Motel 6 Room Number Valley View = 900 Harbor Social Security and 35 Eric / age of Kim Camm 2000

FBI = 629

306 = 24 my age pregnant with Zachary 6 sex abuse / 8 for money = 68 DerRick (Rick Lewis) 48 son uncoded (36 = KY) and my age FL move staged / FL = 612 – 629 FBI = 17 Zachary age (8 on his shirt)

30 mafia and 6 sex abuse / Julia said Zachary is me and I was sexually abused at the age of 6, I am NOT Zachary so she must have known he was abused sexually, I did not

629 = 129 (100) = 229 Brian Minton  cell phone exchange = 49 for 36 KY or 09 year Zachary 9 and Dad / flip 09 to 90 year I was 15 = 6 for 906 – 306 = 300, 3 million and 00 Zachary born? 4 million for Camm trials and 700 for Zachary by Julia at PNC?

629 = 129 = 39 Beach Blvd and my age leg injury / 19 = 20 civil abort for criminal entrapment when Zachary is 19 in 2019 / trafficking, prostitution / NO WAY am I taking the hit in this!! NO WAY!!

12 X 9 = 108 for 2 Kunz child missing = 110 DPSS Grow Transportation allowance (20) = 220 WC Scan Santa Ana (40) 8800 = 1600 White House / 6400 = 1000 = 200 Indiana = 1200 entrapment Eric Cooper / IGA M. Harp groceries and credit card Amex

629 = 49 for my age in 7 years, Georgia lucky number and no freckle hand Zack = 14 for 714  Orange Co. area code

137 = Jim Pontrich condo at 137 Charlton Wynde Drive = 121 murder suicide Seal Beach PD = 31 Gene = 4 $ = 419, 4 S 11 = railroad / 419 Sandalwood = 48 Son / 371 = 101 Charlton Wynde Drive, Jason Roe (20) = 270 KSP state police area code / 4811 = 3211 = 43 Derek, went to prison when I lived at 419 Sandalwood, 43 = Harp = 86 for 806 EBT Food Stamp card and 92 Wilson, 806 = 92806 Anaheim area code / 137 = 47 for Haster OCTA bus / 407 Orlando area code and 30 mafia = 437 – 435 restraining order = 2 Kunz (872) = 8 for money and 72 Cooper = 814 – 714 Orange County area code = 100 funnel cloud

Lawsuit Addition
Yahoo/US District Court

- **Stacey Harp**

  From:staceyharp@yahoo.com

  Cc:staceyharp@yahoo.com

  Thu, Oct 12, 2017 at 12:15 PM (12/15 Orange County Library Stalker)

  Julio Martinez notified today with EDD of the intent to name him in a lawsuit against EDD for hindering employment and their attempt to pull me down with insurance fraud cover up. Blocking law enforcement communication regarding employment lawsuit and issue with 7/11 this AM. Notified of the intent to sue personally and potentially garnish wages. Offered me a business card, I declined for the prostitution pull link with that offer.

  MN / Mayo Clinic / Martinez notified 1314. (Hindering Employment) HE = 85 Library. AT 120 Security, premediated (and their) AT@2 (PM 5100 Katella / pull me) DW 423 (400 Zachary's social LBPD 18-38338 and 23 Buena Park PD, Los Alamitos Elevation)

  IF (Incompetent Facilitation / Illumination Foundation) 96 Bullitt, Julia Harp, Shirley, Homeless / CU (321 Baytown Realty, Dollar Tree Corporate Phone) BL (212 strong-arm robbery code SFPD / blocking law) 14 kidnapped / law 36 scam (236 Leo) 29. (218) 26 APD / 2926. (CRE) 323 Hagel and Coulter, area code / LAIW 121 / 923. (127 ownership, 23) (231 Taffy's license / 92/7 Bad) 99 onboarding, 909.

562 Long Beach area code
-6 sex abuse = 502 Louisville, KY (100)

9 Dad /
/ 7 in 82 = Zachary [Stacey Harp 2 pages]  funnel
70
wilkins
born

# Title 18, U.S.C., Section 241 - Conspiracy Against Rights

80 name change (250)

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

Pruden
Eugene I
own benef
1914 = 5
age
80 nam
Harp

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

406 soci
408
2 Kur
chil
(414)
/

- My son was kidnapped and no report filed by law enforcement
- My heart was uncoded and has no viable use to me which means the government controls my body and ailments including when I am deceased, already dead which is a homicide but still alive through government control
- Trafficking victim and right to employment, full time, being withheld for failure to "come back" as the illegal vocal onboarding says to law enforcement backed prostitution I didn't know I was involved in.
- Intent to demean me as a minor and use my son's social security number for their insurance fraud scam, Ponzi scheme
- Bradley Camm, supposedly deceased 2000 the year my son was born, presented as my child Zachary in Long Beach courts over restraining orders and the kidnapping of Zachary, Julia Harp called Camm Zachary to the LA County Sheriff and he responded as though he was 16, he was 23. Vocal onboarding, military staging started illegally 12/11/14 and told me of the Camm boy's real ID. I did not know him and thought they were dead.
- Intent to use me and or my son for a cover for $4 million to cover Camm trials in Indiana
- Bodily injury to myself by LMPD in Louisville KY resulting in a metal rod being placed in my leg and a screw in my ankle, federally staged and on my way t o fax information regarding my son's kidnapping to the DC FBII because the Louisville FBI in person, 2 agents, told me they don't handle kidnappings only terror attacks
- Daily listen to onboarding that my son has been sodomized and the names of people in restraining orders
- Child stealing attorney in San Bernardino behind the plot to see me declared deceased, incompetent for insurance fraud "said he wanted it all" and then proceeded to tell me "he may

4 mil Cc
tnal
14 Za
Kidnap
45 Dc
Lg c
82 Rop
829 L
/ S
169
(13 Ca
pns
4 = $
17 Zac
age
8 for
money
25 my ac
Zachary

or practices of discriminatory misconduct, <u>i.e.</u>, treating a person differently because of race, color, national origin, sex, or religion. The misconduct covered by Title VI and the OJP (Office of Justice Programs) Program Statute includes, for example, harassment or use of racial slurs, unjustified arrests, discriminatory traffic stops, coercive sexual conduct, retaliation for filing a complaint with DOJ or participating in the investigation, use of excessive force, or refusal by the agency to respond to complaints alleging discriminatory treatment by its officers. **What remedies are available under these laws?**DOJ may seek changes in the policies and procedures of the agency to remedy violations of these laws and, if appropriate, also seek individual remedial relief for the victim(s). Individuals also have a private right of action under Title VI and under the OJP Program Statute; in other words, you may file a lawsuit yourself under these laws. However, you must first exhaust your administrative remedies by filing a complaint with DOJ if you wish to file in Federal Court under the OJP Program Statute.

**What information should I include in a complaint to DOJ?**

Your complaint, whether alleging violations of criminal or civil laws listed in this document, should include the following information:

- Your name, address, and telephone number(s).
- The name(s) of the law enforcement agency (or agencies) involved.
- A description of the conduct you believe violates one of the laws discussed above, with as many details as possible. You should include: the dates and times of incident(s); any injuries sustained; the name(s), or other identifying information, of the officer(s) involved (if possible); and any other examples of similar misconduct.
- The names and telephone numbers of witnesses who can support your allegations.
- If you believe that the misconduct is based on your race, color, national origin, sex, religion, or disability, please identify the basis and explain what led you to believe that you were treated in a discriminatory manner (i.e., differently from persons of another race, sex, etc.).**Reproduction of this document is encouraged.**

*Eldredge*

A. CV-71 (322-71) 200 "transportation" and 522 ebtEdge put in the Social Services system on April 1, 2025.

32 Jail, Leo, Neal, Jim, media, accessory to felony code, 27 EBT, Jeff and 1200 PCH Seal Beach 7-11 and 1200 Euclid 7011. (1204 bar coded social services letter) 1-20 = 19 Covid, 4$ my age when I moved to California in 1980, Prudential addendum policy #419. (41 Seal Beach PD, 9 Dad) 407 Julie and Eugene socials stolen in LBPD 18-38338 and 407 Orlando area code, 33 KCD jersey, flyer mailed to me in Kentucky after kidnapped reported. 40 Abdul, staged at 5100 Katella, 40 rape, 40 food, 40 US and 40 social security credits. $5 million their theft new construction, 140 Kentucky Det. Glover KY Court Form. 1-40 = 39 OCTA, age my leg operation due to facilitation in Kentucky, Amy, Beach. (AB 12) 51 Federal, Anaheim, Maya, year Eugene Newby born.

Bus passes 3027208 (32 Jail, Leo, Neal, Jim, media, 27 EBT, Jeff 208 Bank of America Seal Beach, Charlton Wynde Drive, Kentucky, Rodeo Drive and number for suicide prevention, Suicide equals seventy and Amazon, sewers equals seventy. 70 + 27 = 97 Jason Roe, Stoess, Chad Glasser, Wilkins, Control. (BP new scans at Orange County Libraries) 702 Santa Ana Social Services zip, 7 Bad. 705 Regency Center. 205 PO BOX Bullitt Co. Sheriff, Marina, RTA Temecula.   307/2208−7 Bad 2201

3027196 (196 EBT to remove over $194 a month) 100k their theft 96 Bullitt, Julia Harp, Shirley, Homeless, 287 (215 Prudential area code) 215 Infrastructure 430 Los Alamitos phones, 26 APD. 776, 426 CT Scan with Contrast, Veronica Miller ext. at Los Al PD and DPSS EBT Card. 3029/716 Kim Archer phone and March cameras on OCTA buses ki(march)er.

3027211 (72 Geragos, Hitler, Cooper, Immelt, Money 211 W. Temple) 11ft 11in OCTA buses. 121 Walmart Beach, Poverty, LBT Belmont Shore.

71 lot at 219 Charlton Wynde Drive, Louisville, KY 290 IRS San Bernardino, Anaheim Jobs address, Zachary Harp, Zack Harp and Zach Harp. 71 Dr. Jose (Caceres), Marvel. (JC) Jimi Clark, Jocelyn Chloe. 71(J10) 1000 Santa Ana Depot, theft of my property and 1000 Newport Library, 8110 Arthur Goins. My age six in 1981 / 610 National Center Missing and Exploited Case before the thirty county code, 640 new construction at Residence Inn, Katella. 6/10 Dental appointment. 4$. Six million their theft and 6000 Louisville, FBI phone, five thousand Prudential marriage stork clause, 11000 Costco Garden Grove, $11 million their theft?

322 (7 bad) -71 (141 ADA, 6 rape, theft) 144 Anaheim Housing, Scum Thieves, Aly Stewart, Wombles address in Lexington, KY. 614 CIIN Eric Cooper's arrest record, 62 Gloria, Insane, Georgia, Officer, Katella.

B. Certification and Notice of Interested Parties, IP / Internal stalking, Internet Provider. Cano, IP. Ivan Cano and Cecil New, Louisville, Kentucky and Ivan K-9 Anaheim PD. CV-30 (30 Orange County Code) OCC, 1533 = 333 Anaheim Federal Post Office, National Center Missing and Exploited, Bus stop La Palma at Anaheim Street. 999 Pace, Pacific Cancer, Anaheim Regional.

500K →
60K
Rachel
paid in
min ten
divorce

C. Summons – AO-440 (Optional) 4.40 Rialto Kitten Harp's weight at his Rabies shot. 440 Euclid Walmart, 880 San Francisco Earthquake in 1989 and my father on the 880, Cypress Structure, Nimitz Freeway. AO, 115 Shane Hammond, Mark Geragos, Santa Ana Elevation, Thank You. 555 Amazon address, fire June 5, 2020. June 5th, Aly Stewart's birthday, Steve Wilkins Birthday and Jim Pontrich's birthday. Privacy Notice in window at Ronald Reagan Courthouse, 5 U.S.C. 552 a(e) (3) (555 = 125 Zachary Harp, new prices at Dollar Tree, U.S.C. University of Southern California, five name, prison. A(e) 15 Taffy's age today and the year Zach pictured with and eight on his shirt. 158 Stupid people, Orange County, Anaheim Elevation, Humane Society.

440 /940
(31)

D. Request to Proceed In Forma Pauperis with Declaration in Support – CV - 60 (Optional)

Filing Fee $405, address to OC Health Headquarters new construction.

/93
(401)

Form CV-58 (06/2024) 58 Harold, Taffy, DPSS, Grandma, Nathan, Danny. 2006 CAL first grade, 620 Buena Park zip code, my birthday and John Capps DPSS, 24 Kid, Ian. (KImarcher) KI-Lumber.

. 692 our names / stolen library cards

494 − 2 = 492

419/ $2.49 @ $100
/54     Katella

*Anybody's Gold*

*LH*

*979,4*

*Jackson*



76          +        196    =272          336
41      35              4         155      23    41        87    (423)
                                                                9 Dad
Good Coffee, Good Conversation, in Good Company
                    (08)                    I GC  vs  IGA    879
GC                  Spill  OCTA  50  4/21/25              Staged
73                                        Taffy's  CA        Social
        Sheryl                            is  age  31        Security
        Spiller        Neupoet PD  Mobile Cafe
        23                              cash   4(239 Georgia)
        BPPD                                            phone
        + LOS AI
        Elev.                            438
                                        DOT · OCTA



18 - 4
97/415 - 43
95/741

4/22 (225) 29
2951422514941519
(941)
5/2 Risk Mgmt
Letter 80    5/9
57

280 Avocado
Jeff Hiatt
Legal Fees
* ↑ 65519
112 ↑ 7
1157
67
11/12

# El Super

BIENVENIDOS-WELCOME!
660 N. Euclid St.
Anaheim, CA 92801 (714) 533-3761
Store Director: Nelson Granados
www.elsupermarkets.com

Card #SXXXXXXXXXXXXX9484    PIN Used
Food Stamps +++ APPROVED +++
PA Purchase Amount $        7.17

EBT Food  Balance $   3964.08

EBT Cash  Balance $    331.06

Auth # 916696 69 Exp Date **/**
Lane # 03    6 Cashier # 2666
06/16/23 19:26  Ref/Seq #037783
Mrch=682086 Term=001 IC=EB
EPS Sequence  # 037783

BARTLETT PEARS              $0.71 F
  0.72Lb @ $0.99/  Lb
CHERRIES RED               $0.92 F
  0.61Lb @ $3.00/2 Lb
CUCUMBERS                  $1.98 F
  6 @ 0.03 FOR $0.99
GALA APPLE                 $2.69 F
  3.40Lb @ $0.79/  Lb
ORANGES                    $0.87 F
  0.98Lb @ $0.89/  Lb

Sub Total                  $7.17
Total Tax                  $0.00

BALANCE DUE                $7.17

CHANGE                     $0.00
FOOD STAMPS TOTAL          $7.17

Total number of items sold = 10

Cashier:2666 Name:Gisell L.

AH18
LBPD
38338
Nae vs Nay
.525
30
PA

48
sex
crime
abuse
son
CAS
Bastian

Pur-water
Chase-Fire?
Paw =23?
Patrol
BPPD
Grandpa →
Aunt France
Shirley

G + m
2 grand/million
Neil Carter Son
16914  211954
24 (11/4)
NCS vs NCR
Nissan Food 4 less
392 (200) 592 Roe cell
400 Zachary's social LBPD 18-38338
Beach lymph node
94 Assault     taxes 09    8 metro
6
2 (036 OCTA-ph)
100

App (Red) ov.
132    654    322
326 High
154 plates
Jail 2

3.40 →
receipt
6/3/25

925/
+3/9205
928
DEA
Camm
murders
LeBeau
Prudential
Addendum

BHH
Birthday  288 Sheriff ph
Helen Harp
← Newport library
ph.

75
65/
85/

2636
83 (6)

Raney
Garden Grove

~~Bloggers~~

: Stacey Harp Email Address: staceyharp@yahoo.com State: California ZIP: 90801 Phone:
136 How would you like to be contacted? Check all that apply.: E-mail Brief description of your legal
: I am the victim of a vocal "military staging" that started illegally almost 3 years ago on 12/11/14.
vocal aspect is also used to communicate silently with police and dispatch while on duty. I am NOT
ry OR police. I have a kidnapped son reported missing in 7/2014. In February 2015 law enforcement
me down and it resulted in a metal rod being placed in my leg and a screw in my ankle. I am NOT a
nal but a victim with a letter from the US Dept. of Justice stating such. I can NOT get law
cement to file a missing person report for my son but have one with the National Center for Missing
Exploited Children. We are trafficking victims. On 9/7/16 my biological parents tried to pass of
osedly deceased Bradley Camm (2000 Indiana) as my son Zachary. His father was an Indiana State
per and that story is on the internet. They are covered up in insurance fraud and want me to take a
won't take. I have NUMEROUS lawsuits for potential employers withholding that right because I won't
in" to prostitution. They used this stage to switch my biological child with doubles and want to wait
they are of age and entrap me with that. They have severed their vas deferens supposedly at birth
out consent so their penis's will not enlarge with maturity to run drugs I am told. I have restraining
rs from Long Beach courts that are legitimate they failed to address as such for a money pull, mafia
I have most cases scanned in and put together, including where they illegally coded our family
dle as a K9 and caused her to suffer a stroke and seizure because I filed for civil harassment
raining orders. Please advise. I need a federal attorney for the lawsuit against the FBI etc.

+4 = 460 Taffy

(120)        (275)    (305)      (450)
9   36    80      4/8   101.   90       68   in July 202   10 code
I have a kidnapped son reported missing   23   2014  /202
    23   (5/12)    (023)       (698)          23
    33   70    36   21  1   53      107
I am the victim to  of a vocal "military"      91
49 (921)   87    95   (1103)              staging. 67
that started illegally   84 — 201   8/4/21 Fall 2025 + Taffy attack)
(1182) 49 -up    35   117       116 (1420) 00   60 (1540)
      Used to communicate silently  w/ police and   19
(1639) 80.                                        120 security   } 139
/ dispatch while on duty                    ↑                correction
            57   29   70   (1795)        Civil pull            100k Christopher
439 Wilkins cell                                                33 CC
                                    317 N. Glantz + Son (239)   /100
                                    100k their theft         236/910
                        417 +2 = 419 sexual violation
                        241        under anesthesia
                        ph in
                        2005
                                459 (209) 201 = 8
                                        200
                                        415
                                44



**U.S. Department of Justice**

Civil Rights Division

Criminal Section – PHB
950 Pennsylvania Ave, NW
Washington DC 20510

MAR 0 8 2018

Ms. Stacey Harp
Post Office Box 1231
San Bernardino, CA 92402

PO Box 335
Seal Beach, CA 90740

Dear Mr. Harp:

Thank you for your correspondence. If you are writing to provide information or evidence regarding a potential violation of the criminal law, please send the same information or evidence to the Federal Bureau of Investigation in your local area or to your local police department or sheriff's office, or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services;
- Human trafficking in the form of coerced labor or commercial sex;

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns: www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation, or your local police department or sheriff's office.

Sincerely,

The Criminal Section

AOC-DNA-7    Sum Code: DNA
Rev. 9/02

*[handwritten top]* 502-475- (to Toledo, OH) ✱
*[handwritten]* Det Glover 5-5-2756
*[handwritten]* OJ Simpson Glove her
*[handwritten]* ✱ Glover Stadium in So. California

Commonwealth of Kentucky
Court of Justice
KRS 620.070; RCr 2.04, 2.06

Juvenile Summons For Dependency, Neglect Or Abuse Action

Generated: 09/08/2014

Case Number 14-J-502359-002 (05)2014
Court CO
County JEFFERSON

*[handwritten]* may not be detective or on LMPD

HARP, STACEY
219 CHARLTON WINDE DR
LOUISVILLE          KY    40245

*[handwritten]* Staged court hearing 6/5/14 - I have sole custody of Zachary
6/23/14 - Julia Harp takes to UK basketball camp + Zachary does not return

| Sex | Race | Birthday | Height | Weight | Operator License No. | State |
|-----|------|----------|--------|--------|----------------------|-------|
| F | ****** | | 0 | 0 | | |

23  33    8?    21  43    82    1  3G

IN THE INTEREST OF HARP, ZACHARY, a child:

*[handwritten]* 7/6/14 - Sgt M. Brown would not take missing person report - have not seen my son since

The above named Person has custody or control of the above-named child, is hereby summoned to appear and to bring that child before the JEFFERSON County Court on:

*[handwritten]* I can not neglect a child I reported missing in July of 2014

| Date | Time | Location |
|------|------|----------|
| Thursday, October 2, 2014 | 09:00 AM | FC03 - FAMILY COURT DIV 03 |

*[handwritten]* Rick Lewis wanted to be my son Zachary /prostituthor for Lewis

to respond to a petition filed by ~~sending the above-named child has been subjected to a violation of:~~

| Chg # | UOR Cd | KRS # | Description | Chg Disp Dt | Chg Disp |
|-------|--------|-------|-------------|-------------|----------|
| 1 | 0028140 | 620070 | NEGLECT ACTION - UJC (O)(X) | | |

## Attention: THIS IS IMPORTANT

~~~tition saying your child is dependent, neglected or abused has been filed in this Court. A copy of the Petition, showing the name of the ~~~ who filed it, is attached. If you or your lawyer do not appear in Court as directed, you may lose valuable rights or be subject to court sanction.

**YOU COULD LOSE YOUR CHILDREN. YOU SHOULD HAVE A LAWYER.** If you want a lawyer but cannot afford one contact the Court immediately about legal representation.

You have the right to present evidence, to cross-examine witnesses, and to have proceedings on the record. You may bring witnesses with you. If your witnesses will not appear in court voluntarily, the court will subpoena witnesses for you. You have the right to appeal from a determination of the Court. You have the right to remain silent in court and in any meetings before going into court. If you talk about your case with a lawyer (other than your own), social workers, police, or officers of the court, anything you say may be used by the Court to decide your case. This case may be reviewed by a local Citizen Foster Care Review Board and the report of the board's review shall become ~~~art of the court record. This matter is based on the court's exercise of jurisdiction under KRS 610.010(1) and may result in a formal juvenile court record for this child.

*[handwritten]* , Officer Nichols (on 29)

DAVID NICHOLSON, Circuit Clerk

cc: Parent or guardian if other than the person summoned.

By _____

Date: 09/08/2014

## Proof of Service

] This Summons was served by delivering a true copy and any other initiating document if applicable;
To: X _____

] Not Served because: _____

~~ate: _____, 2____

Served by _____

J-502359-002
.... HARP, ZACHARY

7/2015  09:47    714-565-_081              5A WORK CTR /EDD                        PAGE  15

# eliminating racism
# empowering women
### ywca

Jennifer L. Sitler, MS, LSW
DV/SA Services Director

YWCA Greater Cincinnati
Domestic Violence
Shelter
898 Walnut Street
Cincinnati, Ohio 45202

T: 513-487-5420
F: 513-487-4707

jsitler@ywcacin.org

April 10, 2015

To Whom It May Concern

Stacey M. Harp was a resident of the YWCA Domestic Violence Shelter from May 21, 2012- May 31, 2012. She was accompanied to the shelter by her son, Zachary A. Harp.  Ms. Harp presented with concerns of sexual, physical, emotional, and financial abuse at the hands of her adoptive father, her biological mother, her biological father, and her stepmother.  Ms. Harp reported at intake that her family had begun to abuse her son as well.  Ms. Harp also reported that she was abused by her son's father during her pregnancy but that his father was no longer involved in her son's life.

If you need additional information, please contact me if 513-487-5420.

Sincerely,

Jennifer L. Sitler, MS
DV/SA Services Director
YWCA of Greater Cincinnati

My kidnapped son Zachary A. Harp DOB 7/5/00 was reported missing on 7/6/2014. I have a case number with the National Center for Missing and Exploited Children contact David Wheeler. On 6/29/2018 I had a backpack stolen while cleaning out a storage unit that contained many items for ID theft. The thief has my son's birth certificate, his social security card, his school report cards and standardized test scores. They have pictures of Zachary and Zachary and I. They have my 1985 CA adoption papers to run with as an adoption that is not legitimate for the trafficking of Zachary Harp. On 9/7/16 in Long Beach courts Julia Diane Harp and Darley Eugene Newby presented supposedly deceased Bradley Camm 2000 Indiana as my kidnapped son Zachary Harp. This was over a restraining order hearing. They are trying to get me to play dead so they can cover me up under an insurance fraud scam through social services, they want me to be Zachary and run with his social security number. If they can pretend I am dead they don't get prosecuted for his kidnapping and abuse.

They have my birth certificate with the name Michael Leslie Harp on it along with Julia Diane Harp. They also have my original birth certificate prior to my 1985 adoption with the social security numbers of Darley Eugene Newby and Julia Diane Harp. They may try to run Zachary with one of these socials for ID theft or myself. We are not a party to their mafia entrapment world for a civil hold. I want a hold on our credit to avoid ID theft, we are not a pull into imprisonment for college law enforcement back human trafficking with a manipulation being credit at the end of four years.

Zachary's credit file number is 38973852 (your employee Kevin told me his file number) and mine, Stacey Harp is 389707843. We are NOT switching credit files. I need it documented 707 is a link to Seal Beach PD and the Mary Wilson Library on my credit file for civil entrapment, possibly with an employee named David there to mock David Camm, the father of Bradley Camm. The thief has KY court documents staged for trafficking in which I have full custody of Zachary Harp. I have been physically injured in KY resulting in a metal rod being placed in my leg and a screw in my ankle.

These people have restraining orders Long Beach courts petitioned for 9/7/16: Julia D. Harp, D. Eugene Newby, Steven R. Wilkins, Eric W. Cooper, Michael Leslie Harp, Rick Lewis aka Michael Logsdon etc. There are numerous other restraining orders to be put through on Kevin Roppel, Shane Hammond, Curtis DeZarn, Starlene Newby, Georgia Newby, Donna Glasser and Ronnie Glasser. Angelene Brawner and her husband Jay Brawner.

I am attaching some additional documentation for review. If you don't properly block Zachary's social security number they will run through him with a kite real estate scam through social services and ruin his life, potentially sending him to prison at the age of 19 to mock Derek B. Wilson who they sent to prison in 1992. Derek = 43 which is my age and + 19 = 62 Georgia (Newby). 12 abuse shelter with Zachary. I don't want Zachary and I run through this scam. 400, the start of his social = 400 the address for Long Beach PD involved in this scam through Chief Luna aka Sheldon Warren aka Keith Muirhead and aka Jim Egnar.

Theft report #18-38338 Long Beach PD.  Today's date 7/2/2018.

Sincerely,

Stacey Harp
PO BOX 2391
Long Beach, CA 90801

Pennsylvania Ave NW
Washington DC 20535-0001
Please Recieve FBI — they
think ignoring this is acceptable
+ won't disclose mailing suite #



Kaplan Barron Pediatric Group
3333 Bardstown Road
Louisville, KY 40218

27

@7 mailbox stamp

42 Birth B socials stolen

55 < (505 Walgreens)

Crime Victim Compensation,

I am the victim of significant civil harassment, have a kidnapped son and physical injury with the intent to see me deceased, homicide. Daily I am the victim to stalking and harassment. On 6/29/2018 there was a mafia hit against me resulting in significant theft with the intent to see me facilitate in kind, I will not. If I will not the culprits will continue to abuse me. I have asked since 12/11/14 for a silent vocal assault to stop, I have found out this is used to communicate silently with police dispatch for on duty officers, I am NOT an officer and should NOT be linked to any department in the United States. I have numerous lawsuits for victimization and they won't let them through the courts. They have an ill intent to run a criminal ID theft stage to send me to real prison, double jeopardy 1994 and they want to run through my son's social security number. On 6/29/2018 these people stole my son's birth certificate, mine, my adoption papers, social security cards etc. I am being denied employment because I won't submit to prostitution as such, escorting and therefore they want to criminally entrap me here in CA.

I moved to CA in 1980 at the age of 5. My son was kidnapped in Louisville, KY. I was physically injured in Louisville KY by LMPD resulting in a metal rod being placed in my leg and a screw in my ankle. They are trying to steal my lawsuits under my ID to run a "disability scam" kite through real estate in the Long Beach / Southern CA area. They may even reach northern CA with this scam. I'm told Chief Luna in Long Beach is also aka Jim Egnar a man my mother's friend had married in KY under another ID. I met him twice as a child, I did not remember him other than the name until it was told to me silently who he is. He is quite possibly the reason I am NOT getting the respect or justice I deserve in the community. He also goes by the name of Keith Muirhead, a realtor. I am NOT willing to be a participant in their Ponzi scam and was told in 1994 if I ever committed another crime I would not avoid prison time, they staged me on purpose at the age of 19 to imprison me in their world. I want NO PART OF THIS!!

I have been seeking full time employment and this has been denied to me because I won't pull down under their mafia "family". I came home to fight for my freedom, not to join a family. I have been denied an attorney here and know now I won't get one in this state that would be fair. I am told by silent communication I have a right to victim services and my lawsuits without their "family" cover. I was told by Georgia Newby if I didn't do what they wanted this time they would see me dead. I don't want to be murdered, not for real or for their "Hollywood". My son heard some people say one of us had to die and told me this before he was kidnapped. I have had NO KNOWLEDGE of his whereabouts since 2014. They are trying to find a double of me to do him harm and steal my lawsuits and his. Once they get compliance we will be staged into death.

I have researched abuse laws and know I have the right to my restraining orders without a name change. I know they can allow me to keep my ID and have utilities in my name, covered up as well as a lease somewhere.  They have linked my KY DL# with my CA DL# and my federal student loan account number to run a scam / pull. I have reported this also. I am NOT returning to college as they wanted to stage a "redo" on my life. I am mentioning this part because I know financial aid is linked into a trafficking insurance policy, $5,000 with Prudential being a marriage stork clause. I don't want to be entrapped in this.

My Copy

Can you please assist in getting this to the Stanton Sheriff? I will also turn it in at the Garden Grove PD. It needs to be stopped, I am sick and tired of this lack of respect everywhere I go and these people getting by with this harassment. I am not disabled, and I don't have their mental handicaps. I am tired of the terroristic stalking through this onboarding and in person by these people.


Please help to get this stopped.


Terroristic stalking = 247 the phone number to Hillsborough Co. Sheriff in Florida. 24/7 now on Los Alamitos PD cars. 204 = trafficking syndicate and 7 days restraining order. 7 Bradley Camm age supposedly murdered and 77 = felony etc. 707 and A707 social services worker Perry and facilitation with the "hall monitor." 707 Volvo Plate at Garden Grove Park, Stanford and 707 Mary Wilson Library. (247 = 67 age of social security) 180 / 60 SAPD 806 CHP and Chrysalis phone / 10 DPSS County Code and 8:16 FBI lawsuit = 84 Zack Harp and 84 = million. That is all these people care about, their million dollar insurance money laundering fraud and theft by their deception they don't comprehend as such.

247 / 204 = 43 and my staged new EBT card 4343 after last skim on 1/19/24. Rialto Kitten Harp's yogurt with mom before his homicide on 11/14/20 in Los Alamitos cost me $1.19 = facilitation = 2 / (45 LMPD, Kite, Egnar, Clark and Daniel) 204 / 5 name / prison and 209 Prudential at 19 Covid / 109 = Riverside and Richardson. Is someone in Riverside Jail? 191 mental health concerns, Darley Eugene Newby and 09 Pontrich supposedly deceased and Saints Jersey picture, 25 with Taffy. (205 PO Box Bullitt Co. Sheriff + 09 = 2/14 Valentines) Valentine = 102 San Bernardino / 09214 = 921 Urgent Care date, CVS Seal Beach and Ramada Harbor. 14 age kidnapped / 0922. (13 Camm years prison) 103 CHP locations, Pontrich = 206, see disclosure in restraining order. (14) / 117 Metrolink, 141 ADA and 17 FBI. (617 Walgreens LA, 65 age Medicare) 6/5/20 Amazon fire, San Bernardino and the railroad of my job transfer in 2015 upon arrival. 1120 Walmart, Colton and Anaheim. 9 Dad / 20 and 159 = 39 OCTA and my age leg operation staged by LMPD facilitation. 2015 Zach with 8 on shirt / 5939 = 85 year age 10 adopted and 129 = lethal injection, Brian Minton, Donna Glasser, Tasha Gingerich. 101 / 209 = 310 = 7 Bad.

To: Anaheim PD Chief Rick Armendariz

Stacey Harp
General Delivery
Cypress, CA 90630
Juror ID: 107129543
Group: 5062

November 14, 2023

Office of the Jury Commissioner
Superior Court of California, County of Orange
PO Box 1970
Santa Ana, CA 92702

Jury Commissioner,

I am in receipt of hopefully my last notification from your courts in regards to Jury Service I have now notified you three times that I won't be in appearance for. I will not be serving your mafia courts. My appearance in such courts will not give you my participation. I have also notified you that I am suing your courts, and will include this issue as well for ongoing intent, intentional aggravation of a crime victim, a rape victim and mother of reported kidnapped children. I do not owe the state of California my ID for such crimes against me and my children. I do not owe your county my ID for such crimes against me and my children. I am tired of this lack of respect by your courts, this county and the ongoing California my ID or the nation. I am tired of this lack of respect by your courts, this county and the ongoing facilitation. I am submitting my concerns to the Anaheim Chief of Police for review of the ongoing crimes against me. I am also notifying the Orange County Sheriff and Santa Ana Chief of Police.

On September 28, 2023 I received a notice from your courts in regards to mafia crime family service which I declined. On that date I also had $1483 skimmed from my EBT card, only to have returned $281 for a loss of $1202. Your pull for service I don't owe you on 12/01 is illegal. I am not a child = 24, for 1225 Lincoln Paul Kott. I am SICK of this 204 trafficking syndicate I am being victimized and insulted by. On 9/28/00 the Camm family was supposedly murdered in Indiana, and on 9/7/16 Bradley Camm lied in Long Beach Courts at 275 Magnolia as my kidnapped son Zachary. 21 is the age of a policy owner linked to ten chapters in a crime family and $1 million in insurance money laundering theft my boys and I won't be a part of or linked to, not as owner or owned. NO!!! = 29 and 129 = lethal injection for our literal homicides by such and 291 / 209 Prudential entrapment at age 19 = Covid, 7 Bad and Bradley Camm's age when supposedly murdered. 100 = Prudential at my birth by Eugene Newby in 1975.

107 is Eric Cooper, who fathered my kidnapped child and who I asked for a restraining order against on 9/7/16 at 275 Magnolia, Long Beach. 275 is also the address to KY Vital Statistics. Eric Cooper has not ever had legal rights to my son. Eric Cooper is guilty of attempted homicide when I was eight months pregnant, and wants to use code to bypass the law. (382) / 38 = Zach and 2 Kunz = 40 rape, social security credits and their theft intent for Cooper with presumed HIV, food, Us and HB elevation. (278) + 4$ = $281 food stamps returned of my skimmed amount $1483. 283 / 281 = 2 Kunz, missing child and facilitation but information placed in restraining orders on 9/7/16.

Cooper is eight years older than me supposedly, born in 1967 and 67 is the age of social security and their theft intentions. This is a link to the Prudential policy mentioned above in 1967. 1900 Katella, OC Sheriff / 700k and money my mother had for my son's college education I wasn't depending on that these people want to steal. Pl let it be understood, I had NO intentions on using this money these people want to steal and think about how regards to their class level. What low class trash, but what they think I deserve is no better that in my life and insult in their association they don't comprehend as such. I'm just supposed to accept I deserve no better.

Lynn DeZarn is also a pull through this with her supposed phone number the same as Taffy's Long Beach 231. DeZarn I am told had one of my three year old sons lick her vagina while I thought he was with m didn't know there was more than one Zachary until 2014. I'm also told that DeZarn's son, Shane Ha penetrated my son's rectum, one of them, in Lynn's basement, and when he threw up Shane made

7/14
Conrad
LMPD
-Her
/28

1939
9Dad 439
Wilkins

712 = 84 Zack Harp, million, lawyer
Magnolia pull this AM
marketing
94 = 1D
39 = OCTA
(COP)

606
Lex, KY
area code
Fo

A2C
DNA
c
Co
Sa
An
I
a

*To: Anaheim PD Chief Rick Armendariz*

Stacey Harp
General Delivery
Cypress, CA 90630
Juror ID: 107129543
Group: 5062

November 14, 2023

Office of the Jury Commissioner
Superior Court of California, County of Orange
PO Box 1970
Santa Ana, CA 92702

Jury Commissioner,

I am in receipt of hopefully my last notification from your courts in regards to Jury Service I have now notified you three times that I won't be in appearance for. I will not be serving your mafia courts. My appearance in such courts will not give you my participation. I have also notified you that I am suing your courts, and will include this issue as well for ongoing intent, intentional aggravation of a crime victim, a rape victim and mother of reported kidnapped children. I do not owe your county my ID for such crimes against me and my children. I do not owe the state of California my ID or the nation. I am tired of this lack of respect by your courts, this county and the ongoing facilitation. I am submitting my concerns to the Anaheim Chief of Police for review of the ongoing crimes against me. I am also notifying the Orange County Sheriff and Santa Ana Chief of Police.

On September 28, 2023 I received a notice from your courts in regards to mafia crime family service which I declined. On that date I also had $1483 skimmed from my EBT card, only to have returned $281 for a loss of $1202. Your pull for service I don't owe you on 12/01 is illegal. I am not a child = 24, for 1225 Lincoln Paul Kott. I am SICK of this 204 trafficking syndicate I am being victimized and insulted by. On 9/28/00 the Camm family was supposedly murdered in Indiana, and on 9/7/16 Bradley Camm lied in Long Beach Courts at 275 Magnolia as my kidnapped son Zachary. 21 is the age of a policy owner linked to ten chapters in a crime family and $1 million in insurance money laundering theft my boys and I won't be a part of or linked to, not as owner or owned. NO!!! = 29 and 129 = lethal injection for our literal homicides by such and 291 / 209 Prudential entrapment at age 19 = Covid, 7 Bad and Bradley Camm's age when supposedly murdered. 100 = Prudential at my birth by Eugene Newby in 1975.

107 is Eric Cooper, who fathered my kidnapped child and who I asked for a restraining order against on 9/7/16 at 275 Magnolia, Long Beach. 275 is also the address to KY Vital Statistics. Eric Cooper has not ever had legal rights to my son. Eric Cooper is guilty of attempted homicide when I was eight months pregnant, and wants to use code to bypass the law. (382) / 38 = Zach and 2 Kunz = 40 rape, social security credits and their theft intent for Cooper with presumed HIV, food, Us and HB elevation. (278) + 4$ = $281 food stamps returned of my skimmed amount $1483. 283 / 281 = 2 Kunz, missing child and facilitation but information placed in restraining orders on 9/7/16.

Cooper is eight years older than me supposedly, born in 1967 and 67 is the age of social security and their theft intentions. This is a link to the Prudential policy mentioned above in 1967. 1900 Katella, OC Sheriff / 700k and money my mother had for my son's college education I wasn't depending on that these people want to steal. Please let it be understood, I had NO intentions on using this money these people want to steal and think about how I feel in regards to their class level. What low class trash, but what they think I deserve is no better that in my life and the insult in their association they don't comprehend as such. I'm just supposed to accept I deserve no better.

Lynn DeZarn is also a pull through this with her supposed phone number the same as Taffy's Long Beach license. 231. DeZarn I am told had one of my three year old sons lick her vagina while I thought he was with me at home. I didn't know there was more than one son Zachary until 2014. I'm also told that DeZarn's son, Shane Hammond sexually penetrated my son's rectum, one of them, in Lynn's basement, and when he threw up Shane made him eat his vomit.

---

*Handwritten margin notes:*

Y2709493
↑ metro driver 577
theft facilitation
yesterday
Badge 94989
↳ Wombles
SF EQ 1989 my father
on 880 /CA lawsuit + their
900K
theft
by decef
1 mil police
fraud
150 code
magnolia/
120

A202
DNA
office
Court
Bldg.
Santa
Ana.
I don't
owe
for a
DNA
test

*Bottom handwritten notes:*

1/14
Conrad
LMPD
letter /28

1939 -
90 Dad 439
lillikins

Magnolia pull this AM
712 = 84 Zack Harp million, lawyer
marketing
94 = 1D
39 = OCTA

606
Lex. KY
area code

202 ZIP
Louisville metro Pl
Dist. ZIP
Food 4 Less Cincinnati

j.   day-in and day-out hang-up calls or wrong number calls;
k.   vandalism to the home or property of the target;
l.   graffiti in proximity to the target's home;

**6.** The gang-stalking takes place over a period of time or number of years;

**7.** The faces of those involved in gang-stalking change frequently but the perpetrators often remain constant.

*The intent of gang-stalking is to ...*

**1.** Render the target, the victim, psychologically demoralized even to the point of committing suicide;

**2.** Make the target appear, to the larger community, to be mentally unstable for the purposes of ... a. discrediting and psychologically demoralizing the target; b. ensuring no one will believe the target when they claim they are being targeted;

**3.** Alienate and marginalize the target from the larger community, even family, making it easier to psychologically demoralize and discredit the target.

The number of reported incidences of gang-stalking has increased measurably since the early 1990s when the transformation of American society to systems philosophy began in earnest.

Gang-stalking holds no political association with those targeted covering the political spectrum of liberal, centrist, conservative, ultra-left and ultra-right. People involved in gang-stalking display a common trait of needing to feel that they have power over the target even though they may not know that person.

Group dynamics, how individuals interact in a group, a general need of an individual for human contact and interaction, plays a key role in the structure of gang-stalking.

*One high-ranking law enforcement official, on the condition of anonymity, has stated that ...*



**1.** Law enforcement is under strict orders that they are to ignore all cases of gang-stalking, and if possible to provide evidence that the victim is criminally insane; and

**2.** The criminal justice system is strictly under the control of a small elite who ensure that no charges are pressed against the instigators of gang-stalking.

*Gang-stalking relies heavily on ...*

**1.** The target becoming so psychologically demoralized that he/she believes there must be something wrong with him/her and is, therefore, afraid to say anything for fear others will think them crazy;

Resulted in NOTHING being done in regards to my 15 year old son who is missing

04/14/2016  09:49    714-565-2681          SA WORK CTR /EDD                PAGE  09

PLD-PI-001(2)

| SHORT TITLE: Conrad    LMPD | CASE NUMBER: |
|---|---|

**CAUSE OF ACTION—General Negligence**    Page ___

_____ (number)

ATTACHMENT TO  [✗] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff (name):  Stacey M. Harp

alleges that defendant (name):  Chief Conrad - LMPD

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on (date):  7/14/2015
at (place):

*(description of reasons for liability):*

Failure to file a missing person report for my child Zachary A. Harp DOB 7/5/00. Aiding in the gang stalking against myself that I notified him of and he verified it by his response to me to get a mental health evaluation. In the documentation I submitted to Conrad I made him aware my leg had been operated on avoiding a staged sting in Middletown. Middletown officers later tried to sting me again while I was on crutches. The gang stalking has crossed state lines into the state of California resulting in my forehead being split open on OCTA. I was intentionally injured on TARC which on crutches after my operation / gang stalking. I was seen at Norton Immediate Care in Middletown and an x-ray was taken of my leg. Allowing the vocal onboarding to continue and to assault me daily. I have been told my child(ren) are being assaulted in order to have them sexually violated by men. I am told he (they) has been gang raped, stomped on and made to eat his own vomit after being violated. I am told he has been internally injured. I have been told I will never get my child(ren) back and will live knowing that they are being assaulted and violated while nobody will assist me in getting the necessary missing person report filed. I am told I will be murdered and that is the intent of the vocal onboarding which aids in the staging and stalking of me in order to perform the hit to take me out for good. I am told they have told me all the violations against me and my child(ren) as a means of breaking me down to have me institutionalized so they (family) can have me euthanized like a dog. I was not aware my child was being switched out with other children as a means to try and entrap me in the world of sex/human trafficking which I am the victim of and now my child(ren). My eyesight was being altered at the hands of LMPD/FBI/CIA in order to have me raped and I am now aware /told they were members of the LMPD police force and federal "body doubles" while I thought I was with just one man. Rape by deceit.

Form Approved for Optional Use    **CAUSE OF ACTION—General Negligence**    Code r ·    Page 1 of 1

## LOS ANGELES POLICE DEPARTMENT
## COMPLAINT OF EMPLOYEE MISCONDUCT

This form should be used exclusively to report employee misconduct. Complaints regarding Los Angeles Police Department policies and procedures, or police response time to a location, should be discussed with the watch commander at your local police station. Upon completion of this form, you may either return it in person to the nearest police station, or mail the top copy to LOS ANGELES POLICE DEPARTMENT, Internal Affairs Group, P.O. Box 30158, Los Angeles, CA 90099-4896. A preaddressed business reply envelope has been provided for your convenience. Keep the second copy for your records.

Name _Stacey Harp_

Phone _562-253-1136_  ☐ Day  ☐ Evening

Address _PO Box 2391 Long Beach CA 90801_  Language Spoken _English_

Date of Occurrence _____  Time of Occurrence _____

Location of Occurrence _Southern CA / Long Beach / Downtown LA / LA Co._

Names, Badge Numbers or Serial Numbers of Employees Involved (if known).

Names, addresses, and telephone numbers of witnesses present at the time of occurrence (if known).

_____  _____
_____  _____
_____  _____

(LIST ADDITIONAL EMPLOYEES AND/OR WITNESSES UNDER THE "DETAILS" SECTION.)

Details - (Please state your complaint, including names, times, locations, witnesses, and any other information that would help in investigating your complaint. If employee names are unknown, explain what each employee looked like.)

_Information sent to Chief Beck + missing Persons regarding my kidnapped son Zachary Harp DOB 7/15/00 No response received, no report filed. Vocal onboarding started 12/11/14 for gang stalking + entrapment, no assistance in getting it stopped resulting in potential heart damage 2/22/19 metal rod + screw placed in my leg + ankle. Intent to pull me down + force submission/name change to aid in insurance fraud while keeping me imprisoned under a new identity. Intent to entrap my son who is 16, not an adult + pull me down for trafficking the government made myself, my son + two other Zachary's the victim to for entrapment. Additional complaints to be addressed by an attorney/lawsuit. Started by LMPD Louisville, KY Chief Conrad._

Date _3/9/19_

Signature _Stacey Harp_

### DEPARTMENT USE ONLY
To be completed by the supervisor receiving this form.

Supervisor's name _____  Serial Number _____

Date and time received _____  Division _____

Final disposition _____

(Attach additional sheets, if needed.)    (i.e. forwarded to IAG; 01.28.00 initiated; sent correspondence to complainant, etc.)

01.01.06 (12/06)    CF NO. _____    DIV. NO. _____

818-566-4050

213-473-

# FAX

| To: | LB Police Internal Affairs | From: | Stacey Harp |
|---|---|---|---|
| Fax: | 562-570-8730 | Pages: | 37/87 ← not a 50K + 15 = 65/Co mafia hit |
| Phone: | | Date: | 3.8.2017   just additional discard +11 = 61 (7 no freckle Zach |
| Re: | Obstruction against LBPD/Chief Luna   CC: | US Dept. Justice | /Karen CHP /Fax   310-323-5411 |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:**

I will retain an attorney when the vocal onboarding is turned off, failure to address this is keeping me imprisoned and violating my civil rights thus falsely imprisoning me for entrapment/prostitution. Failure to assist in getting this immediately stopped and acknowledging my civil rights as an independent woman, aids in the lawsuit I have against you that nobody can file as me or on my behalf for a double jeopardy ID theft federally backed trafficking scam. Camm is NOT my newest owner despite the intent of my family in Long Beach court.

I have been made a victim by the US Dept of Justice and have a letter to this affect. Please assist in getting my son returned, Zachary A. Harp DOB 7/5/00. I am NOT him and will not play into their "opposite world".

I am NOT changing my name or my child's + despite what someone was supposedly told I am NOT seeking civil employment. They are seeking to "drive me crazy" for submission to their "dork side" It's illegal!

The man my son's teacher
lives w/ hired from
Ford, Lowery Lewis                    Ford in Louisville - 2 plants



Kunz says he wanted to leave right then, but the plan was to stay until Sunday, when Mitchell's mother would arrive. So the Kunz family kept their distance, and the trio spent that first night sleeping in the back of Walton's Suburban. The next morning after breakfast, Kunz and his family decided to drive into the nearby town and pick up supplies and snacks. "[DeOrr] walked up and down the aisle figuring out what candy he wanted," Mitchell says. With Swedish Fish, Krispy Kreme donut holes and potato wedges for DeOrr, they headed back to camp.

At 2:28 p.m. Mitchell made the call no parent wants to make. "My 2-year-old son, we can't find him," Mitchell told the 911 dispatcher. He had been missing an hour, she said. While search-and-rescue teams combed the landscape on foot and on all-terrain vehicles, and divers scoured the nearby reservoir, the family set up camp, determined to stay until their boy was found. Mitchell clutched her son's baby blanket and waited. Kunz said, "It was the hardest thing to do, just sitting there while we have a missing child."

Investigators interviewed everyone at the site "multiple times," says Lemhi County chief deputy Steve Penner. "There were four people there, and they have been less than truthful. No one has been cleared." Calls to Reinwand's attorney were not returned. If no one in the camping party is responsible for the little boy's disappearance,

**A PLAYFUL COUNTRY BOY**
Mitchell's two older children—who did not go on the trip with the family—got along well with their little brother. "He's an amazing child who lights up your life," Kunz says.



**July 13, 2015**
In a televised interview, DeOrr Kunz's father says he believes his son was abducted. "He's no longer up the mountain," he says. "We will find him."

**July 13, 2015**
Nearly 200 people attend the first vigil for the missing child. On Dec. 30, DeOrr's third birthday, his parents hold another vigil to raise awareness for the case.

**Jan. 25, 2016**
Lemhi County sheriff Lynn Bowerman names DeOrr's parents as suspects in his disappearance and says, "They're being less than truthful."

*[handwritten notes at top]* had bat htub picture

*[handwritten at top right]* newly tentlary pregnant w/child

what could have happened? There are known bear dens near the campsite, and some locals have suggested he might have been taken by animals. Kunz and Mitchell say they believe that people living in the mountains, perhaps off the grid, have taken DeOrr to raise as their own. Weather conditions would make it difficult for someone to live in the 4.3 million-acre national forest year-round, says Chuck Mark, forest supervisor for the Salmon-Challis, "but there could be somebody out there that we don't know about." Sheriff Bowerman disagrees. "We don't believe it's an abduction," he says, "either human or animal." But even Bowerman admits that, other than what he believes are inconsistencies in DeOrr's parents' statements and timelines, he doesn't have much that points to what happened to DeOrr. "We don't have any physical evidence at this time," Bowerman says. "We found no clothing and no blood."

With their son missing, Kunz and Mitchell have tried to stay busy. Mitchell, a certified caregiver, says DeOrr used to shadow her while she worked.

"People tell me, 'You need to get back to your routine,'" she explains. "He is my routine. How do I get back to that when he's not here?" Meanwhile, Kunz, a long-haul trucker who frequently drives from Idaho to Arizona, says when he's on the road he feels hopeful that he'll see his son again. But every time he crosses into Idaho, a feeling of dread washes over him. "The hatred I have for this state, it's just astounding," he says. "I can't stand being here. You wake up in the morning and go, 'Is it even worth living anymore?'"

Mitchell says there are still moments when she hears her little man in the night. "I'll start dozing off and think I hear his voice saying 'Mama,'" she says. "I've walked into his room, and then I ask, 'What are you doing?'" But the stark reality quickly sets in, she says. "You close the door and cry. You cry yourself to sleep a lot of the time." ●

MISSING DEORR
He made people happy," Mitchell says of DeOrr, whose third birthday was Dec. 30, 2015.

'I believe my son is alive, and I'm going to see him again'
—JESSICA MITCHELL, DEORR'S MOTHER

*[handwritten]* nnis sse Charlton Lynnd Dond essi CA
*[handwritten]* Mitchell - Brian David Mitchell / Elizabeth Smart



UNITED FRONT
Kunz and Mitchell say they're innocent in DeOrr's disappearance. "In the



*(handwritten annotations on image)* Expression looks like Eric W. Cooper

*(handwritten)* I do not know these people! Stacey Hay?

**MISSING** LAST SEEN JULY 10
**DEORR KUNZ**
ANY INFO CALL
911 • 1-800-843-5678 • 1-208-756-8980

**A DESPERATE SEARCH** "He's our life," says Kunz. The couple are "hopeful" they'll see their son DeOrr again, they say. "Billboards with DeOrr's image are posted throughout Idaho." Up to 200 volunteers searched the campsite for weeks.

*(handwritten left margin)* Federal onboarding as played into this being the each I thought was would potentially make me look crazy

National Forest near Leadore, Idaho. In the days that followed his disappearance on July 10, 2015, up to 200 searchers methodically scoured more than a two-mile radius, including a nearby reservoir—but there has been no sign of the little boy. As desperate days turned into weeks and then months, hope that DeOrr could be found alive—and unharmed—dimmed. But while his parents say they continue to believe their son will return home to them someday, deputies from the Lemhi County sheriff's office say the two are hiding something sinister. On Jan. 25 investigators named DeOrr's parents as suspects in their son's disappearance. "The primary problem," sheriff Lynn Bowerman tells *People*, "is they're being less than truthful.

In an exclusive interview with *People*, DeOrr's parents maintain they have nothing to hide and insist they cooperated fully with police up until the point they were named suspects. While clutching a stuffed monkey that belonged to his little boy—one of the few toys not confiscated as evidence in DeOrr's disappearance—Kunz fights back tears as he shares memories of his son. Though his and Mitchell's relationship has been strained since their son vanished, they are united in the hope that their son is alive and will return home to his toys. "He liked to

play with Hot Wheels," says Mitchell, who also has two children from a previous marriage. (Her ex-husband has custody.) Adds Kunz: "He'd be running around—'Vroom, vroom, vroom.'"

The camping trip had already gotten off to a shaky start, Kunz says, because he hadn't really wanted to go camping in the first place. He'd wanted to spend the weekend helping his father cut wood. But Mitchell had wanted to spend time with her grandfather, who had pulmonary issues. So on July 9 the little family of three piled into their diesel-fueled Dodge truck, headed into the forest and met up with Walton and his fishing buddy Isaac Reinwand. It was the first time Kunz had met Reinwand. Says Kunz: "We got off on the wrong foot."



**WHERE IS DEORR KUNZ? A TIMELINE**

Hundreds have searched through treacherous forest terrain for 2-year-old DeOrr, but no trace of the toddler has been found.

**July 9, 2015** DeOrr, his parents, his maternal great-grandfather and a family friend arrive at Salmon-Challis National Forest for a weekend fishing trip.

**July 10, 2015** At 2:38 p.m. DeOrr's mother, Jessica Mitchell, calls 911 and reports her son missing. She tells the dispatcher he has been missing for an hour.

**July 10-12, 2015** Nearly 200 volunteers, along with search-and-rescue teams, scour more than a two-mile radius around the campsite, including a nearby reservoir.

Kunz's "The Dutchman" restaurant, Louisville, Kentucky, circa 1950s. ...   http://digital.library.louisville.edu/cdm/ref/collection/potter/id/...



**DIGITAL COLLECTIONS (/cdm/)**

UofL (http://louisville.edu/)
UNIVERSITY LIBRARIES   (http://louisville.edu/library/)

Home(/cdm/) | Collections (/cdm/collections) | Browse(/cdm/browse) | Search(/cdm/search/collection/potter)

Search [                    ] [Search] Advanced Search

Home (/cdm/) › R. G. Potter Collection (/cdm/landingpage/collection/potter)

Reference URL
Share (mods?addto.cmp/236/xt8dhq_w8/p4.jhhascsname=&-4content-ControlBox)

**Kunz's "The Dutchman" restaurant, Louisville, Kentucky, circa 1950s.** 1931/1902

View Description

Handwritten annotations (right margin and over image):

my age → (41) 2021  19 entrap  I was 7
2002 Zach 2 yrs /2004
(8)  2082 (2016)
K to Z = 15
UN = united nation
S = 19   (8)
23 Julia Euge age me bor
8/6
205
100
Did the Stage as Do w/ theft
my gran Marque Financ mock 100k C fraud ti
Betty Newby granda
Donna has POA on m grandpa
Jalmost I his wife on file C
Louis w/ no marri

Handwritten over image area:

(Ford)
6.9 = 54 (20) or 9 (24)  2.9 = 18
69

Take a child @ 2 yrs
They come back @ 18yrs
My son just turned 16
(3-4)   34 (-1)
        V
Georgia Newby ——→ 7
lucky # + no freckle
hand lucky #

(Edward Marquardt)
My grandfather was called
Dutch by my grandma +
Dutchman by my great-uncle Bill
Mong. My grandfather's mother
died when he was 2 + he was
raised in Louisville by his uncle
+ his wife.

Dutchman (1967)

1967-1950 (17 yrs) Michael Harps age @ my birth
Eric Cooper (Zach's father) birth year

Description

Title   Kunz's (/cdm/search/field/title/searchterm/Kunz's) "The Dutchman (/cdm/search/field/title/searchterm/Dutchman)" restaurant (/cdm/search/field/title/searchterm/restaurant), Louisville (/cdm/search/field/title/searchterm/Louisville), Kentucky (/cdm/search/field/title/searchterm/Kentucky), circa (/cdm/search/field/title/searchterm/circa) 1950s (/cdm/search/field/title/searchterm/1950s).

Description   Front (/cdm/search/field/descri/searchterm/Front) exterior (/cdm/search/field/descri/searchterm/exterior) of The Dutchman (/cdm/search/field/descri/searchterm/Dutchman) Restaurant (/cdm/search/field/descri/searchterm/Restaurant), nestled (/cdm/search/field/descri/searchterm/nestled) in amongst (/cdm/search/field/descri/searchterm/amongst) other (/cdm/search/field/descri/searchterm/other) businesses (/cdm/search/field/descri/searchterm/businesses) including (/cdm/search/field/descri/searchterm/including) Butler's (/cdm/search/field/descri/searchterm/Butler's) Shoes (/cdm/search/field/descri/searchterm/Shoes) and Big (/cdm/search/field/descri/searchterm/Big) Boy (/cdm/search/field/descri/searchterm/Boy) coffee (/cdm/search/field/descri/searchterm/coffee) shop (/cdm/search/field/descri/searchterm/shop) along (/cdm/search/field/descri/searchterm/along) south (/cdm/search/field/descri/searchterm/south) Fourth (/cdm/search/field/descri/searchterm/Fourth) Street (/cdm/search/field/descri/searchterm/Street), Louisville (/cdm/search/field/descri/searchterm/Louisville), Kentucky (/cdm/search/field/descri/searchterm/Kentucky). Car (/cdm/search/field/descri/searchterm/Car) parked (/cdm/search/field/descri/searchterm/parked) along (/cdm/search/field/descri/searchterm/along) street (/cdm/search/field/descri/searchterm/street); people (/cdm/search/field/descri/searchterm/people) stroll (/cdm/search/field/descri/searchterm/stroll) past (/cdm/search/field/descri/searchterm/past) shops (/cdm/search/field/descri/searchterm/shops) farther (/cdm/search/field/descri/searchterm/farther) up (/cdm/search/field/descri/searchterm/up) the street (/cdm/search/field/descri/searchterm/street). Title (/cdm/search/field/descri/searchterm/Title) supplied (/cdm/search/field/descri/searchterm/supplied) by cataloger (/cdm/search/field/descri/searchterm/cataloger).

1 of 2

7/28/2016 1:58

*#3 pages*    703-224-2122
Na[?]onal Ctr.

A gay male
called a bit
my son is nc
gay

Sent to police in
Leadore, Idaho too

Tater was name of doc
I got when 8 weeks pregnant w

8/1/2016

I saw this article in People about this child. I have a 16 year old son Zachary A. Harp DOB 7-5-00 with a
case number 1254640. I am the victim to potential criminal entrapment and human/sex trafficking
along with my son. The last name of his child Kunz caught my eye because it used to be a restaurant in
Louisville, KY where my child went missing from.

The do
was 8c
old

Julia ille
obtained n
PO Box in
Anaheim +
enclosed
picture o
Zach w/a
on his st

If you take the name DEORR and change it, it becomes Ed Orr — my grandfather's name was Ed
Marquardt and everyone called him Dutch or Dutchman, the nickname for the restaurant Kunz's in
Louisville. ORR — UK government (UK University Lexington KY) Office of Rail Regulator, ORR flipped
around is ROR — released on recognizance. They are stealing these children for one side or the other,
criminal drug activity or prostitution.

The people article was printed on 7-11 which is a store typically with trafficking victims for employees.
This child was kidnapped on 7-10, Kunz 7-10 (17). Walton's mountain, TV show (71-81) 7+1=8 8+1=9
89 = 17

I am the victim to a mafia linked federal vocal onboarding which started on 12-11-14. I am now aware
that people are being coded and are able to be GPS tracked so there should in reality be no missing
children. My child is being concealed from me with phony court documents because I won't submit to
the mafia and "die off" which is illegal.

Nelson County is in Bardstown, KY.

This little boy is out there and I know he is coded or he would not have been taken. They are targeting
children who are coded to manipulate them into prostitution/escorting or criminal entrapment. A man
in Louisville, Rick Lewis is involved in the buying and selling of people at 208 Charlton Wynde Drive. He
goes by the alias of Brian O'Leary. The number for National Center for Missing and Exploited Children is
208-756-8980. He also is the silent owner in Greyhound based out of Texas.

These parents hired an investigator from Texas and he won't do anything if he is linked into Lewis.

Louisville is trafficking children based on real estate, Lewis also goes by Michael Logsdon through
Remax. He used insurance fraud to make me personally a victim to sex/human trafficking and now my
child.

Maybe this will help bring this other child home.

※ Rick Lewis wanted me to be a truck driver, he runs drugs this
way + sends people to AZ when he is done with them.
Eugene talking to Michael said I was dead to him (Eugene)
AZ = 26    Kunz's restaurant - Eric W. Cooper - my son's
↑ ABC            father is a chef
   Adult
   School
Arizona

had walked around the block in the middle of the night to ⬚⬚⬚⬚ ghbors I noticed a freckle on his bottom. I am told this child Zachary has been pushed into narcotics ⬚⬚⬚⬚ he has been kidnapped from me and assaulted and raped. This residence was owned by Julia and Michael Harp and Michael was hesitant and did not want to come to Louisville from North Carolina to do this. I was adopted at 10 and in 1984 I was 9 years old. (10804) They may have taken my Zachary at 9 when Georgia Newby said he is old enough now while talking about something else.

Christian Academy of Louisville (CAL) I believe aided in the trafficking of my child and allowed him to be switched out on their campus. Moe Lundigan who formerly worked for Julia Harp went to work for Christian Academy.

University of Kentucky Basketball camp held at Memorial Coliseum. John Calipari (Coach CAL) may be involved in the trafficking of children through this camp which is the camp my child went to with Julia Harp and did not come home from. I have a picture of him there in a year prior with another child I do not know who looked similar to our neighbor, Alec Jesse who attended CAL. I am told his younger brother Charles is one of the children they switched out with my Zachary. Memorial Hospital here in Long Beach has a heart / vascular institute and I am told they have staged heart infractions on me. Memorial Day is on the the 30th this year. 5-30 = 80 the year I turned 5 and moved to California. 5-30 = 25 the age I was when I gave birth to Zachary and at age 30 we moved into the condo on Charlton Wynde Drive down the street from O'Leary. Julia did not want to sign at the closing on the condo because of something in the contract. I am told by the vocal onboarding they decided to sign because if whatever it was she didn't like didn't work out they would have me murdered.

I was born in 1975 at Baptist Hospital East and illegally coded / staged. It's the year their new campus opened and 25 years later I gave birth to Zachary at the same hospital. He was illegally coded / staged behind the scenes. At 7 in California I was almost kidnapped in Mission Viejo, CA. In 2007 I went to work at Roppels in Louisville, KY. I am told Kevin Roppel will get the death penalty for his involvement in the situation with my child who may have been switched out again at the age of 7. Roppels = 829 Logan Street and in 1982 I was 7. At the age of 9 I was asked about my adoption. 2 years after almost being kidnapped. 2 links into Eugene Newby putting his penis in my mouth at the age of 2 which I don't remember but was told about.

We lived at 1508 Sale Ave. when I was born. 15 is how old my child is now and 08 is the opposite of 80 the year we moved to California. The last picture of my child I have he is staged into a shirt with the number 8 on it. Eugene Newby asked me at the age of 8 if he gave me away would I come back to him and I was fed two responses, for love or for money on the mafia linked federal side.

*Stacey Harp*



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**LOUISVILLE, KENTUCKY**

GREG FISCHER
*MAYOR*

STEVE CONRAD
*CHIEF OF POLICE*

July 14, 2015

Stacey Harp
219 Charlton Wynde Drive
Louisville, KY 40245

Dear Ms. Harp:

I received the packet you brought to my home over the weekend and have reviewed all of the documentation. Today, I verified your son, Zachary, is safe and has not been kidnapped. Additionally, your decision to come to my home was not appropriate. I believe that I need to be accessible to the community I serve, a more acceptable approach would have been to meet with a member of my staff. Finally, if you feel you would benefit from some type of mental health evaluation, I encourage you to look into getting this done as soon as possible.

*where is my child & I have custody*

*Links in to false imprisonment + gang stalking info. I turned in to Conrad*

Please feel free to contact Lieutenant Todd Felty if you have any additional questions or concerns. He can be contacted at (502) 574-7660 or todd.felty@louisvilleky.gov.

*child concealment*

*could try to lie + link me to murder for hire/insurance fraud for my kidnapped child Zachary now know they were altering my eye sight* *switching him out* *CIA/Federal involvement*

*attached*

*Potential prostitution link prostitution sting to run parallels to my son's father + entrap me led to my broken leg/operation Tried to sting me again while on crutches*

Sincerely,

Steve Conrad
Chief of Police

SC/pw

**3.** Keep detailed records of my interactions with law enforcement. Keep in mind that law enforcement are friendly and appear to be cooperative. Note: the name of the responding officer is, what department is, what he said he would do, time of day, date, etc. If he removes evidence from the scene, note how he removed it, where he took it. Note the procedures for preserving evidence and observe if he followed those procedures. Write it all down so details won't be lost over time. Ask for a case number and incident number.

**4.** If you believe you are being gang-stalked, get a psychologist report. This establishes that you are mentally sane, when these stalkers and law enforcement try to intone that you are somehow mentally damaged.

**5.** If you believe you are being gang-stalked, don't be afraid to speak up. There was a time when people being stalked were not believed it was considered to be all in the head. Now stalking someone is a crime. The sure fire guard, the better defense here is that gang-stalking will not continue to operate under the radar.

By Lynn Stuter

*[Handwritten annotations throughout]*

**7-ELEVEN**
101 W. KATELLA AVE
ANAHEIM CA 928023601
7149567893
STORE#: 19200
THANKS FOR SHOPPING
AT 7-ELEVEN

*Charlton Wynde Dr.*

| | |
|---|---|
| 1 Choc Chunk Cookie2pk | 1.29F |
| 1 FntRefl1152zandUnder | 0.99F |

SUBTOTAL 2.28
TOTAL DUE 2.28
**EBT SNAP** 2.28
TAX DEDUCTION 0.00
ACCT#: ***********3492  *897/128*
BALANCE: $67.00
APPROVAL#: 812897   AUTH CODE: 0
APPROVAL TIME: 074724  *812 IN area*
OK#: 19200  *code*
TERM#: .00071920022 08  *177 (149) 13G=*
REF#: 97000 62 046 7 (17)  *2G*
APPROVED  *16,000  62  Zach  Jason*
*04G=10→mazda (12abuse) age  Roe age*
CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING TO THE CARD
HOLDERS AGREEMENT

*2G
(9 Dad)*

MEMBER ID: ***************4183
*** MEMBER TRANSACTION ***  *442=82  Roppel+
1G2  Zachary
(52)*
OH THANK HEAVEN
FOR 7-ELEVEN
#01 OP05 TRN6929 11/28/2017 07:47 AM  *110 bass*

---

**7-ELEVEN**
101 W. KATELLA AVE
ANAHEIM CA 928023601
7149567893
STORE#: 19200
THANKS FOR SHOPPING
AT 7-ELEVEN

*1G,000 mazda
82000
82 Zachary
2000 zach born*

| | |
|---|---|
| 1 FntRefl1152zandUnder | 0.99F |

*social mazda*
SUBTOTAL 0.99  *1 comm 0.99*
TOTAL DUE 0.99  *G3/1G*
**EBT SNAP** 0.99
TAX DEDUCTION 0.00
ACCT#: ***********7991  *8 for money*
BALANCE: $57.22
APPROVAL#: 049455   AUTH CODE: 0
APPROVAL TIME: 074728
STORE#: 19200
TERM#: .00071920022 08
REF# : 97000 57 066 2
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING TO THE CARD
HOLDERS AGREEMENT  *41 Zack (OCDA)*

*yr 8-for
money*
MEMBER ID: ***************4183
*** MEMBER TRANSACTION ***  *11- FL
move
my age 86*
OH THANK HEAVEN
FOR 7-ELEVEN  *80G EBT
card*
T#01 OP14 TRN4982 01/29/2018 07:47 AM

---

*8000 + 5/25 OCTA 37 assaults
744/145/250*

# Albertsons
### It's just better.

*250
290/
40  210*

STORE MGR SAM STROUD (714)544-8525
THANK YOU FOR SHOPPING WITH US!

*REM  STD/R.00  51G  (500)
6513  Social  11B
68  Services worker  400 Zach  Social
MAS 49
249*

**GROCERY**  *38 Zach*

| | | |
|---|---|---|
| MAR RAMEN CR | | 0.20 S |
| Regular Price | 0.29 | |
| Sale Savings | 0.09- | |

*9G-137 Charlton Wynde Dr
+41  TAX  Jim Pontrich  0.00
**** BALANCE  0.20  (9410)*
*137/20  *743074  2G Roe*
ALBERTSONS STORE 3574  (88)
13270 NEWPORT AVENUE  *9Gyr 21/41 =G2*
TUSTIN, CA 92780  *disability*
*9G-41= 55*
CASH BENEFIT Purchase 01/28/18 06:29
CARD # ***********9641  *2700*
Purchase  0.40
SNAP BALANCE  (800)  0.00
CASH BALANCE  1900  100.29
CASH BACK AMOUNT  0.20
*1600 (100) 400 Zach Social
OCB chan Rescue*
TRACE: 44001005900  AUTH: 188092 (018)
*4100  EBT Cash 1400  116  0.40  09
/400/59×100  KY Birth  /90
CHANGE  File#  0.20
TOTAL NUMBER OF ITEMS SOLD = 1  pred
01/28/18 06:29 3574 5 10 2943  w/Zach
fed. 30 (274)  90yr15+99
entrap  54(20)
Ramona 220  120  114=44 leg
HOW WAS YOUR SHOPPING EXPERIENCE? Surosly
PLEASE SHARE YOUR THOUGHTS ONLINE: 1G/8
WWW.ALBERTSONSSURVEY.COM
ENTER TO WIN A $100 GIFT CARD  GOB
220 WC Scan  DerRick
48.400  52 Julia born
48 son + 400 zach  (3)
Social
15G=111N,
Hill
YOUR CASHIER TODAY WAS Anthony B  LA Co.*

**YOUR SAVINGS**
Sale Savings  0.09
Total  0.09
Total Savings Value  31%

*[barcode]*
00357400500101801280625

QUESTIONS OR PARTY TRAY ORDERS
1-877-276-9637

# Fax

**To:** Officer Sheehan          **From:** Stacey Harp

**Fax:** 714-229-8957          **Pages:** 3

**Phone:**          557+2          **Date:** 5/26/22

**Re:**          SS9 Teddy          **cc:**          Ouahams Socks @ Dolae Tree  Coded SS9

,109 Riverside

╲259

009/268

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

377(314)
↑
BPPD
Victims
ph.

● **Comments:**

Sunny Hills Management  6131 Orangethorpe
↑
Appt emails  from Central City

1. **6131 Orangethorpe Ave, Buena Park, CA 90620 - LoopNet**

   https://www.loopnet.com/Listing/6131-Orangethorpe...

   May 19, 2022 · **6131 Orangethorpe** Ave, Buena Park, CA 90620 - Centerpark Plaza | LoopNet

   Sunny Hills Management Company Inc Call Centerpark Plaza **6131** ...

   *Works For:* Sunny Hills Management Company Inc

   o   **Location:** 6131 Orangethorpe Ave, Buena Park, California

   o   **Category:** Office

# HAPPY BIRTHDAY TO RIALTO KITTEN HARP, HE WOULD BE 2 YEARS OLD TODAY. 5/26/20-11/14/20 (1640400) 440 EUCLID 400

LBPD 840 + 30 CO CODE = 870 NEWPORT PD (3840 OCTA) 540

HIS MOMMY HAD HER BLOOD DRAWN TODAY, THIS IS A NO GOOD DAY WITH CHARLIE. 2011 = 9 DAD AND LAB R59.9 PRIOR CODE WITHOUT THE LAST NINE. 20 / 119 FACILITATION. K9. COST OF RIALTO'S YOGURT. 2020 WALNUT 400.

OCTA BUS 3840 + 2 RIALTO'S AGE TODAY = 3842 + 5 PRISON = 3/ 847 GARIFLED VET PHONE, CHP ADDRESS SAN BERNARDINO BRIER AND TIM HARP'S PHONE NUMBER. (25 SAINTS JERSEY, 3 = 22) 200 = 522 MAIN CHRYSALIS, 2005 YEAR MOVED TO 219 CHARLTON WYNDE AND 22 TO OLDHAM COUNTY, KY. 500 CENTRAL LIBRARY, DOLLAR TREE CORPORATE AND GATEWAY MEDICAL, 1500 HARBOR MCDONALDS. 300 PRISON ROAD, FOLSOM. 1800 = 600 WALL STREET, 900 HARBOR AND 900 PATROL ROAD AMAZON 2400 + 400 LBPD ADDRESS / ZACHARY SOCIAL = 3200 + 100 GENE NEWBY, CALDERWOOD, CHRISTIAN, HOSPITAL, SUZANNE BARBOUR, PUMPKIN = 3300 RIVERSIDE UNIFIED / SORRENTO TRACE.

*— Consent form DR mentione Holder (Amazo pull*

DETOUR ON THE WAY TO BLOOD DRAW DUE TO WRECK, TURNED DOWN HOLDER AND PASSED FIRST GLOBAL AND THEN GATEWAY. ON CERRITOS I NOTICED CYPRESS POINTE, APARTMENTS IN LOUISVILLE. DIANE AT CERRITOS AND DIANE, EX-WIFE OF PONTRICH. JULIA DIANE HARP. WE LOOKED AT CYPRESS POINTE WHEN WE RETURNED FROM CA TO KY, BEFORE EVANSVILLE. I LOOKED AT CYPRESS POINTE WITH MY SON, TO MOVE FROM 219 CHARLTON.

UMIH MAY BE A HIT ON THE WRECK ON KATELLA THIS MORNING, ON THE AB MACHINE THROUGH A TEXT I KNOCKED OUT THE LOCATION ON ORANGETHORPE FOR A SUITE 130 = LOGAN BRAWNER AND VONS ANAHEIM, 260 EUCLID NEW 711. 260 ZACH'S SHOES BY JULIA AND TOM THUMB, KROGER AND FOOD 4 LESS. 390, 90 CURTIS AND YEAR MY AGE 15 =315 ROOM ZACHARY BORN. 4000 KRESGE WAY, 315 = 4315 = 715 BRIER HUD AND 7/15 CHAD GLASSER'S BIRTHDAY 12:15 MY TIME OF BIRTH IN 1975 AND 115 = SHANE HAMMOND, SUPERIOR, AND SANTA ANA ELEVATION.

11160 WARNER AVENUE #105 = MAX GILPIN, ROPPELRAD, DRUG AGENCY AND POLICE DEPARTMENT. 360 = SECURITY SYSTEM AT EUCLID LAUNDROMAT BY NEW 260 EUCLID 711. (100) + 105 = 205 RTA TEMECULA. 205 PO BOX BULLITT CO. SHERIFF, MARINA (615 CYPRESS PD) 1815 CORE APARTMENTS, RIALTO DIDN'T WANT CORE CAT FOOD AT THE SPECIALITY FOOD STORE ON ORANGETHORPE. HE SAID "NO, MOMMY."

TELEPHONE 619 = FS / 7500 = KATELLA. 1200 PCH 711 SEAL BEACH.

FAX 714-619 – 7599 = 7 BAD AND 599 SAN BERNARDINO TRANSIT. MY LAB DIAGNOSIS CODE R59.9 (18 ZACHARY'S AGE 6 DAYS AFTER LBPD 18-38338) 6599 = 1199 CHP FOUNDATION. 1299 / 200 RTA = 1099 MISC. TAX FORM. 2001 YEAR MOVED TO 10804 CHERRY GROVE CT, 099 = 018 (06 YEAR STARTED 1ST GRADE AT CAL) 01 / 806 CHP PHONE SAN BERNARDINO AND CHRYSALIS PHONE LA.

START OF RE = 928, DEA EMPLOYEES ON INTERNET AND 9/28 DATE CAMM MURDERS SUPPOSEDLY

THERE IS MORE ON THESE ADDRESSES, I'M ASKING FOR MY RIGHTS AS A *PRIVACY PATIENT* DUE TO MY CIRCUMSTANCES, IT MAKES IT HARD TO DISCLOSE SOME OF THIS. UMIH. 211398 = 211 W. TEMPLE AND 398 = 39 OCTA, AMY, BEACH AND AGE MY LMPD LEG OPERATION, METAL *ROD* PUT IN MY LEG. 18 – OVERDOSE / R = 18 AND 59.9 ON LAB ORDER. 2(113)98 = 298 RESTRAINING ORDER FORM IN FLORIDA AND 298 EUGENE CELL PHONE AND 113 MARQUARDT, GASLIGHT 226 METRO 62 = OFFICER 298 – 62 = 36 SCAM, CHILD, KY, STANTON LIBRARY AND LAW `986(236)LEO HOUSE 2914 = 7/14 DATE OF CONRAD LETTER.



857 zachary bem
apt # 2000 /9 Dad
Abemath. 94/13/3
1991 yr 10 /916 Sacrame
714-229-8957

oing maps

Notes

Gene Snyder
100/33 KCO flyer
name
accessory
Villanyela Kim

133 = Taffy + Rialto Harp
John mueller
266/200
6/200
2OO New
7/11 Euclid
60 SAPD 260
58+2 Rialto

Chicken → 133
cost
wal mart
price
increase .35¢
501 (c)(3)

Taffy as Leo
on Internet
after stolen

Bichon Rescue
Brigade

1801

Res/vite
vice
AmEX
serve
pulled yesterday when passed
OCTA then Taffy
then stolen
1802 LB zip
aol LA Child Support
ph morgan Stanley
200 RTA
etc.

O PCH
7/11
601
1801 Cancer Medical Center
Chase Seal Beach
2402
602/ - 718 = G R (76
/58 DPSS Taffy
660 Newport zip
265 Gene Snyder
1465/460 metro Tax
sville + LA Social Security
Stolen per onb



Rialto's murder 11/14/20

— murder of another cat
Garden Grove / Euclid
   7        7        5

7 million ——→ 775 Hawaiian Gardens Food
  705 Regency  /   4 Less
    / Ctr
  65 Florida  700 Civic Ctr 75 ELS Football
      Mental       / 1
765 Age Medicare   2  12  35   Jersey before
Anaheim                        kidnapped
  Computers       21 Whitehouse
                                Jersey J-town
  265 Gene      PD after kidnapped
    Snyder    → 235 = 12/11/14 onboarding
              ⌐ 1211 Anaheim    started
  700        ⌐ 23 BPPD  Regional
  Civic Ctr   5/12 OCTA Letter

  Pace          11/14 Rialto
Pacific Cancer —999→ 111 = Taffy Harp
Anaheim Regional SAPD    4$
(LA) B of A → 888 < 444 Stress test results
                    Mill St. San Bern.

AW (123) = 0 (120mswnew/200/30 scam
Anaheim — Walnut Grove Kitten Bullet to head on sidewalk

T Harness Rialto, Federal Gang Hit on Rialto (T -20) (2075 = 2012 abuse shelter) 207 kidnap code SFPD 5 name / prison (202 Brian Wayne Anderson) 5200 The Toledo 2 Kunz and .02 available EBT Monday 8/2 = Hate Crime (6)

Yahoo/Rialto

- (207 Amazon phone Garrett Howell Transfer) 13 socials stolen in KY / 20 (713 apartment 1999) 201 / 73. (2017 Kamala Harris letter, 3 / 2020) 520. (15 Taffy's age today)

**Stacey Harp**

From:staceyharp@yahoo.com

To:da@sbcda.org

Sat, Jul 31, 2021 at 3:18 PM

- **Killer (cytotoxic) T cells** attach to antigens on infected or abnormal (for example, cancerous) cells. Killer T cells then kill these cells by making holes in their cell membrane and injecting enzymes into the cells.
- **Helper T cells** help other immune cells. Some helper T cells help B cells produce antibodies against foreign antigens. Others help activate killer T cells to kill infected or abnormal cells or help activate macrophages, enabling them to ingest infected or abnormal cells more efficiently.
- **Suppressor (regulatory) T cells** produce substances that help end the immune response or sometimes prevent certain harmful responses from occurring.

8206 = 606 / 1006 = 94 ID

maliciously torturing, maiming, mutilating or killing an animal.
Felonies and misdemeanors

FAM (ILY) , 91 = prison, sodomy, aid code GIR  225 Charles
                └ 912 Euclid 99¢                          / Barey
Family = 66          Y 25                          110 Solicitation
    homicide                                        Christmas
    woman        └ 9 (1225 Lincoln Pawi Kott)  335 PO  Kentucky
    metro    > MR vans Bus Pass Receipts      / Box  Seal Beach
    Ramos                                     33 KCO flyer, name,
                                                Kim, Villanueva

Physical Abuse (PA) 161-child support (41)   Dc octa lawsuit  Tre Dewey
Tort of Intentional Emotional Distress / Defendant Conduct ex<u>tre</u>me and outrageous
    conduct cause of severe emotional distress

Field @
Hickory (Hill)
Park
Hewlett
Packard
onboarding:
Rialto Kitten
Harp bit By
"Charlie"
Vet visit and
Cypress PD
report





Hole in the wall @
Hickory Peak- stand on
lilled to stand and feel
Rialto legs and feel
his back this asshole
ceand in this am/paw
with his arm/paw



Tree Rial to
climbed @
Hickory Park



Swing @ Hickory
Park Taffy Poodle
+ Rialto Kitten liked
to swing on with mom.

Swimsuit 2009

Rialto's belly
White w/black stripes
but you wouldn't have
known unless shown
Perfect Belly!

Onboarding pull on
mock of my
Swimsuit



← Zach Harp

**kidnapping**

criminal offense

Ask the Chatbot a Question

More Actions

Written and fact-checked by

The Editors of Encyclopaedia Britannica
Last Updated: Jun 3, 2025 • Article History

Also spelled:

kidnaping

Key People:

O.J. Simpson

Bruno Hauptmann

Veerappan

Roger Touhy

Ma Barker

Related Topics:

hijacking

Stockholm syndrome

assault and battery

abduction

hostage-taking

See all related content

News •
'Wrench attacks' subject some cryptocurrency holders to violence, kidnapping • May 29, 2025, 11:04 PM ET (CBC) …(Show more)

**kidnapping**, criminal offense consisting of the unlawful taking and carrying away of a person by force or fraud or the unlawful seizure and detention of a person against his will. The principal motives for kidnapping are to subject the victim to some form of involuntary servitude, to expose him to the commission of some further criminal act against his person, or to obtain ransom for his safe release. More recently, kidnapping for the purpose of extortion has become a tactic of political revolutionaries or terrorists seeking concessions from a government. In all countries it is considered a grave offense punishable by a long prison sentence or death.

In earlier times kidnapping meant carrying a person away to another country for involuntary servitude. It also referred to the practices of impressing males into military service (also known as crimping) by fraudulent inducement or force and of shanghaiing merchant seamen in port cities.

Abducting young women and selling them for purposes of concubinage or prostitution has also been characterized as a form of kidnapping. In current statutes this is often described as abduction and ordinarily includes the taking or detention of a girl under

a designated age for purposes of marriage. In some countries the alienation of a husband from his wife by another woman who entices him away is also <u>delineated</u> as a criminal offense within the meaning of abduction.

Modern kidnapping laws are drawn so as to proscribe the offense of taking a person with the object of extorting large amounts of ransom money or other concessions for his safe return. This became common in the <u>United States</u> during the 1920s and 1930s. The kidnapping in 1932 of the infant son of the internationally known American aviator <u>Charles A. Lindbergh</u> spurred legislation imposing the <u>death penalty</u> for transporting a kidnapped victim across a state line.

IS 456 (2000): Plain and Reinforced Concrete

Public Resource
https://law.resource.org › pub › bis › is.456.2000....

PDF
**30.6** Hollow Blocks and Formers. **30.7** Arrangement of Reinforcement. **30.8** PrecastJoistsand HollowFillerBlocks ...
**'Grade** rens3812'. ( Page 13, clause 5.2.1.2 and ...

ISS Amazon Form / S 19 Covid and 4:56 receipt for yogurt at Los Alamitos 7-11 just before Rialto's homicide. Ganahl Lumber. Mr. C's Towing "whipping them in." (1956 / 56 Jennifer Sturgeon supposed email) 4$ / 1960. 419 Prudential 1975, 419 Toledo area code, Prudential at 19 Covid / 400 Zachary's social LBPD 18-38338 and Sandalwood, Evansville.

GL / General Ledger, Grand Larceny. 712 = 84 Zack Harp, lawyer, million, marketing.

$456k lawsuit for the homicide of Rialto Kitten Harp, 11/14/20.

$4 million lawsuit for the theft of Taffy Poodle in Seal Beach, 1/15/20. One million a paw for each family member, loss of Taffy etc.

2000 year Zachary, Zack and Zack born / 2000 State College 7-11. 4000 Kresge, Baptist Hospital East.

Re: Water Bandit Rialto - This swim suit is supposed to be linked to Rialto's belly. That's what the onboarding told me.
G(reed)y / Davis Reed
GR / EED vs EDD (ED) 54 / Y 25 and 5 name / prison and 4/25 job fair 711, $4.25 McDonalds wage without mafia / 42 / 5(50 Donald) OCTA and OC Sheriff. 425 Harbor APD.
Michael LE( 125 Zachary Harp) Grand, 1000 Santa Ana Depot and theft of my property, Newport Library and Chapman Grand / Tim Chapman? Tim Harp. 208 Bank of America and Charlton Wynde, Rick  Lewis.
Jo(key) and Key Holder at 99 Cent Store / Joseph / Jo in *Melrose Place*?
H = 8 Andy and Andy at St. Edwards Child Development with my son.
Hefty / Lefty / YY 2525 / 50. Lazy (AZ) LY / Clark in Arizona, Brad and Lori.
Papa Smurf / says "no, stop."
Gargamel, Water Bandit Rialto below. Mel Silver, Beverly Hills 90210. 902 crime victim fax 4502 Lincoln 711 and 90 Boeing / 210 Charlton Wynde, W. Temple LA 2/10(121) 10/13 Curtis birthday. GA = Georgia and 71 /R 18 LBPD 18-38338 and Game and picture yesterday of boys in KY? G = 7 and All Ages Admitted 111 Taffy Harp / 7111 phone Sea Breeze Pet without misprint -1. (711 LA Sheraton and stores) 511 = 6 rape / theft (505)
On
Thursday, June 15, 2023 at 05:36:00 PM PDT, Stacey Harp <staceyharp@yahoo.com> wrote:

T Harness Rialto, Federal Gang Hit on Rialto (T -20) (2075 = 2012 abuse shelter) 207 kidnap code SFPD 5 name / prison (202 Brian Wayne Anderson) 5200 The Toledo 2 Kunz and .02 available EBT Monday 8/2 = Hate Crime (6)
Yahoo/Rialto

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:da@sbcda.org

  Sat, Jul 31, 2021 at 3:18 PM

  - **Killer (cytotoxic) T cells** attach to antigens on infected or abnormal (for example, cancerous) cells. Killer T cells then kill these cells by making holes in their cell membrane and injecting enzymes into the cells.
  - **Helper T cells** help other immune cells. Some helper T cells help B cells produce antibodies against foreign antigens. Others help activate killer T cells to kill infected or abnormal cells or help activate macrophages, enabling them to ingest infected or abnormal cells more efficiently.
  - **Suppressor (regulatory) T cells** produce substances that help end the immune response or sometimes prevent certain harmful responses from occurring.

  8206 = 606 / 1006 = 94 ID

---

When T cells initially encounter an antigen, most of them perform their designated function, but some of them develop into memory cells, which remember the antigen and respond to it more vigorously when they encounter it again.

**The Thymus and T Cells**

VIDEO

Sometimes T cells—for reasons that are not completely understood—do not distinguish self from nonself. This malfunction can result in an autoimmune disorder , in which the body attacks its own tissues. Tasha Gingerich with Auto Immune Deficiency so they are mocking her to steal from me for her medical bills on top of injuring my person. I want them prosecuted. It's ridiculous.

---

Immune system disorders cause abnormally low activity or over activity of the immune system. In cases of immune system overactivity, the body attacks and damages its own tissues (autoimmune diseases). Immune deficiency diseases **decrease the body's ability to fight invaders**, causing vulnerability to infections.

---

Stacey Harp
From:staceyharp@yahoo.com

To:da@sbcda.org
Sat, Jul 31, 2021 at 3:29 PM

5. Inflammatory Bowel Arthritis (Crohn's Disease and Ulcerative Colitis) — With inflammatory bowel arthritis (or IBA),

inflammation affects the intestines. With ulcerative colitis, the colon or large intestine are affected. Crohn's Disease can affect

any part of the gastrointestinal tract, but usually occurs in either the small intestine or colon or both.

We have more in-depth information on inflammatory bowel arthritis here.

> **Inflammatory Bowel Arthritis**
>
> Trusted Rheumatology serving Beverly Hills, CA. Contact us at
> 310-274-7770 or visit us at 436 North Bedford Dr.,...

IBA = 921 CVS Seal Beach and Harbor Ramada (1841 = 1 / 841 Rose  Drive Mong) 7401 = 301 OC Case, 7 Bad 401 OCDA (739) 300 = 439 Wilkins cell 73 / 9300 Rich Girl awning and Goodwill facilitation (18600) 6600 = 3600 OCDA, Wells Fargo (7200) = 2100 (7100 / 2002 (9102) = 98 county, Jefferson

5 name / prison (10) 510 Beach CVS (921) = 411 Ronald Reagan Courthouse (7 Bad) 418 DR credit PD
IBA vs IGA Gift Cards by Michael Harp and Eric Cooper driving Julia's Mercedes to pretend as I was raped to be Michael Harp
921 vs 971 (50) Drug, Cocaine, Apple, Fraud, Michael, Paul 971 / 219 Charlton Wynde Drive (752) 352 Katella Chase = 400 LBPD / Zachary social (800)
161 (60 SAPD) 219 = 279 (600) 879 staged social security (30279) = 2879 = 2816 = 616 Removal dead animals etc (2200)

Train Tracks (TT) 2020 / 40 my BHE leg operation bil / 402(85)
Yahoo/Rialto

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:da@sbcda.org,Chiefofpolice,police@ggcity.org

  Tue, Jun 13, 2023 at 3:12 PM

  **The Lilac to Rancho Double Track Project has the following features:**

  - Approximately 3 miles of additional double track in the cities of Rialto and San Bernardino.
  - Addition of a second passenger platform at the existing Metrolink Rialto Station, as well a pedestrian underpass for access.
  - Ten at-grade crossings within and near the double track footprint with quiet zone safety enhancements.
  - New railroad signals as well as Positive Train Control (PTC) considerations and required improvements. (16203) 203 Pacific Cancer / FS office (406 socials) 34.
  - Civil improvements including grading, drainage and utilities. (CIGDU) Disney University / CIGna / CIN and GA
  - Modifications to 8 at-grade crossings within the Project footprint to improve roadway profiles. 8 Zach shirt 2015 / 8 on LMPD complaint form. 12158 (1238) 12/30 Starlene birthday 8 for money Eugene / 125 Zachary Harp, Karin Cooper, Support / 8 in 83 Narcotics. (Ranch Market) / O 15 / 105. (75 Rialto)

40285 (See Subject) SS (Hitler) 72 / 1919 (77 felony / 219) 27 Jeff = 50 drug, cocaine, apple, fraud, Michael, Paul, Donald.

Postal code in Louisville, Kentucky

**City:** Louisville, KY

**Weather:**

40285 weather - Google Search

80°F (27°C), Wind W at 25 mph (40 km/h), 33% Humidity

---

50192 (501 Clark County Indiana Sheriff, texts that were blocked, then allowed and then blocked again. 4992. (592 Roe cell) 4400 / $4.4 million
San Bernardino 102 / 50 = 152 International, 10 DPSS County Code and 250 Prudential Eugene own beneficiary
County 98 / 102 (200 Transportation)
50 and 400(192 food stamps 2015) and 592 Roe cell. 2035 / 92. (203) 592 (142) 2017 and 2 / 2019 (39) = 239 Georgia phone

**SBCTA Social Media Policy**

192 = 72 / CT and A 1 (7/21 last in San Bernardino)
1927 / 727 Boeing and 21 age policy owner, Whitehouse Jersey and Ben. 1997 year age 22, CA with Minton 85 = 2 and 285 (485 JCPS phones) 25/28 = 3. (252) and 83 Narcotics. 53 / 199. (59) 37 OCTA and assault facilitation 119. (39 OCTA and age leg operation) AGE AND GAGE / Steven, Real Estate. SRE (State Route 5) RE: 19 / 7 Bad. (577 Metro)
SMP 191316. mental health concerns, Darley Eugene Newby and 316 HB Post Office / 34 (314 Walmart receipt then illegal EBT Deposits) 163 / 43. (120) 19.
G(reed)y / Davis Reed
GR / EED vs EDD (ED) 54 / Y 25 and 5 name / prison and 4/25 job fair 711, $4.25 McDonalds wage without mafia / 42 / 5(50 Donald) OCTA and OC Sheriff. 425 Harbor APD.
Michael LE( 125 Zachary Harp) Grand, 1000 Santa Ana Depot and theft of my property, Newport Library and Chapman Grand / Tim Chapman? Tim Harp. 208 Bank of America and Charlton Wynde, Rick Lewis.
Jo(key) and Key Holder at 99 Cent Store / Joseph / Jo in *Melrose Place*?
H = 8 Andy and Andy at St. Edwards Child Development with my son.
Hefty / Lefty / YY 2525 / 50. Lazy (AZ) LY / Clark in Arizona, Brad and Lori.
Papa Smurf / says "no, stop."
Gargamel, Water Bandit Rialto below. Mel Silver, Beverly Hills 90210. 902 crime victim fax 4502 Lincoln 711 and 90 Boeing / 210 Charlton Wynde, W. Temple LA 2/10(121) 10/13 Curtis birthday. GA = Georgia and 71 /R 18 LBPD 18-38338 and Game and picture yesterday of boys in KY? G = 7 and All Ages Admitted 111 Taffy Harp / 7111 phone Sea Breeze Pet without misprint -1. (711 LA Sheraton and stores) 511 = 6 rape / theft (505)



----- Forwarded Message -----

**From:** Stacey Harp <staceyharp@yahoo.com>

**To:** da@sbcda.org <da@sbcda.org>; Chiefofpolice <chiefofpolice@cypressca.org>; police@ggcity.org <police@ggcity.org>

**Sent:** Tuesday, November 7, 2023 at 03:33:12 PM PST

**Subject:** My text from this morning - Homicide HB /

----- Forwarded Message -----

**From:** 7147155069@mypixmessages.com <7147155069@mypixmessages.com>

**Sent:** Tuesday, November 7, 2023 at 07:37:39 AM PST

**Subject:**

Latest homicide victim by century 100 pull dominos (buick) brookhurst 711 dominos pull (dos root beer taffy)13 indiana 724 (324 food workers union dc fbi ph) 400 lbpd zachary social davita ph 137 (2024) 184 (64) 120 todd barbour security mock through brookhurst employee 60 sapd 48 crime 108 ca safety agency etc 3 garden grove pd cars passed leaving euclid 711 and 3 packs honey roasted peanuts bought there 1 salted car s1 then passed 191 mental health concerns 71 (120) 731 + 2 = 733amox prescription cvs euclid at katella (ella key holder san clemente) 99 cent store 2015 magnolia interview zack key holder position zack plate candy baron

Fw: From Taffy Poodle Harp's Mom - someone once felt this for the cat on the sidewalk.
Yahoo/CAT Homicide GG

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:animalcare@ggcity.org

  Wed, Nov 8, 2023 at 1:44 PM (144 = Anaheim Housing, Scum Thieves, Wombles address Lexington, KY, Aly Stewart) PM Gas Station, 5100 Katella. November 8 = 118 Horseman's Lane, lymph node ultrasound 408 Beach, Tyler Banta, poisoning, attorney.

  144 = 116 Civil pull / 66 Ramos, family, homicide, woman and Metro. 5 name, prison / 10 DPSS County Code 106 vaginal rape, DPSS case, Brian Jordan, media lab Newport Library. 510 CVS Beach, Oakland area code.

  411 Ronald Reagan Courthouse / 146 (110 Dollar Tree, Kentucky, solicitation, Christmas, staged packaging and calories) 140 Det. Glover KY Court Paper / 611 Katella 5 / 145 Ms. Hernandez supposed dispatch APD. 5/2 Risk management letter fall 4/21/25 OCTA 50 and 5 name, prison. (250 Rico Fines, Food stamp fines) 500 / 750 LA Metro. (120) 870 Newport PD / 120 Security, premediated.

WATG (Wag) T 20 and T Harness hit on Rialto / Wags, Taffy / EW and SOS. Message in a Bottle, The Police. Washington, Amazon Corporate / Tasha Gingerich / 207 SFPD kidnap code, 13 socials stolen in KY (36) / 3 = 1339 storage, Bin.

3 Velvet Elvis, Jeff Carpenter (3) Jeff Carpenter S = 3 (JCC) Jefferson Community College. 10303. 97 Jason Roe, Stoess, Chad Glasser, Wilkins 10400 Kingsley.

o   Recorded By – Jeff Carpenter (3)

---

Re: My text from this morning - Homicide HB /
Yahoo/CAT Homicide GG

• **Stacey Harp**

From:staceyharp@yahoo.com

To:nkoehler@hbpd.org

Wed, Nov 8, 2023 at 1:56 PM

The one at Metro 62 had on a collar as a dog, ran up and down the sidewalk. Showed teeth. ST 1920 (7/20 Eric Cooper birthday,Lee and Associates phone, Metro) 720 = 13 year socials stolen in KY, 7 Bad / $7 million theft by their deception? 77 Group, felony, Gleeson, Molly, Barbour and year Prudential Eugene own beneficiary. 1314. 1 million theft and $3.14 Walmart receipt thensupplemental EBT Deposits, 7/1 = Marvel and Dr. Jose / lot at 219 and Oldham County / $8 million their theft, HCSO FL phone andSoutheast Christian phone, 8000 for $8 million / 16 and 4$ (20) / PD. 8:16 my FBI lawsuit / 84 Zack Harp, lawyer, million, marketing.

On Wednesday, November 8, 2023 at 01:53:28 PM PST, Stacey Harp <staceyharp@yahoo.com> wrote:

They are running these too. (Coyotes) Tesla / Elon Musk / musket – Steve Wilkins

One last week on Monday at the 62 Metro stop / La Palma at 38 OCTA and then in the ally Los Alamitos. (2)

← Kentucky Educational TV

622 Gateway Medical text appointment confirmation / 7622 Katella Senior Living. (153) my cholesterol lab, Lexus plate Cedar Stanton. 33KCD flyer mailed after kidnapped, name, Kim and Villanueva.

↑ 800 Quinn Cat

33

Eugene's credit score

655 San Bernardino Homeland Security, Child Support, Sheriff and Coroner. 44 Obama / 699 lawyer next to Homeland. 410 number for social fraud and US Post Office / 99 year pregnant with Zachary / 909 Probation Santa Ana and San Bernardino area code. (AC) 13 90 Boeing, Metro seats, Curtis, and 913 plate at Westminster park, harassment 136. (19 Covid) Theft of my benefits? 13 socials stolen in KY, 6 rape / theft and 619 FS = 67 age social security. 1967 year Eric Cooper born, Lynn DeZarn born? 88 California, thieves, Melvin Belli, poison.

ECS vs ELS Football

CL 312/36 Scam

Lynn and Eric, 8 years old than me, 88 / SAPD, Bank of America LA, Denny's. (888)

On Wednesday, November 8, 2023 at 01:48:50 PM PST, Stacey Harp <staceyharp@yahoo.com> wrote:

306 medical card

mc/133 – Taffy + Rialto Harp

I have tried....

----- Forwarded Message -----

**From:** Stacey Harp <staceyharp@yahoo.com>

**To:** animalcare@ggcity.org <animalcare@ggcity.org>

**Sent:** Wednesday, November 8, 2023 at 01:45:54 PM PST

**Subject:** Fw: My text from this morning - Homicide HB /

----- Forwarded Message -----

**From:** Stacey Harp <staceyharp@yahoo.com>

**To:** communityveterinaryhospital@gmail.com <communityveterinaryhospital@gmail.com>

**Sent:** Wednesday, November 8, 2023 at 01:42:21 PM PST

**Subject:** Fw: My text from this morning - Homicide HB /

I wanted you to see this, I am coming down on the PD and others.

There is a larger picture that needs to be dealt with.

Thank you for listening to me this morning, and for looking at the picture of this cat on my phone.

**On Wednesday, November 8, 2023 at 01:16:08 PM PST, Stacey Harp <staceyharp@yahoo.com> wrote:**

I am VERY disappointed in Garden Grove PD, Animal Control for the lack of respect to this cat. He was reported by me yesterday morning,before 6:45am / $6.45 cost of Taffy and Rialto crates.

This morning I walked into a vet close by, they didn't even want to call for this poor cat who once had feelings and a beating heart. What is wrong with you people????? I just don't understand you at all. Once this was a living animal, someone loved this cat. You people are absolutely out of line. Why do you persist in this????

What did this cat ever do to you people? I understand why you hate me, but what did Rialto do to you? What did Taffy do to you?

Why would a vet not call Animal Control? - the coded pull and intent through the people behind this onboarding has to stop. Rialto Kitten was murdered in Los Alamitos on 11/14/20. He only lived 6 months with me, and never met Taffy or his kidnapped boys. The onboarding said his homicide was a federally staged T-harness gang affiliated hit. I'm tired of it. They are innocent animals, it's ridiculous.

If I walk back past this this morning, after reporting it yesterday, there is a HUGE problem with you people and your thought processes. HUGE!!!

Fw: My text from this morning - Homicide HB /
Yahoo/CAT Homicide GG

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:Friendsofapdk9s Info

  Wed, Nov 8, 2023 at 2:15 PM

  ----- Forwarded Message -----

  **From:** Stacey Harp <staceyharp@yahoo.com>

  **To:** animalcare@ggcity.org <animalcare@ggcity.org>

  **Sent:** Wednesday, November 8, 2023 at 01:45:54 PM PST

  **Subject:** Fw: My text from this morning - Homicide HB /

  ----- Forwarded Message -----

  **From:** Stacey Harp <staceyharp@yahoo.com>

  **To:** communityveterinaryhospital@gmail.com <communityveterinaryhospital@gmail.com>

  **Sent:** Wednesday, November 8, 2023 at 01:42:21 PM PST

  **Subject:** Fw: My text from this morning - Homicide HB /

  I wanted you to see this, I am coming down on the PD and others.

  There is a larger picture that needs to be dealt with.

  Thank you for listening to me this morning, and for looking at the picture of this cat on my phone.

  On Wednesday, **November 8**, 2023 at 01:16:08 PM PST, Stacey Harp <staceyharp@yahoo.com> wrote:

  November 8 = 118 poisoning, my lymph node chart ultrasound at 408 Beach. Time 01:16 = 116 Civil Pull, Stacey Harp, Michael Ramos and Paul Kott. 811 Robin Williams supposed suicide / Anaheim High. Robin Williams supposedly committed suicide and suffered from depression / Smile Again Dental Center SAD / Center. (SA flammable gas stations, sexual assault, sales associates 7-11, etc.) DC on OCTA lawsuit prior / Distribution Center, Developer Conference Apple on radio this morning.

  I am VERY disappointed in Garden Grove PD, Animal Control for the lack of respect to this cat. He was reported by me yesterday morning, before 6:45am / $6.45 cost of Taffy and Rialto crates. This morning I walked into a vet close by and they didn't even want to call Animal Control for this poor cat who once had feelings and a beating heart. What is wrong with you people????? I just don't understand you at all. Once this was a living animal, someone loved this cat. You people are absolutely out of line. Why do you persist in this????

  What did this cat ever do to you people? I understand why you hate me, but what did Rialto do to you? What did Taffy do to you?

Why would a vet not call Animal Control? - the coded pull and intent through the people behind this onboarding has to stop. Rialto Kitten was murdered in Los Alamitos on 11/14/20. He only lived 6 months with me, and never met Taffy or his kidnapped boys. The onboarding said his homicide was a federally staged T-harness gang affiliated hit. I'm tired of it. They are innocent animals, it's ridiculous.

If I walk back past this this morning, after reporting it yesterday, there is a HUGE problem with you people and your thought processes. HUGE!!!

----- Forwarded Message -----

**From:** Stacey Harp <staceyharp@yahoo.com>

**To:** da@sbcda.org <da@sbcda.org>; Chiefofpolice <chiefofpolice@cypressca.org>; police @ggcity.org <police@ggcity.org>

**Sent:** Tuesday, November 7, 2023 at 03:33:12 PM PST

**Subject:** My text from this morning - Homicide HB /

----- Forwarded Message -----

**From:** 7147155069@mypixmessages.com <7147155069@mypixmessages.com>

**Sent:** Tuesday, November 7, 2023 at 07:37:39 AM PST

**Subject:**

Latest homicide victim by century 100 pull dominos (buick) brookhurst 711 dominos pull (dos root beer taffy)13 indiana 724 (324 food workers union dc fbi ph) 400 lbpd zachary social davita ph 137 (2024) 184 (64) 120 todd barbour security mock through brookhurst employee 60 sapd 48 crime 108 ca safety agency etc 3 garden grove pd cars passed leaving euclid 711 and 3 packs honey roasted peanuts bought there 1 salted car s1 then passed 191 mental health concerns 71 (120) 731 + 2 = 733amox prescription cvs euclid at katella (ella key holder san clemente) 99 cent store 2015 magnolia interview zack key holder position zack plate candy baron

---

Fw: Schizophrenia
Yahoo/CAT Homicide GG

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:nkoehler@hbpd.org

  Wed, Nov 8, 2023 at 2:03 PM

  Onboarding said "they wanted you to send him this, because it isn't you."

  They had said this was in regards to my mother, it could be something they have tried to sell my child(ren) on since reported kidnapped.

  Notice how Suggestions Managing Schizophrenia = 333 the address to the National Center Missing and Exploited.

----- Forwarded Message -----

**From:** Stacey Harp <staceyharp@yahoo.com>

**To:** da@sbcda.org <da@sbcda.org>; Chiefofpolice <chiefofpolice@cypressca.org>; police@ggcity.org <police@ggcity.org>

**Sent:** Wednesday, November 8, 2023 at 01:11:43 PM PST

**Subject:** Schizophrenia

The exact cause of schizophrenia isn't known, but a combination of genetics, environment, and altered brain chemistry and structure may play a role.

Schizophrenia is characterized by thoughts or experiences that seem out of touch with reality, disorganized speech or behavior, and decreased participation in daily activities. Difficulty with concentration and memory may also be present.

Treatment is usually lifelong and often involves a combination of medications, psychotherapy, and coordinated specialty care services.

**\*\*Pass\*\*** is a great option in my opinion for people who don't want to answer a question. Great Answer!!! I mean that, no sarcasm.

Suggestion = 136 = harassment, Los Al PD, Louisville, KY and Los Alamitos / S = 19 Covid / 155 Shorebreak, Aly, Brian, Stacey and Ripcurl.

1 million 306 medical card and Goldenwest phone / 109 AB, Riverside, Richardson /1 million 505 CHOC, Stanton PET and CAL Optima / 106. 109 / 2015 Zach with 8 on shirt. 305 plate Grindlay, 83 Narcotics, units and 05 year moved to 219 Charlton.

Managing = 66 = Homicide, woman and Ramos. Family. (606) / 54 Matt, Class and Voice. (504) Valero San Clemente, Kansas Redlands.

(GE) Genetics, Envi(ron)ment 75/12 (760) 12. (72 Geragos, Hitler, Cooper, Immelt, Money / 601 / 59 theft, Jason) 79 / 205 PO BOX Bullitt Co. Sheriff, Marina and RTA Temecula. 425 Harbor, APD. 65 age medicare, Florida, mental and motel. (60 SAPD) 5. / 77 Group, felony, Gleeson, Barbour, Molly and year Prudential Eugene own beneficiary.

57/75 = 5 million theft / trafficking policy and 775 Hawaiian Gardens Food 4 Less. 5145 / (525 HB Library and Sku's 711) 1050.

Suggestions Managing Schizophrenia = 333 National Center Missing and Exploited, Anaheim Federal Post Office. 666 (636 OCTA phone) 30 OC County Code / 216 Cleveland area code and 297 Starlene cell. (SMS) 191319 / 913 Beach and plate at park / 119 facilitiation, 2 Kunz / 915 Katella, Jury Pool and 715 Brier HUD / 8. (7308) 15/22 (730) / 83 Narcotics and 522 Main Chrysalis. 8822. (6400) 202. / 6602.

COMP / ACSCS (COMPAC) / Compaq (SCS) 19319 / 737 Boeing, Compact. (Powder, female) 616 / 64. (614 CIN Eric Cooper / 66 Ramos, family, homicide, woman and Metro) 62.

Consider Medications For = 219. (27) / 217 Center CAL phone, 92 San Pedro and Wilson / $1.84 large drink Extra Mile / 64 to UK, 444 Mill Street San Bernardino and Stress Test Results. (Sinus Tach) 20 ACH / Beach, BE (ACH) 25 Saints Jersey 2009 picture with Taffy, 39 age leg operation, OCTA (78 Robert, Chester) 9 Dad. My Grandpa and these people are calling him "Dad" as though I am Donna or Julia? 138 ACH / 12 Tracfone calendar, points my leg operation chart and Rialto's incident homicide report. 13 socials stolen in KY, 103 / 812 IN area code (96) IF, Illumination Foundation, Julia Harp, Shirley, Bullitt, Homeless and 1036 / 81 and 296 Curtis cell.

We are all equal. (128) = food stamps, immigration, State College Walgreens. 96 IF, Julia Harp, Shirley, Bullitt, Homeless. 12896 = 1289 = 12/17 Angelene birthday, 1 million their theft and 217 Center CAL phone, 6 rape / theft (12176) $612.05 cash EBT skimmed from my card, 6/12 OCTA 37 assault to my person / 125 = Support, Chris DeZarn, Zachary Harp, Karin Cooper (176 = 56 cult, coroner, scum, 120 Security and Todd Barbour) SAT, College Entrance Test and B 2. 19120(2) 840. Million X 10 DPSS County Code, theft by their deception, insurance money laundering fraud.

1217(6) = 1256 = 1211 Anaheim Regional and date onboarding started 12/11/14. 11/14 Rialto Kitten Harp murdered / 12 points my leg operation, 12 his incident homicide report and 12 Tracfone calendar. 1102. (108 CA Safety Agency, Simpsonville PD, Cass Bastian)

---------

2319 (519) 57. $5 million / 1957 M. Harp born. 51 federal, Maya, year Eugene born and 957 Glasser phone, 935 ICE, FBI DC address. 79 year my age 4$(35) Cost of restraining orders 9/7/16 Long Beach and 435 LBPD phone, 870 Newport PD.

Share = 51 Maya. 1/5. $5 million theft / 115 thank you, Mark Geragos, Shane Hammond, Santa Ana Elevation. (SAE) "oil change." OC, Orange County / 153 cholesterol lab, Lexus plate Cedar, senior living. 33 name, KCD Flyer mailed after kidnapped, Kim and Villanueva. (33)/303 DA San Bernardino and Bank of America / 903 Ralphs San Clemente, 87

231 Taffy license, 95 supplemental EBT Deposits, 75 ELS, Rialto and Hexion. 957 Glasser phone, 5. (962) 592 Roe cell, 6 rape /theft 598 Budget Law phone, 1198 Optum Seal Beach. 28 Bank, Mack and Air.

Group = 77 = felony

R.Ou Social Services worker / GP 716 / 74 Kroger, Byron, San Bernardino PD 7/14 Conrad letter, 67 age social security. 13/79. (1339 storage) 40 rape, food, US and HB elevation, social security credits.

What are the 7 early warning signs of schizophrenia?

7 Bad EW, reinstatement medical Orange County (EW = Eric William, Cooper) 523. $5 million their theft and 23 Buena Park PD, Los Al Elevation and 5 my age in 80 Prudential addendum, 235 = 12/11/14 onboarding started 121 + 114 = 23(5) / 1 million their theft intent, 11/14 Rialto Kitten Harp murdered in Los Alamitos, CA. His homicide for their theft intentions, lack of respect to Rialto and his family.



# Group Guidelines

## Share the air

Everyone who wishes to share has an opportunity to do so. No one person should monopolize the group time.

## One person speaks at a time

Each person should be allowed to speak without interruption or side conversations.

## What is said here stays here

This is the essential principle of confidentiality; it must be respected by everyone.

## Differences of opinion are o.k.

We are *all* entitled to our own point of view.

## We are all equal

We accept cultural, linguistic, social, racial, and all other differences and we promote their acceptance.

## Use "I" language

Because we don't participate in discussion groups as credentialed professionals, we can't *instruct*. We can, however, share from our own personal experiences. For example, instead of saying "you should do X," say "when I was faced with a similar problem, I . . ." We should always frame our comments in the context of our own experiences.

## It's o.k. not to share

People don't have to share if they don't want to.

## It's everyone's responsibility to make the discussion groups a safe place to share

We respect confidentiality, treat each other with respect and kindness, and show compassion.

Schizophrenia Support Group - Gross Product (716 = 74 Kroger)

131          125        77 ⌐ R.ou social services worker /69
                                                    ↑ 11    701/69

(30) OC        256 /16 /332          1115/701
Co
101  Code        ⌐ name              1201 OCTA
Facilitator workshop                 + Jury Pool
DPSS Welfare Disability
Code                                 JP = John
                                         Parker
Charlton Wynde - Jason Roe           Lyons
Euclid Target (520 bldg. next
Katella 711          Biltmore)       JPL
Harbor Chase (HC = 83 Narcotics)     101612

131/214 no SFPD code                 104 Garden
                                        Grove Car
22                                   this Am
103 CHP locations        612.05      backed in
236                      my EBT
99                       cash
1199 CHP Foundation      skimmed
88                       713 area code +
11                       apt #1999

Starbucks
Katella
+ LBT
Redondo



2,3 = 019 FS (67)
255 = 874
(9255) 61255
15/9205
12 Roe cell, 90S LA
theft 255, 1/11 CSR #
public fender SB

217 Center CAL ph (717) = 1/2 million their theft
291 cell + 7 Bad (298 Ro form FL/Eugene cell)
95/203 (17 FBI)

(406)   (86)

harassment

(5) Prudential addendu
name 3:
pnson 9

136        155        (06)        131        136

150 theft deception

# Suggestions for Managing Schizophrenia /Suggestion

50   51   59   131/30 (1mil) 329   /59

(144)

## 1. Learn More About Schizophrenia. ...84   (39) 920 (11) /611   103
187/67/29   (6300)   (5)   Pontnch CHP locations

75   42  27  7 theft/Jason

## 2. Practice Self Care. ...
33  68  35  89   100   429   633 LMPD FCC

R.O.S
9/7/16

## 3. Find Ways to Regulate Stress. (325)
23  39  1   79   113 = Healthy Lifestyle (192) 72 (99)

(540) ## 4. Aim for a Healthy Lifestyle. ...(255)   599 San Bern Transit
1334 Bin/1mil theft 339 Pontzuch cell   299 clancy

## 5. Join a Support Group for Schizophrenia. ...(421) Taffy attack 300
48  1  125   77  39
40   11/25 Dr. Caceres 1st appt./15 Zach 8 shirt 38/118 (3)

crime abuse CA/son

## 6. Seek Types of Therapy for Schizophrenia. ...(115)
85  21  43  39   131
87   93   39   131

(640) ## 7. Consider Medication for Schizophrenia. (92)
NH Cte Close 30 Co. Code

(65)   180 Starbucks Laguna   (135)   (477)
(188)   (80)  (179)

## 8. Stay Consistent With Your Treatments.

14/163  (123) 6/12

9999 Newport Password Computer

999 Anaheim Regional, Pace, Pacific candcer

9 Dad / 633 LMPD/FCC

Anaheim Federal Post Office

Consider Medications For (219) 30
KY — 275/  27/530
to FL   Vital   /30   FS30 call
Magnolia LB Court 305   # social services
Euclid Aldi

Suggestions Managing Schizophrenia = 333 National Cte Missing + Exploited

202 (131)   213/  320/211 W. Temple 9 Dad
30   /201   2/Facilitation (119)   666 = 216 Cleveland area
18/   (12)← 102   code
30   232 Michael Ramos/Paul Kott   (600)   297 Starlene cell
816
630 Cypress ZIP   99   HP   77 Felony   67 age
24 /606 (50)   FBI   220   Group   Social
2 + 4:56 Rialto's   Lawsuit   McBroom   Securit
yogurt   10S=   Dr +   10 DPSS Co.
before   2,99   nuisances   Compton ZIP   Code
homicide   2909   drug agency   440 Euclid
Pacific   police   / walmart
Commerce   dept.   36 scam 9 Dad 414
(84)   1314

Join a Support (174) 54 > 58/
Sinus Tach 2013 (8)   FBI 4 #   50   .47   484 OCTA   300/61 Eligible, Kevin,
socials   (350 Kim   Richard
Stolen KY   Camm   Buena Park
Seek Types (125)   2008 YMCA   Ins.)   901 Morgan Fire
of 21   pic.
(210)   104 Garden   61 /411 (7 Bad)
24/207   Grove Car   65 age medicare Florida





Shaun Anderson McConnell - Florida ‘589/

Steve 71
(5183) Irwin 73 - Fletch "Fletch"

SSI      144 Aly Stewart    5238
(47)      `24 — 168/48/711 misprint Sea Breeze
Ron    7(173 = Sexual Battery)/12/4/32    msB    4$
Rachel                              4/20    msN    2201 (6) 40
John    53            SB 192 Christina Taylor    #1,50 OCTA
        123/        1-192  72/21  CT/23
31/                              93    70    VP / -44
78    296    SR          /BR - Brian Roe    2216
        Curtis    /        218/26    224/88 3125225
        Cell                              300/35
    3 /
        3  — 718  — 605 — LA Sheriff (77)  321  -541
            113 +144 = 257  - 37/  220    5(401) 2001

    Stingray
        23  44
    39      7  — 744 Sacramento Social Services  (SSS)
        62    106  750
            144    60
                0
                                        AH 18 - 6
    STS - SISSY    1364  645    SI 199 - 79 William
    1991 (9 Dad)    13124  285    119  89 | 229
        1997        10              280 = 9 Dad
                    134 Bells Mill Rd /Incompetent  /220/71
    TINA    131 +144 = 275 Euclid Aldi              Steve
                    / KY Vital Statistics            marvel
    SGIRY    500  I - 275 FL /6S                    Dr. Jose
    1971/825    775    612                          I-71
            518/9205 LeBeau Ct.  2014 (202)
    SR/GY    569  204/577          230 /842 -1 = 841 Rose DR
    Ray    205/774  20/9  1 Bad    291449 - 2909 Pacific Commerce
    Ray          20 (147 Brookhurst) Bindi -49
                                    Al(di) -49 / 98
    Bindi                            11249
    29249
    25 Bin Saints Jersey    51(12) -59
    49/Di  - 5/18            52
    /13    38 Zach > 20



Ass I-9    Staunt
144                        35/14/2
Steve IRWIN    SI        Constant
Aly Stewart    AS
Anaheim Housing - AH
Scum Thieves ST
Womble                    38 = Zach, Banta, Aly, Noah
                    Brian Roe
100/44  Brian, Ray, Helen
           909 (159)
116
Civil Pull        39      6 rape, theft
Bus Stop Beach   930/21   150 theft deception
   232
        - 25              30
   ⑧ 260 Euclid, Nikes    545 Euclid Chase
        520

161 child support
            -70
1991/ 1918/57    83 Narcotics      110
92/      ↑   8:57 Birth Time   144 (24)
     MHC 1383 ~ Apt # ⑪              120
     DEN 4514              CDE/MHN
     Civil Harassment - CH 38   ↑ CHN
              CB15
   mental health/CD-onboarding/Baytown Realty
2200  65   54  || Don  99    MHCD
72218  (119) || 33
       2   34           E.P.
    (7)    (139)   Enough Problems
IVR  Voice
IrmA  Record:  IVR

11/1818  IRWIN (Fletchee)
         IF Illumination Foundation
IRN  IRN/URN   9        6
    91814
   21614
        2022 18
- Aldi Receipt TVR
ART(VR) 20   IVR
        9   22 18
              11 in 86/2011



58 CA Counties

LA 27 Counties / 7 Counties Louisville, KY (40 KY Court document)

31 Gene

20 civil

207 old IN cell when @ amazon

13 Camm pnson > 208 = 14

220

Kunz 2

26 Zach kidnapped APD Badge

89 = 72 Cooper

yr SF EQ + yr me 14

ph. not in Service Just med to call

X10 adopted

o  I Los Angeles County DPSS

Government & Community · Open · 25 on Yelp

205 Marina ↑ Curt

11110 W Pico Blvd, Los Angeles, CA · (310) 481-3115 (115 linked to OCTA donations X 200 people, homeless resource sheet for 23,000 same amount of my bankruptcy over AT&T Universal. 10,000 limit on card and 13,000 in interest. 1993/94. This happened after we moved into the house on Cherry Grove Ct for a down payment scam? 115 is also a part of my BHE Medical Chart record. E9591150 (50 OCTA African American stalker) linked to my credit report. (11110 = 40 BHE) Baptist Hospital East Scam to traffick babies and castrate male boys at birth / circumcision for their cult

140 - 40 BHE Chart
100 funnel
M. Harp lawsuit CA EQ

E9 = 59 = Jason, 45 LMPD, 20 civil abort and 25 my age Zachary born = 205 Marina Curt "the thief" who stole my items out of the storage locker and has involvement in my ID theft for a kite scam, told through Compton federal housing scam for entrapment of me as my mother, has ALL my ID info and that of my kidnapped son LBPD report 18-38338 6/29/2018

180 Rex Tillerson
280 GR San Bernardino
78 (708) 198
Lincoln Citi
202 DC area code
18
60

**560** on Zachary newborn baby chart, 560 is linked to OCTA Bravo for 5 name change and 60 nigger entrapment, to wipe out my child's birth and pull me with the African American stalker, still no law enforcement to restrain him from my presence as have contacted even 911 more than once, facilitating again last night and this morning – told Collee Fields in Compton his aunt and provides him free bus passes from her job, she is involved in federal housing scam supposedly to entrap me, told all this by the vocal onboarding 12/11/14 – 560 = 55, 505 Stanton Pet Hospital civil drug pull and the year Donna Glasser born. I'm not her but they wanted to run a double entrapment scam to incarcerate me as her for her intentional facilitation to dispose of me from my son's life to cover up that her son has no viable penis for intercourse and they did the same to my son, 55 = 25 my age when Zachary was born and 25 = ALL, for also 205 Curt The Thief at Marina. 70 entrapment, year Eugene Newby 19 and Donna Glasser I guess is supposed to be him as me. NO WAY!!

↳ This is not me.

# Friendly Animal Hospital

6832 Edinger Ave
Huntington Beach, CA 92647
Phone: (714) 845-5722
Fax: (714) 845-5725

*[handwritten: 12   IOS lawsuit, drug agency police dept Rappelrad*
*IC = 93 James Clark Michael Harp*
*Estimates on Taffy - internal code facilitation*
*Max Gulpin $3.14 Walmart then supplemental densits]*

**Stacey Harp (# 24321)**
N/A
(None),

| | |
|---|---|
| **Mar 14, 2019** | |
| **Invoice Number** | |
| **OPEN** | |

## Taffy (#  A)

| | | | |
|---|---|---|---|
| Species: | Canine | Sex: Female | Heartworm Test: 03/12/2018 |
| Age: | 9 years and 5 months old | | Bordetella Vac: 03/13/2020 |
| Breed: | Toy Poodle | | Canine Distemper: 03/13/2020 |
| Coat Color: | Apricot | | Parvovirus Vac: 03/13/2020 |
| Weight: | 11.4 lbs. | | Rabies Vaccination: 03/13/2020 |
| Rabies Tag Number: | | | |
| Rabies Serial Number | 4150451A | | |
| Rabies Brand Name: | Rabvac 3 | | |
| Tattoo #: | | | |
| Microchip #: | | | |

| Date | Code | Description | Qty | | Price |
|---|---|---|---|---|---|
| 03/14/2019 | E205 | Office Visit - Routine | 1 Each | $ | 38.00 |
| | SA120 | Total Body Function | 1 Each | $ | 195.00 |
| | DISVAC | Biohazard Disposal Fee[1] | 1 Per Vaccine | $ | 2.00 |
| | D824 | Radiograph(s) - 3 Views | 1 Each | $ | 195.00 |
| | D820 | Radiograph(s) - 14 x 17 Additional | 1 Each | $ | 56.00 |
| | RAD | Radiograph Consult (up to 10 images) | 1 | $ | 100.00 |
| | D827 | Ultrasound - Abdominal (specialist) | 1 Each | $ | 500.00 |

Dr. Medina

Dr FAH

| | | |
|---|---|---|
| Total for Taffy: | $ | 1,086.00 |
| Total Invoice: | $ | 1,086.00 |

*[handwritten: $2.@ million 20.00   1400 CC Bicha Rescue their theft   Taffy as Leo after stolen]*

## Notes

[1]The Biohazardous Vaccine Disposal Fee covers the hospital's cost of disposing biohazardous materials, in this case hypodermic needles.

**For more information about your pets medication please access
https://www.vin.com/veterinarypartner/default.aspx?pid=19239&catId=102894&ind=1353**

**Please give medications as directed. If you feel your pet is having a side effect from the
medication please give us a call or if during after hours please call VCA West Coast Specailty
and Emergency Animal Hospital at 714-241-9001.**

## Take Advantage of our Deep Dental Cleaning Special!

Under 30lbs $175, over 30lbs $250. Includes bloodwork, IV fluids, anesthesia, pain and antibiotic injections, pre-dental exam,
and a complete dental scaling and polishing.

# Friendly Animal Hospital

6832 Edinger Ave
Huntington Beach, CA 92647
Phone: (714) 845-5722
Fax: (714) 845-5725

*Officer Edinger*
*68 Dangling 32 Jail (6600 Cypress PD ph)*
*232*
*12/80 Ransom*
*12S Chris Dezam*

*6640 BPPD 32/24*
*40 rape    52A*

**Mar 14, 2019**

**Invoice Number**
**152588**

Stacey Harp (# 24321)
N/A
(None)
*18*
*DR = 418*
*credit PD*

---

**Taffy (#    A)**

| | |
|---|---|
| Species: | Canine |
| Age: | 9 years and 5 months old |
| Breed: | Toy Poodle  *BTP* |
| Coat Color: | Apricot  *22016    7524* |
| Weight: | 11.4 lbs. |
| Rabies Tag Number | *RTN -18* |
| Rabies Serial Numbe | 4150451A |
| Rabies Brand Name: | Rabvac 3 |
| Tattoo #: | |
| Microchip #: | |

Sex: Female  */SF*
*19524*
*/12/24 adoption 8S*

HT — Heartworm Test: 03/12/2018
BV — Bordetella Vac: 03/13/2020
CD — Canine Distemper: 03/13/2020
PV — Parvovirus Vac: 03/13/2020
RV — Rabies Vaccination: 03/13/2020

*Transport*
*Network 224*
*33*
*251    9731315    (415)*
*9YA 5 mo*

*64310    643*
*107    10*
*247    653*
*Teronsite*

*313 RTA /Cooper 2*
*330 Rep oublic*
*Grocery Outlet*

| Date | Code | Description | Qty | | Price |
|---|---|---|---|---|---|
| 03/14/2019 | E200 | Office Visit - Courtesy  *OVC* | 1 Each | $ | 0.00 |
| | V537 | Rabies Vaccination - 1 Year K9[1] | 1 Dose | $ | 5.00 |
| | DISVAC | Biohazard Disposal Fee[2] | 1 Per Vaccine | $ | 2.00 |
| | V520 | DA2PP Vaccination - Annual | 1 Dose | $ | 14.00 |
| | BINJANN | Bordetella Injectable Vac - Annual | 1 | $ | 16.00 |

*Stalking    HcSO    1 Each*
*Vacation Annual*

| | | |
|---|---|---|
| | **Total for Taffy:** | $ 37.00 |
| *Wet Bandits TOT* | | |
| *Home Alone TI* | **Total Invoice:** | $ 37.00 |
| Dr. Medina | 9 / 31 Cash | $ 40.00 |
| Dr FAH | **Total Payments - Thank you:** | $ 40.00 |
| | **Change Dispensed:** | $ 3.00 |

*Disney VA 221 C3*
*2208 Boring 3*
*2/2013 socials stolen*
*TY 115*
*TPTY    CD34    1SS/3S*
*CAL Optima    2016 L02 S    Re: SO (Roe) S19*

## Notes
*78*

[1] It is not uncommon for a dog to be a little sleepy or not as active after a vaccination. Sometimes they will be sore where the injection was given. Abnormal reactions to vaccines include swollen eyelids or lips and difficulty breathing or swallowing. Please call the clinic if you notice any of these symptoms.

A $2.00 Biohazard Disposal Fee was added on to the purchase of this vaccine. This fee helps cover the hospital's cost of disposing biohazardous material, in this case hypodermic needles.

[2] It is not uncommon for a dog to be a little sleepy or not as active after a vaccination. Sometimes they will be sore where the injection was given. Abnormal reactions to vaccines include swollen eyelids or lips and difficulty breathing or swallowing. Please call the clinic if you notice any of these symptoms.

[3] The Biohazardous Vaccine Disposal Fee covers the hospital's cost of disposing biohazardous materials, in this case hypodermic needles.

**For more information about your pets medication p    e access**
**https://www.vin.com/veterinarypartner/default.aspx?pid=19239&catId=102894&ind=1353**

*7239*
*714/*

2331q
wCS          VCA  241
     /5331/q   2231  > 10
                    472 H (473)
- 921

*Stacey Harp (# 24321)  - Continued*

**Please give medications as directed. If you feel your pet is having a side effect from the medication please give us a call or if during after hours please call VCA West Coast Specailty and Emergency Animal Hospital at 714-241-9001.**

72241 9001        (95)        100         GI Palmer
------------  Big 297/122    i7 FBI  /SSS Amazon (125)60      /21
39 / 899            TA      GG   DPCS         77    40 (900)i
    ↓                                               41 /81

### *Take Advantage of our Deep Dental Cleaning Special!*

Under 30lbs $175, over 30lbs $250. Includes bloodwork, IV fluids, anesthesia, pain and antibiotic injections, pre-dental exam, and a complete dental scaling and polishing.       PAAI  PDE

Ask our staff for more details.                    /AACOS/p

Emergency Hospital

19S Friendly (75)
130        FE  Est.          (1G)  18  — 2/.98¢ Harvest mashed
Zach Aaron  GS      10   79        49×2=98 County (217 Center CAL ph)    family
Harp                                     Eugene cell            GGhomicide
Logan                                 Bnan cell
Brawner   DPCS                  30 yr                                    8
   44319 /4437          prisoner        229                      53 Julia
                      as Donna  Julia  Cypress    VCA
20S                                      P.D    31 Grene
TAKE  /31G   500   1400 = 2pm            22 OCTA CAR       22 social stolen  40
III                    (1G13)
              900 Harbor                  (4$)
438  938  38 Friendly Office            17 = 98 county      8/17
Taffy    22 OCTACaR    Visit             898 (817)          Dyl
dental                                   (178)              bda
    GGG Ocean   GIG Sacramento  FBI      i15 PO   86
     5 GIG (300)  91G  95 (905)  (629)    Box   Pontn
           missed  11 = GS  Flonda              m/w  G  bda
611 Katella (817-91G)  Stacey Harp  GOS   612        80 y
    (69) 20          926            LA            72 Cooper  nam
                   (7G Union) 1  Compton          (14)       Ha
3  C, Ramos  Kelli                Sheraff      OCTA    81
    49        Taffy Harp  75 Unsold  522 main        95 yr 2
118  199  150  (111)  (12)  Chrysalis      500      (2014)
Horsemans  BHE  147  G (141 ADA)  121 LA              34 cc
Lane  Chart  2/22 → 222  (20)   811              i15 PO
   my LMPD       101  welfare  (8)  311
                   disability      12th St.  i11 (4)



**FRIENDLY ANIMAL HOSPITAL**
6832 Edinger Ave
Huntington Beach CA
714-845-5722
714-845-5725

Client      : Stacey Harp
            N/A

Phone      : (562) 253-1136

**Patient : Taffy**                          Acct No. :  24321 A
Species : Canine                            Breed    :  Toy Poodle
Sex      : F                                Color    :  Apricot
DOB      : 10/21/2009

### RABIES VACCINATION INFORMATION

Rabies            Rabvac 3
Date Vaccinated   03/14/2019          Tag No.
Serial No.        4150451A            Expires     03/13/2020
Vaccine Type      Killed              Producer    Boehringer Ingelheim
                                                  Vetmedica

*$3,14 Walmart receipt then supplemental $95 deposits Life @ Amazon*
*445/150 theft decephan*
*4.40 Rialto Rabies 5/15 miw by Glasser / Weingart*
*313 Back of new Chip Edge EBT cards*
*1030 Katella new Construction*

I hereby certify that I have vaccinated this animal in accordance with the company's
recommendation for the vaccine used on the above date.

_____
                  Dr. Medina
                  FT123
*↑ Richard Jordan*
*Foothill Transit*
*Funds Transfer*



# City of Long Beach Animal Care Services
### 7700 E Spring Street, Long Beach, CA 90815
### 562-570-7387  FAX: 562-570-3053



**Receipt Number:** R19-408297
*Person Infomration:*  STACEY HARP
PO BOX 355
LOS ALAMITOS, CA 90720

**Receipt Date: Thursday, November 07, 2019**

*PID:* **P466898**

Received From: STACEY HARP
Comment:

Check No:

Phone: (562) 253-1136

| Item: | Animal ID: | Reference No: | Price: | Qty: | Amount: |
|---|---|---|---|---|---|
| DOG LICENSE - ALTERED - LONG BEACH | A576942 | L19-231367 | $28.00 | 1 | $28.00 |

| | |
|---|---|
| *Total Fees Due:* | **$28.00** |
| **Payments:**  *Cash:* | $30.00 |
| *Check:* | |
| *Credit Card:* | |
| **Total Payments Received:** | **$30.00** |

### Thank You!

| | |
|---|---|
| *Change:* | $2.00 |
| *Balance Due:* | $0.00 |

**Animal Information:**

A576942  -  TAFFY -  SPAYED, POODLE TOY, WHITE DOG

**License Information:**

| Tag Number: | Expires: | Animal ID: | Vacc Date: | Term: | Vacc Expires | Type: | Amount: |
|---|---|---|---|---|---|---|---|
| L19-231367 | 10/13/20 | A576942 | 03/14/19 | 12 | 03/14/20 | LIC SN | $28.00 |
| | | | | | | TOTAL LICENSE FEES: | $28.00 |

7 12 = 84   Zack Harp
7/14/28        million
                   lawyer

### Shelter Hours
Wednesday - Friday 10:00 AM - 5:30 PM   Saturday - Sunday 10;00 AM - 4:00PM
Shelters CLOSED Monday, Tuesday, and Holidays

SHELTER         Transaction Date: 11/07/19         Print Date: 11/07/19  ameleon\Crystal\R

**Beach Garfield Veterinary Hospital**

18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

*Possible prescription late scam
Rialto + I reported to
Dr. Alley - reverse
needs           4/26 CT Scan
prescribed?     w/ contrast
                        *Anaheim Regional

BEACHGARFIELDVET@GMAIL.COM

**FOR:**  Stacey Harp    1118 San Clemente 7-11

Seal Beach,     *$1.19 yogurt before Rialtos
(562) 253-1136           homicide

**Printed:** 06-15-20 at 4:26p
**Date:** 06-15-20
**Account:** 10365
**Invoice:** 57155

| Date | For | Qty | Description | Net Price |
|------|-----|-----|-------------|-----------|
| 06-15-20 | Rialto | 1 | FVRCP | |
| 06-15-20 | | 1 | Strongid Deworming round worms small | 15.00 |
| 06-15-20 | | | | 15.00 |
| 06-15-20 | | | Cash payment | -30.00 |

| Old balance | Charges | Payments | New balance |
|-------------|---------|----------|-------------|
| 0.00 | 30.00 | 30.00 | 0.00 |

| Patient | Total charges |
|---------|---------------|
| Rialto | 30.00 |

**Reminders for: Rialto**                          Last done

06-15-21    Feline FVRCP                          06-15-20

2006            **Next appointment for Rialto**             Qty
Christian
Academy 1st     06-29-20    At: 11:00a    With: Sean Alley
         grade

                                    Marquardt
                            113 = Gaslight - military
1521 = 321                                        hazing
Baytown
Realty +     We appreciate your business. M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
Dollar       After Hours call 949-2617979
Tree         We take Walks Ins and Emergencies        * *     Suite CA Safety Agency
  Corporate    94 yr age 19(92) yr 17            108 Simpsonville PD  210/24
            201 phone in 2001 @ 10804 Cherry Grove Ct
            617 Walgreens LA    6/17 Lynn DeZams b-day?
               97/9 Dad
            106 vaginal rape, Brian Jordan, DPSS case
               Newport Library media lab

# Beach Garfield Veterinary Hospital

18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

*[handwritten: 161= Child Support 88= California Thieves Exercise]*

BEACHGARFIELDVET@GMAIL.COM

*[handwritten: Poison - lymph node, 80 Ransom   Kidnapped etc. 8 metro LA]*

*[handwritten: $$ Pacific cancer  NPI 155 Parkway Medical KY]*

**FOR:**   Stacey Harp

*[handwritten: 96 Julia Harp, Shirley]*

Seal Beach,
(562) 253-1136

| | | Printed: | 06-29-20 at 11:55a |
|---|---|---|---|
| | | Date: | 06-29-20 |
| | | Account: | 10369 |
| | | Invoice: | 57772 |

*[handwritten: 100 less child support]*
*[handwritten: 21]*

| Date | For | Qty | Description | Net Price |
|---|---|---|---|---|
| 06-29-20 | Rialto | 1 | Office visit exam | 35.00 |
| 06-29-20 | | 1 | Medicine Consultation | 0.00 |
| 06-29-20 | | | DIAGNOSIS: HEALTHY PET clinically | 0.00 |
| 06-29-20 | | 1 | FVRCP | 15.00 |
| 06-29-20 | | 1 | Strongid Deworming round worms small | 15.00 |
| 06-29-20 | | | Cash payment | -65.00 |

*[handwritten: Bank]*
*[handwritten: Southeast0.2 cc po Christian]*

| Old balance | Charges | Payments | New balance |
|---|---|---|---|
| 0.00 | 65.00 | 65.00 | 0.00 |

| **Patient** | **Total charges** |
|---|---|
| Rialto | 65.00 |

Reminders for: **Rialto**  (Weight: 2.1 lbs - 8w)            Last done

| 06-29-21 | Annual Exam | 06-29-20 |
|---|---|---|
| 06-29-21 | Feline FVRCP | 06-29-20 |

*[handwritten: OG /211 W. Temple]*
*[handwritten: 11]*
*[handwritten: 1711 Katella Urgent Care   733 CVS Amex]*

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979
We take Walks Ins and Emergencies

# *Beach Garfield Veterinary Hospital*

18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

BEACHGARFIELDVET@GMAIL.COM

*(handwritten)* 1020 Euclid
new construction

| FOR: | Stacey Harp | | | Printed: | 07-13-20 at 10:45a |
|------|-------------|---|---|----------|--------------------|
| | | | | Date: | 07-13-20 |
| | Seal Beach, | | | Account: | 10369 |
| | (562) 253-1136 | | | Invoice: | 58329 |

| Date | For | Qty | Description | Net Price |
|------|-----|-----|-------------|-----------|
| 07-13-20 | Rialto | 1 | FVRCP | 15.00 |
| 07-13-20 | | | Cash payment | -15.00 |

| Old balance | Charges | Payments | New balance |
|-------------|---------|----------|-------------|
| 0.00 | 15.00 | 15.00 | 0.00 |

| Patient | Total charges |
|---------|---------------|
| Rialto | 15.00 |

Reminders for: **Rialto**  (Weight: 2.8 lbs - 10w)        Last done

| | | Last done |
|--|--|-----------|
| 07-13-21 | Feline FVRCP | 07-13-20 |
| 06-29-21 | Annual Exam | 06-29-20 |

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979
We take Walks Ins and Emergencies

# *B*each Garfield Veterinary Hospital

18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

BEACHGARFIELDVET@GMAIL.COM

*oc Health*
*↓ new construction*

| | | | |
|---|---|---|---|
| | **Printed:** | 08-03-20 at 4:05p | |
| **FOR:** Stacey Harp | **Date:** | 07-13-20 | |
| | **Account:** | 10369 | |
| Seal Beach, | **Invoice:** | 58329 | |
| (562) 253-1136 | | | |

| Date | For | Qty | Description | Net Price |
|---|---|---|---|---|
| | | | | 15.00 |
| 07-13-20 | Rialto | 1 | FVRCP | |
| 07-13-20 | | | Cash payment | -15.00 |

| Old balance | Charges | Payments | New balance |
|---|---|---|---|
| 0.00 | 15.00 | 15.00 | 0.00 |

| Patient | Total charges |
|---|---|
| Rialto | 15.00 |

Reminders for: **Rialto**  (Weight: 2.8 lbs - 13w)      Last done

| | | Last done |
|---|---|---|
| 08-03-21 | Rabies 1 year Vaccination | 08-03-20 |
| 07-13-21 | Feline FVRCP | 07-13-20 |
| 06-29-21 | Annual Exam | 06-29-20 |

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979
We take Walks Ins and Emergencies

# *Beach Garfield Veterinary Hospital*

18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

BEACHGARFIELDVET@GMAIL.COM

4#

| | | | | |
|---|---|---|---|---|
| **FOR:** | Stacey Harp | | **Printed:** | 08-03-20 at 4:05p |
| | | | **Date:** | 08-03-20 |
| | Seal Beach, | | **Account:** | 10369 |
| | (562) 253-1136 | | **Invoice:** | 59409 |

*EBT Skimmed*

| Date | For | Qty | Description | Net Price |
|---|---|---|---|---|
| 08-03-20 | Rialto | | DIAGNOSIS: RABIES | 0.00 |
| 08-03-20 | | 1 | Rabies 1 year Vaccination | 10.00 |
| 08-03-20 | | | Cash payment | -10.00 |

| Old balance | Charges | Payments | New balance |
|---|---|---|---|
| 0.00 | 10.00 | 10.00 | 0.00 |

| Patient | Total charges |
|---|---|
| Rialto | 10.00 |

| Reminders for: **Rialto**  (Weight: 2.8 lbs - 13w) | Last done |
|---|---|
| 08-03-21   Rabies 1 year Vaccination | 08-03-20 |
| 07-13-21   Feline FVRCP | 07-13-20 |
| 06-29-21   Annual Exam | 06-29-20 |

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979
We take Walks Ins and Emergencies



**Beach Gardens Veterinary Hospital**
18811 Beach Bulevard
Huntington Bch, CA 9648
(714847-2519)

Printed:   08-19-20 at 9:58a
Date:      08-19-20
Account:   10369
Invoice:   60054

FOR:   Casey Harp
5762 Camino
Cypress, CA
(562) 653-

| Date | Qty | Description | Net Price |
|---|---|---|---|
| 08-18-2   Rialto | 1 | DECLINED: Office visit exam | 0.00 |
| 08-18-20 | | DIAGNOSIS: UTI ro | 0.00 |
| 08-3-20 | 1 | DECLINED: Amoxicillin / Clavulanate 40 mg | 0.00 |
| | | Give 1.6 ml by mouth every 12 hours for 7 days. with a meal Shake Well. keep in refrigerator. | |
| 08-18-20 | 1 | DECLINED: Antech M133 urinalysis ua&Ur C | 0.00 |
| 08-19-20 | 1 | Amoxcillin / Clavulanate 40 mg/ml drops | 30.00 |
| | | Give 1.6 ml by mouth every 12 hours for 7 days. with a meal Shake Well. keep in refrigerator. | |
| 08-19-20 | | Cash payment | -30.00 |

*handwritten: -3033  (430) 418 DR credit PD   13*

| Old balance | Charges | Payments | | New balance |
|---|---|---|---|---|
| 0.00 | 30.00 | 30.00 | | 0.00 |

| Patient | Total charges |
|---|---|
| Rialto | 30.00 |

Reminders for Rialto  (Weight: 4.4 lbs - 15w)        Last done

| 08-03-21 | Rabies 1 year Vaccination | 08-03-20 |
| 07-13-21 | Feline FVRCP | 07-13-20 |
| 06-29-21 | Annual Exam | 06-29-20 |

*handwritten: FV 622 Gateway text + appt. confirmation*
*handwritten: R6316*
*handwritten: 34 Ellis exit*

**Doctor's Instructions**

Amoxicillin / Clavulanate 40 mg/ml drops
This medication is a an antibiotic. Use it as prescribed on the label. Occasionally a pet may be sensitive to an antibiotic and may have side effects, including vomiting, loose stools, loss of appetite or a rash. Should any of these occur stop the medication and call

...eld Veterinary Hospital
...ard
... 92640

BEACHGARFIELDVET@GMAIL.COM

FOR:  Stacey Harp
5762 Lincoln Ave
Cypress, CA  90630
(562) 253-1136

Printed: 10-18-20 12:14p
Date:
Acco...: 10-18-20
Invo...e: 6333...

| Date | For | Qty | Description | Net Pric |
|------|-----|-----|-------------|----------|
| 10-18-20 | Rialto | 1 | Office visit exam | 35.0. |
| | no visible wounds on PE, no limping, all teeth and nails wnl. sa. | | | |
| 10-18-20 | | 1 | Medicine Consultation  MC ✳  7-11 receipts | 0.00 |
| 10-18-20 | | | DIAGNOSIS: HEALTHY PET clinically        2021 | 0.10 |
| 10-18-20 | | | DIAGNOSIS: Dog  Attack but no visible wounds | 0.00 |
| | per o,  o went to police, saw Officer S. Shaeen. | | | |

620 Buena Park zip

10-18-20

Cash payment          mc-025 Form
restraining order
Medi - cal
malicious conduct

| Old balance | Charges | Payments | | New balance |
|-------------|---------|----------|--|-------------|
| 0.00 | 35.00 | 35.00 | | -35.00 |
| | | | | .00 |

| Patient | Total charges |
|---------|---------------|
| Rialto | 35.00 |

Reminders for: **Rialto**  (Weight: 6.3 lbs - 5m)

| | | | Last done |
|--|--|--|-----------|
| 10-18-21 | Annual Exam    AE 15 Taffy's age | | 10-18-20 |
| 08-03-21 | Rabies 1 year Vaccination | | 08-03-20 |
| 07-13-21 | Feline FVRCP | | 07-13-20 |

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979, We take Walks Ins and Emergencies

BEACHGARFIELDVET@GMAIL.COM

Joey Harp
762 Lincoln Ave
Cypress, CA  90630
(562) 253-1136

Printed: 10-18-20 at 12:14p
Date: 10-18-20
Account: 10...
Invoice: 6333

| Date | For | Qty | Description | Net Price |
|------|-----|-----|-------------|-----------|
| 10-18-20 | Rialto | 1 | Office visit exam | 35.00 |
| | | | no visible wounds on PE, no limping, all teeth and nails wnl. sa. | |
| 10-18-20 | | 1 | Medicine Consultation | 0.00 |
| 10-18-20 | | | DIAGNOSIS: HEALTHY PET clinically | 0.00 |
| 10-18-20 | | | DIAGNOSIS: Dog Attack but no visible wounds | 0.00 |
| | | | per o,  o went to police, saw Officer  S. Shaeen. | |
| | | | ↳ Cypress PD | |
| 10-18-20 | | | Cash payment | -35.00 |

| Old balance | Charges | Payments | | New balance |
|-------------|---------|----------|---|-------------|
| 0.00 | 35.00 | 35.00 | | 0.00 |

| Patient | Total charges |
|---------|---------------|
| Rialto | 35.00 |

Reminders for: **Rialto**  (Weight: 6.3 lbs - 5m)                Last done

| | | Last done |
|---|---|---|
| 10-18-21 | Annual Exam | 10-18-20 |
| 08-03-21 | Rabies 1 year Vaccination | 08-03-20 |
| 07-13-21 | Feline FVRCP | 07-13-20 |

We appreciate your business.M-S 8am-8pm & Sun 11am-3pm. No Staff on Premises
After Hours call 949-2617979, We take Walks Ins and Emergencies

# CERTIFICATE OF VACCINATI

**Date of Rabies Vaccination**: 08-03-20
**Next Rabies Vaccination On**: 08-03-21

**Certificate No**: 0
**Previous Rabies Vaccination**:

**VETERINARY CLINIC**
Beach Garfield Veterinary Hospital
18861 Beach Boulevard
Huntington Beach, CA  92648
714-847-2519

**OWNER OF ANIMAL**
Stacey Harp

Seal Beach,
County:

This is to certify…

**THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.**

**Patient information...**

**PATIENT:** Rialto
**SPECIES:** Feline
**SEX:** M

**TAG NO:** RABIES
**WEIGHT:** 4.40 ✳
**AGE:** 15 weeks

**Color and markings... Black and Gray**

*[handwritten]* Taffy's age
118 - poisoning
154 = law enforcement/plates

34 Ellis exit
120 Security, premeditated
S&P
Solicitation +
Prostitution
Kidnapped escort

Signed *[signature]*

Sean Alley admin

**License:** 17380

*[handwritten]* Sexual Battery

*[handwritten box]* policy
Gingench
ransom
letter

**Vaccinations done...**

| 08-03-20 | SA | Rabies 1 year Vaccination, #RABIES 08-03-21 | |
|---|---|---|---|
| 07-13-20 | SA | FVRCP | 07-13-21 |

**Rabies Vaccine Information...**

**MFG BY:** ZOETI
**LOT EXP:** 16JUN20

**SER.NO:** 327233
**ADM:** Sq

*[handwritten]* 4620 / 1020
2420

29 Black Friday    229 Cypress PD ph    (DH 48 crime, abuse, &
112 Kamala Harris                          22/36 = scam
        Brian Wayne  11/3 to 11/6      v    Stanton Library
Morgan                                58 Humana, Taffy ctr
Stanley     Stacey Harp
ph          General Delivery
901         Cypress, CA 90630
                              1260  (125)   11/6/20 Email response - solicitation
            OC Animal Control       555    Amazon     pull - S&P
            1630 Victory Rd   -430 Los      545 Euclid   Contact Westminster had
            Tustin, CA 92782  Alamitos            10    already been done by me
                              phones/   1.2 mil
            November 3, 2024                   Copy of this was also ma
I                                         to LBPD w/theft report - FY:
million     their
their       theft
theft       On more than one occasion I have emailed reports of animal cruelty and abuse at a home located
630         inside The Serena, a suspected David Koresh compound. In the back house that neighbors the
Cypress     Cedar Park at Stanton Police Services they have a home with an open upstairs window, no screen,
ZIP         and cats that keep sticking their heads out of the window. They could fall. Nobody seems to care to
            do anything. They need to arrest these people and file every criminal charge against them they can.

            On 1/15/20 my poodle Taffy Harp was stolen in Seal Beach, CA. She was the persistent victim to
            internal code abuse. On 11/14/20 they murdered my six month old kitten Rialto Harp in Los
            Alamitos. I want these people in prison. They seem to think that controlling animals internally is
            acceptable and funny, I have significant lawsuits against what they did to both Taffy and Rialto.

            One of these kittens in this home is mocking Rialto. I have used the AB machine in this park for
            years and they are doing this to add further injury to their already present insult. These are the
            lowest class human life forms, and they are attention seeking and donation seeking.

            Most recently through this onboarding they have lied about someone linked to my kitten as saving
            the cats in this home only to find out they were still up there last night and this morning. They have
            even lied through this onboarding that one of them is the parent of Rialto Kitten.

            I am SICK AND TIRED of this. Last year at this time I repeatedly reported a dead cat laid on the
            sidewalk on Euclid in Garden Grove and nobody did a damn thing but let the cat lay there and
            decay. I walked past it every day. I went into the vet right there and they wouldn't do anything to
            assist.

            Please find a way to do your jobs and secure the kittens and the cats in this home. Please do your
            jobs without euthanasia as the answer, euthanasia is not the answer. If anyone deserves to be
            euthanized it's the people, not the innocent animal victims.

            Sincerely,
            Stacey Harp
                        16 million - 4 million 20   "95 supplemental"
                                                    EBT deposits
                    8000 HCSO Floh   54  (504)  Valero San
197  10000          Southeast Chastang  545 Euclid   Clemente
     Food UPC's   Southeast their theft  Chase
     77=felony   $8 million 20 = Stanton  CHP locations   new constructic
50/347 Bus                                  theft by their
     Passes)          103 = Stanton              deception
17, etc.                      J-town PD phone
        813                                    Theft by decept
     Tampa      310 Food 4 Less          150/30 oc c
     pace   503 Walmart  Chase  US Bank



*OH Thank Heaven   7-11 Signs*

*There was no room in Heaven today*

Malarkey, Laurel Park Los Alamitos.
Yahoo/Malarkey

- **Stacey Harp**

  From:staceyharp@yahoo.com

  To:da@sbcda.org,Chiefofpolice,police@ggcity.org

  Sat, Feb 11, 2023 at 12:21 PM

  *MRO 15*

  Malarkey Rialto Opossum. He was intentionally injured on 1/4/23. (104 = trafficking, insurance, Walgreens, John Mello)

  523 + 3 = 5/26 Rialto in road, 10 San Bernardino = 52 Indiana, Heart and LA Jacob / 502 Rialto School Bus, Mary Wilson Library text phone and Louisville area code, 24 kid. (204 FS increase) 242 San Clemente Library and 04 Cancun.

  52/ 33 KCD flyer, Kim, Villanueva and name.

  Opossum's play dead. (14) kidnapped. / 24 (10 DPSS County Code ID theft) 610 FL DL Number, National Center Case and Coldwell Banker.



Malarkey
Rialto
Htt By A
coe –
Staged @
Laurel Park

Animals
Internally
Violated
w/ code –
Injured





